**FILED**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AUG - 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Leave to file without
Prepayment of Cost **GRANTED**

*Rosemary M Colly*
2 Aug 2005

IBRAHIM OSMAN IBRAHIM IDRIS
Camp Delta
Washington, D.C. 20355

    Petitioner

  v.

GEORGE W. BUSH, President of
the United States

DONALD RUMSFELD, Secretary,
United States Department of Defense

JAY HOOD, Army Brigadier General,
Commander, Joint Task Force-GTMO

MICHAEL I. BUMGARNER, Army
Colonel, Commander, Joint Detention
Operations Group - JTF-GTMO

Civil Action No.

CASE NUMBER  1:05CV01555

JUDGE:  James Robertson

DECK TYPE:  Habeas Corpus/2255

DATE STAMP:  08/02/2005

**PETITION FOR WRIT OF HABEAS CORPUS**

**FILED**

AUG - 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GUAN-2005-T03383
The District of Columbia district court
Washington, DC 20001

Ibrahim Osman Ibrahim Idris
detainee Delta camp
Guantanamo Bay Naval Base
Guantanamo Bay Cuba

**05 1555**

Subject: objection for detention
Mr.: the respected civil judge in the American Court

First I hope you are in good health, I greet you peacefully. Furthermore,
I Mr. Ibrahim Osman Ibrahim Idris from the Port Sudan city in Sudan, I am forty years old, I was a Koran teacher in Sudan, I went to Pakistan for the purpose of spreading the religion of Islam at the end of 2001 or at the beginning of 2002. The Pakistani police arrested me and I was handed over to the Americans then I was transferred to Cuba. At the present time I am in Guantanamo almost since January 2002, until today for more than three years the revision committee of the fighters CSRT has decided to consider me an enemy combatant, knowingly that I am human without any relationship either from far or close with what has happened in America or any relationship to Taliban or Al Quaida. After the committee decided that I am an enemy combatant and they will present me to the second committee to observe if I pose any danger to America or not, if the second committee decides that I do not pose any danger then I may be released, but if I do pose danger then I will remain detained in Guantanamo.

Sir, for this reason I ask your honor to look into my case, and I object to the committee's decision in considering me an enemy combatant, I also object for detaining me for three years in this prison far away from my brothers and sisters. As you know I am from a very poor family in Sudan and I want to leave this place to resume my normal life with my family. I also want to get married because I am still single and I want to help my family. I can't even appoint a lawyer because of my poor financial situation, not even call my family because of the communication difficulties in the area I live in.

Finally Mr. Judge, I hope you will look into my case and try to speed up the process. Your highness, Accept the utmost respect and appreciation.

Signature of sender                                    signature of addressee

02.14.05

إبراهيم عثمان إبراهيم إدريس
أسر كامب دالتا
قوانتانامو باي القاعدة البحرية
قوانتانامو باي كوبا

محكمة مقاطعة كولومبيا
واشنطن 20001

FILED
AUG - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1555

الموضوع : إعتراض عن الحجز

السيد : القاضي المدني في المحكمة الأمريكية         المحترم

أتمنى أولا أن تكونوا بصحة جيدة وعافية وأحييكم تحية طيبة و بعد ؛
أنا السيد إبراهيم عثمان إبراهيم إدريس من مدينة بور السودان من دولة السودان أبلغ من العمر أربعين سنة كنت مدرسا للقرآن الكريم في السودان وقد ذهبت إلى باكستان من أجل الدعوة و التبليغ وفي سنة 2001 م أواخره أو بداية 2002 تم القبض علي من طرف الشرطة الباكستانية و سلمت إلى الأمريكان وتم نقلي إلى كوبا وأنا الآن في قوانتانامو منذ يناير 2002 تقريبا وإلى يومنا الحالي أي أكثر من ثلاثة سنوات و قد قررت لجنة مراجعة و جمع المقاتلك "CSRT" أني عدو مقاتلك، مع العلم أني إنسان ليس لي أي علاقة من قريب أو من بعيد بما حدث في أمريكا أو أني علاقة بالطالبان أو القاعدة وبعد ما قررت اللجنة أني عدو مقاتلك وسيتم تقديمي على اللجنة الثانية لتنظر هل أشكل خطرا على أمريكا أم لا، فإن قررت هذه اللجنة الثانية أني لا أشكل خطر فيمكن أن يطلق سراحي وإن كنت أشكل خطر فسوف أظل في حجز في قوانتانامو.
فلهذا سيدي أنا أطلب من سعادتكم النظر في قضيتي وأنا أعترض عن قرار اللجنة بأني مقاتلك عدو كما أعترض عن حجزي ثلاث سنوات في هذا السجن بعيدا عن إخواني و أخواتي ، مع العلم أني من عائلة فقيرة جدا في السودان وأريد أن أخرج من هذا المكان للعودة إلى حياة الطبيعية مع عائلتي والزواج لأني أعزب و مساعدة كل عائلتي ، كذالك أني لا أستطيع حتى تعيين محامي وهذا للحالة المادية الضعيفة و لا أن أتصل بعائلتي وهذا لصعوبة الإتصال في المنطقة التي أسكن فيها
وفي الأخير سيدي القاضي آمنا منكم أن تنظروا في قضيتي وتحاولوا أن تسرعوها
تقبلوا سعادتكم فائق التقدير و الإحترام.

توقيع المعني (المسلم)

توقيع المرسل
[signature]