IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

IBRAHIM OSMAN IBRAHIM IDRIS, : x
    Detainee,
    Guantanamo Bay Naval Station :
    Guantanamo Bay, Cuba,
    :

*Petitioner/Plaintiff*,

: MOTION FOR APPOINTMENT
v.    AS COUNSEL

:

GEORGE W. BUSH,   No. 05-CV-1555 (JR)
    President of the United States
    The White House :
    1600 Pennsylvania Ave., N.W.
    Washington, D.C. 20500;
    :

DONALD RUMSFELD,
    Secretary, United States :
    Department of Defense
    1000 Defense Pentagon :
    Washington, D.C. 20301-1000;

:

ARMY BRIG. GEN. JAY HOOD,
    Commander, Joint Task Force - GTMO :
    JTF-GTMO
    APO AE 09360; and :

ARMY COL. MIKE BUMGARNER, :
    Commander, Joint Detention
      Operations Group - JTF-GTMO, :
    JTF-GTMO
    APO AE 09360, :

*Respondents/Defendants*. :

---
x

# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBRAHIM OSMAN IBRAHIM IDRIS,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States, *et al.*,<br><br>Respondents. | Civil Action No. 05-CV-1555 (JR) |
| ABRAHIM OTHMAN ABRAHIM EDRIES, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States, *et al.*,<br><br>Respondents. | Civil Action No. 05-CV-1725 (RWR) |

## NOTICE OF MULTIPLE PETITIONS FILED BY GUANTANAMO BAY DETAINEE

Pursuant to the request of the Chambers of Chief Judge Hogan, respondents hereby notify the Court that Guantanamo Bay Detainee ISN 036 has filed petitions for writ of habeas corpus in each of the above-captioned cases. Detainee ISN 036 has filed petitions as Ibrahim Osman Ibrahim Idris in Idris v. Bush, No. 05-CV-1555 (JR), and as Abrahim Othman Abrahim Edries in Edries v. Bush, No. 05-CV-1725 (RWR).

Dated: September 23, 2005          Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2000

Attorneys for Respondents

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2005, I caused a copy of the foregoing Notice of Multiple Petitions Filed by Guantanamo Bay Detainee to be served via U.S. Mail, First Class postage prepaid, on Guantanamo Bay Detainee ISN 036 at the following address:

>   Camp Delta; Guantanamo Bay
>   Washington, D.C. 20355

>   /s/ Preeya M. Noronha
>   PREEYA M. NORONHA
>   United States Department of Justice
>   Civil Division, Federal Programs Branch
>
>   One of the Attorneys for Respondents