IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------- x

IBRAHIM OSMAN IBRAHIM IDRIS,
    Detainee,
    Guantanamo Bay Naval Station
    Guantanamo Bay, Cuba,

*Petitioner/Plaintiff*,

v.

:  No. 05-CV-1555 (JR)

GEORGE W. BUSH,
    President of the United States
    The White House
    1600 Pennsylvania Ave., N.W.
    Washington, D.C. 20500;

DONALD RUMSFELD,
    Secretary, United States
    Department of Defense
    1000 Defense Pentagon
    Washington, D.C. 20301-1000;

ARMY BRIG. GEN. JAY HOOD,
    Commander, Joint Task Force - GTMO
    JTF-GTMO
    APO AE 09360; and

ARMY COL. MIKE BUMGARNER,
    Commander, Joint Detention
        Operations Group - JTF-GTMO,
    JTF-GTMO
    APO AE 09360,

*Respondents/Defendants*.

------------------------------------------------------------------- x

## [PROPOSED] ORDER

The Court, having considered the Motion for Appointment of Counsel:

IT IS HEREBY ORDERED that the Motion is granted and Debevoise & Plimpton LLP is appointed counsel for Petitioner Ibrahim Osman Ibrahim Idris.

_____
JAMES ROBERTSON
United States District Judge

Dated: _____