**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| IBRAHIM OSMAN IBRAHIM IDRIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1555 (JR) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**RESPONDENTS' RESPONSE TO MOTION FOR APPOINTMENT AS COUNSEL**

Respondents take no position on the motion to appoint the law firm of Debovoise &

Plimpton LLP as *pro bono* counsel for *pro se* petitioner Ibrahim Osman Ibrahim Idris.


Dated: October 13, 2005                    Respectfully submitted,

                                           PETER D. KEISLER
                                           Assistant Attorney General

                                           KENNETH L. WAINSTEIN
                                           United States Attorney

                                           DOUGLAS N. LETTER
                                           Terrorism Litigation Counsel

                                             /s/ Andrew I. Warden
                                           JOSEPH H. HUNT (D.C. Bar No. 431134)
                                           VINCENT M. GARVEY (D.C. Bar No. 127191)
                                           TERRY M. HENRY
                                           JAMES J. SCHWARTZ
                                           PREEYA M. NORONHA
                                           ROBERT J. KATERBERG
                                           NICHOLAS J. PATTERSON

ANDREW I. WARDEN (IN Bar No. 23840-49)
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel:  (202) 514-2000

Attorneys for Respondents

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2005, I caused a copy of the foregoing Response to

Motion for Appointment as Counsel to be served via U.S. Mail, First Class postage prepaid, on

Guantanamo Bay Detainee Ibrahim Osman Ibrahim Idris (ISN 036) at the following address:

> Camp Delta; Guantanamo Bay
> Washington, D.C. 20355


> /s/ Andrew I. Warden
> ANDREW I. WARDEN
> United States Department of Justice
> Civil Division, Federal Programs Branch
>
> One of the Attorneys for Respondents