UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBRAHIM OSMAN IBRAHIM IDRIS, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> GEORGE W. BUSH, *et al.*, : <br> : <br> Defendants. : <br> _____ : <br> : <br> ABRAHIM OTHMAN ABRAHIM EDRIES, : <br> *et al.*, : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> GEORGE W. BUSH, *et al.*, : <br> : <br> Defendant. : | Civil Action No. 05-1555 (JR) <br><br><br><br><br><br> Civil Action No. 05-1725 (JR) |

### ORDER

It appearing that petitioner Abrahim Othman Abrahim Edries in Civil Action No. 05-1725 is the same person as petitioner Ibrahim Osman Ibrahim Idris in Civil Action No. 05-1555, it is by the Court *sua sponte* **ORDERED** that 05-1725 be consolidated with No. 05-1555.  It is

**FURTHER ORDERED** that the Clerk's Office close No. 05-1725 and transfer petitioner Bisher Al-Rawi to No. 05-1555.  It is

**FURTHER ORDERED** that all further filings be made in No. 05-1555.

Local Civil Rule 40.6(a) permits the judges of this Court to "transfer directly all or part of any case on the judge's docket to any consenting judge." LCvR 50.6(a). In order to efficiently resolve the issues raised in respondents' Motion for Order to Show Cause Why Case Should Not Be Dismissed for Lack of Proper "Next Friend" Standing or, in the Alternative, to Stay Proceedings Pending Related Appeals [#3 in No. 05-1725], Judge Louis F. Oberdorfer has agreed to accept the transfer of the motion. And it is

**FURTHER ORDERED** that the motion is **transferred** to Judge Oberdorfer, with his consent, for consideration and decision.

                                JAMES ROBERTSON
                                United States District Judge