UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IBRAHIM OSMAN IBRAHIM IDRIS,[1] <br> BISHER AL-RAWI, <br>                Petitioners, <br><br>         v. <br><br> GEORGE W. BUSH, *et al.*, <br><br>                Respondents. | Civil Action No. 05-1555 (JR) |

**MEMORANDUM AND ORDER**

    Pending is Respondents' Motion for Order to Show Cause Why Case Should Not Be Dismissed for Lack of Proper "Next Friend" Standing or, in the Alternative, to Stay Proceedings Pending Related Appeals. This motion has been assigned to the undersigned pursuant to Local Civil Rule 40.6(a). See Oct. 21, 2005 Order, Idris v. Bush, Civ. No. 05-1555 [dkt no. 6], at 2 (also filed in Edries v. Bush, Civ. No. 05-1725).

    On October 21, 2005, two cases that were filed by or on behalf of Idris were consolidated into the current action. See id. at 1. In the first case (No. 05-1555), the Court received a letter from Petitioner Idris, requesting assistance to challenge his detention at Guantanamo Bay. As Petitioners concede, the Court construed Idris's letter as a habeas petition, and ordered the case docketed as a pro se action. See Pets.' Mem. of Law re Order to Show Cause at 5, Edries v. Bush, Civ. No. 05-1725 (Oct. 17, 2005). In the second subsequently filed case (No. 05-1725), Debevoise & Plimpton, representing Al-Rawi as Idris's putative next friend, brought a habeas

---

[1] Petitioner's name has been spelled as both Idris and Edries.

petition challenging Idris's detention.[2]  As the cases were consolidated, Al-Rawi was added as a petitioner to Case No. 05-1555.  See Oct. 21, 2005 Order, supra.

Even if Al-Rawi would have satisfied the requirements to serve as the "next friend" of Idris, he does no longer.  The Supreme Court has held that "a 'next friend' must provide an adequate explanation – such as inaccessibility, mental incompetence, or other disability – why the real party in interest cannot appear on his own behalf to prosecute the action." Whitmore v. Arkansas, 495 U.S. 149, 163 (1990).  Through his letter to this Court, Idris has plainly demonstrated that he can do for his legal interests what a next friend could do.

Accordingly, it is this 1st day of November, 2005, hereby

ORDERED: that, treating Respondents' Motion for Order to Show Cause Why Case Should Not Be Dismissed for Lack of Proper "Next Friend" Standing or, in the Alternative, to Stay Proceedings Pending Related Appeals [dkt no. 3, No. 05-1725] as a Motion to Dismiss Bisher Al-Rawi as the "next friend" of Idris, Respondents' Motion is GRANTED.

/s/

Louis F. Oberdorfer
UNITED STATE DISTRICT JUDGE

---

[2] It is noted that Debevoise & Plimpton LLP has filed a motion for an order appointing Debevoise as pro bono counsel for Idris. This Order does not address that motion.