IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
--------------------------------------------------------------- x
IBRAHIM OSMAN IBRAHIM IDRIS,                                     :
        Detainee,
        Guantanamo Bay Naval Station                            :
        Guantanamo Bay, Cuba,
                                                                :

Petitioner/Plaintiff,                                           :     AMENDED MOTION FOR
                                                                      APPOINTMENT AS COUNSEL
v.                                                              :
                                                                      No. 05-CV-1555 (JR)
GEORGE W. BUSH,                                                 :
        President of the United States
        The White House                                        :
        1600 Pennsylvania Ave., N.W.
        Washington, D.C. 20500;                                :

                                                                :
DONALD RUMSFELD,
        Secretary, United States                               :
        Department of Defense
        1000 Defense Pentagon                                  :
        Washington, D.C. 20301-1000;
                                                                :
ARMY BRIG. GEN. JAY HOOD,
        Commander, Joint Task Force - GTMO                      :
        JTF-GTMO
        APO AE 09360; and                                      :

ARMY COL. MIKE BUMGARNER,                                       :
        Commander, Joint Detention
            Operations Group - JTF-GTMO,                       :
        JTF-GTMO
        APO AE 09360,                                          :

Respondents/Defendants.                                         :


--------------------------------------------------------------- x
```

# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IBRAHIM OSMAN IBRAHIM IDRIS, <br><br> Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, <br> *et al.,* <br><br> Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-CV-1555 (JR) |
| ABRAHIM OTHMAN ABRAHIM <br> EDRIES, *et al.,* <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, <br> *et al.,* <br><br> Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-CV-1725 (RWR) |

## NOTICE OF MULTIPLE PETITIONS FILED BY
## GUANTANAMO BAY DETAINEE

Pursuant to the request of the Chambers of Chief Judge Hogan, respondents hereby notify the

Court that Guantanamo Bay Detainee ISN 036 has filed petitions for writ of habeas corpus in each of

the above-captioned cases. Detainee ISN 036 has filed petitions as Ibrahim Osman Ibrahim Idris in

Idris v. Bush, No. 05-CV-1555 (JR), and as Abrahim Othman Abrahim Edries in Edries v. Bush, No.

05-CV-1725 (RWR).

Dated: September 23, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel:  (202) 514-2000

Attorneys for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2005, I caused a copy of the foregoing Notice of Multiple

Petitions Filed by Guantanamo Bay Detainee to be served via U.S. Mail, First Class postage prepaid,

on Guantanamo Bay Detainee ISN 036 at the following address:

> Camp Delta; Guantanamo Bay
> Washington, D.C. 20355

> ___/s/ Preeya M. Noronha_____
> PREEYA M. NORONHA
> United States Department of Justice
> Civil Division, Federal Programs Branch
>
> One of the Attorneys for Respondents