IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------------ x

IBRAHIM OSMAN IBRAHIM IDRIS,  :
    Detainee,
    Guantanamo Bay Naval Station  :
    Guantanamo Bay, Cuba,

    :

*Petitioner/Plaintiff*,

    :

v.

    :  No. 05-CV-1555 (JR)

GEORGE W. BUSH,
    President of the United States  :
    The White House
    1600 Pennsylvania Ave., N.W.  :
    Washington, D.C. 20500;

    :

DONALD RUMSFELD,
    Secretary, United States  :
    Department of Defense
    1000 Defense Pentagon  :
    Washington, D.C. 20301-1000;

    :

ARMY BRIG. GEN. JAY HOOD,
    Commander, Joint Task Force - GTMO  :
    JTF-GTMO
    APO AE 09360; and

    :

ARMY COL. MIKE BUMGARNER,  :
    Commander, Joint Detention
        Operations Group - JTF-GTMO,  :
    JTF-GTMO
    APO AE 09360,  :

*Respondents/Defendants*.  :

------------------------------------------------------------------------ x

22061236v3

## [PROPOSED] ORDER

The Court, having considered the Amended Motion for Appointment of Counsel: IT IS HEREBY ORDERED that the Motion is granted and, pursuant to Local Rules 83.11(b)(3) and 83.11(b)(11), John W. Missing and Jennifer C. Argabright of Debevoise & Plimpton LLP are appointed counsel for Petitioner Ibrahim Osman Ibrahim Idris.

_____
JAMES ROBERTSON
United States District Judge

Dated: _____