**CERTIFICATE OF SERVICE**

I, John B. Missing, certify that I today caused a true and accurate copy of this Amended Motion for Appointment as Counsel to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

>The Honorable Alberto Gonzales
>United States Attorney General
>United States Department of Justice
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 20530-0001
>
>The Honorable Kenneth L. Wainstein
>United States Attorney for the District of Columbia
>555 4th Street, N.W.
>Washington, D.C. 20530
>
>Preeya M. Noronha, Esq.
>U.S. Department of Justice
>20 Massachusetts Ave., NW,
>Room 7226
>Washington, DC 20530

This 1st day of November, 2005.

/s/ John B. Missing
John B. Missing

40082845v7