IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IBRAHIM OSMAN IBRAHIM IDRIS,<br><br>*Petitioner,*<br><br>v.<br><br>GEORGE W. BUSH, *et al.,*<br><br>*Respondents.* | Civil Action No. 1:05CV01555 (JR) |

## MOTION OF ELLEN A. HOCHBERG FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Ellen A. Hochberg, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* in the above-captioned case. In support of the motion, Ms. Hochberg provides her declaration, attached as Exhibit A.

Dated: November 10, 2005.

Respectfully submitted,

Counsel for Petitioner Idris:

/s/ Jennifer C. Argabright
Jennifer C. Argabright (Bar No. 480763)
John B. Missing (Bar No. 425469)
DEBEVOISE & PLIMPTON LLP
555 13th Street, N.W.
Washington, D.C. 20004-1169
Tel: (202) 383 8000
Fax: (202) 383 8118

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IBRAHIM OSMAN IBRAHIM IDRIS,  )
                              )
*Petitioner*,                 )
                              )   Civil Action No. 1:05CV01555 (JR)
*v.*                          )
                              )
GEORGE W. BUSH, *et al.*,     )
                              )
*Respondents*.                )

# EXHIBIT A

MOTION OF ELLEN A. HOCHBERG FOR
ADMISSION *PRO HAC VICE*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IBRAHIM OSMAN IBRAHIM IDRIS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-01555 (JR) |

### DECLARATION OF ELLEN A. HOCHBERG

I, ELLEN A. HOCHBERG ("Applicant"), declare as follows:

1. <u>Request for Admission</u>: I am an associate in the law firm Debevoise & Plimpton LLP, and I hereby request permission to participate in this action as counsel for Petitioner Ibrahim Osman Ibrahim Idris.

2. <u>Name and Address of Applicant's Law Firm</u>:
   Debevoise & Plimpton LLP
   919 Third Avenue
   New York, NY 10022
   Tel: 212-909-6000
   Fax: 212-909-6836

3. <u>Bar Admission(s)</u>: I am a member of the Bar of the State of New York (EH 9843).

40083021v1

4. <u>Certification of Good Standing</u>: I certify that I have not been disbarred, censured, or disciplined by any court of record or state bar association. There are no pending disciplinary proceedings against me.

5. <u>Previous Appearances in this Court</u>: I have not been admitted *pro hac vice* in this Court within the last two years.

6. <u>Residence Outside District</u>: I reside and practice law from an office outside this district, am not a member of the District of Columbia Bar, and do not have an application for membership pending.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 10th day of November 2005.

Ellen A. Hochberg

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IBRAHIM OSMAN IBRAHIM IDRIS,<br><br>*Petitioner,*<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>*Respondents.* | Civil Action No. 05-CV-01555 (JR) |

### [PROPOSED] ORDER

UPON CONSIDERATION of the Certificate of Ellen A. Hochberg made pursuant to Rule 83.2(g) of the Local Rules of this Court and the supporting declaration,

IT IS, this is _____ day of November, 2005, ORDERED that the appearance be and hereby is GRANTED.

_____
The Honorable James Robertson
United States District Judge

40083021v1

# CERTIFICATE OF SERVICE

I, Jennifer C. Argabright, certify that I today caused a true and accurate copy of this Motion of Ellen A. Hochberg for Admission *Pro Hac Vice* to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

> The Honorable Alberto Gonzales
> United States Attorney General
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001
>
> The Honorable Kenneth L. Wainstein
> United States Attorney for the District of Columbia
> 555 4th Street, N.W.
> Washington, D.C. 20530
>
> Preeya M. Noronha, Esq.
> U.S. Department of Justice
> 20 Massachusetts Ave., NW,
> Room 7226
> Washington, DC 20530

This 10th day of November, 2005.

                                                /s/ Jennifer C. Argabright
                                                Jennifer C. Argabright