IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IBRAHIM OSMAN IBRAHIM IDRIS, ) ) ) | |
| *Petitioner*, ) | |
| *v.* ) | Civil Action No. 05-CV-1555 (JR) |
| GEORGE W. BUSH, *et al.*, ) ) | |
| *Respondents*. ) | |

**MOTION FOR THE IMMEDIATE
ISSUANCE OF A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2243
OR, ALTERNATIVELY, TO ISSUE AN ORDER TO SHOW CAUSE**

Petitioner Ibrahim Osman Ibrahim Idris ("Petitioner Idris"), by and through undersigned counsel, respectfully submits this motion requesting the Court, pursuant to 28 U.S.C. § 2243, to issue forthwith (1) a writ of habeas corpus, compelling Respondents to either (a) release Petitioner Idris or (b) to establish in this Court a lawful basis for Petitioner Idris' detention; or alternatively, (2) an order directing Respondents to show cause why a writ of habeas corpus should not be granted. The writ, or order to show cause, pursuant to 28 U.S.C. § 2243, shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed. The grounds for this motion are contained in the accompanying memorandum of law.

Dated: November 10, 2005.

                        Respectfully submitted,

                        /s/ John B. Missing
                        John B. Missing (Bar No. 425469)
                        Jennifer C. Argabright (Bar No. 480763)
                        DEBEVOISE & PLIMPTON LLP
                        555 13th Street, N.W.
                        Washington, D.C. 20004-1169
                        Tel: (202) 383 8000
                        Fax: (202) 383 8118

                        Jeffrey I. Lang
                        Jennifer R. Cowan
                        Ellen A. Hochberg
                        Tatia L. Miller
                        DEBEVOISE & PLIMPTON LLP
                        919 Third Avenue
                        New York, NY 10022
                        Tel: (212) 909-6000
                        Fax: (212) 909-6386

                        *Of Counsel*
                        Barbara Olshansky
                        CENTER FOR CONSTITUTIONAL RIGHTS
                        666 Broadway, 7th Floor
                        New York, New York 10012
                        Tel: (212) 614-6439
                        Fax: (212) 614-6499

                        Counsel for Petitioner Idris

40083883v1