IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **IBRAHIM OSMAN IBRAHIM IDRIS,**<br><br>*Petitioner,*<br><br>v.<br><br>**GEORGE W. BUSH, et al.,**<br>*Respondents.* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-cv-1555 (JR)<br>)<br>)<br>)<br>)<br>) |

## CONSENT MOTION FOR ENTRY OF PROTECTIVE ORDER

Petitioner Ibrahim Osman Ibrahim Idris ("Petitioner Idris") moves for entry of 1) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004, (344 F. Supp. 2d 174 (D.D.C. 2004)); 2) the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004; and 3) the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, all in the *In re Guantánamo Bay Detainee Cases* by then-Coordinating Judge Joyce Hens Green (collectively, "the Protective Order"). *See* Exhibits 1-3. Entry of the Protective Order would afford counsel to Petitioner Idris the opportunities provided counsel in other pending Guantánamo Bay detainee cases, including the opportunity to send mail to Petitioner Idris by way of the legal mail procedures outlined in the Protective Order and to visit Petitioner Idris at Guantánamo Bay, upon compliance with the terms of the Protective Order.

Pursuant to Local Civil Rule 7(m), undersigned counsel for Petitioner Idris conferred with Respondents' counsel regarding the relief sought in this motion. Respondents' counsel does not oppose the motion. A proposed Consent Protective Order, which all parties agree should be

entered at this time, is attached as Exhibit 4. Counsel for the Respondents and Petitioner represent, however, that their lack of objection to entry of this proposed Protective Order is without prejudice to the parties' respective rights to challenge or seek modification of any particular terms of the Consent Protective Order in the future. Petitioner Idris also reserves the right to ask this Court to review any particular designation by Respondents of information as "protected."

Dated: November 10, 2005.

        Respectfully submitted,

        Counsel for Petitioner

        /s/ John B. Missing
        John B. Missing (Bar No. 425469)
        Jennifer C. Argabright (Bar. No. 480763)
        DEBEVOISE & PLIMPTON LLP
        555 13th Street, N.W. Ste 1100E
        Washington, D.C. 20004-1169
        Tel: (202) 383 8000
        Fax: (202) 383 8118

        Jeffrey I. Lang
        Jennifer R. Cowan
        Ellen A. Hochberg
        Tatia L. Miller
        DEBEVOISE & PLIMPTON LLP
        919 Third Avenue
        New York, NY 10022
        Tel: (212) 909-6000
        Fax: (212) 909-6386

        *Of Counsel*
        Barbara Olshansky
        Gitanjali Gutierrez
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway, 7th Floor
        New York, New York 10012
        Tel: (212) 614-6439
        Fax: (212) 614-6499