N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IBRAHIM OSMAN IBRAHIM IDRIS,<br><br>    Petitioner,<br><br>    v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>    Respondents. | )<br>)<br>)<br>)<br>) Civil Action No. 05-CV-01555 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION REQUIRING RESPONDENTS TO REFRAIN FROM REMOVING PETITIONER EDRIES FROM GUANTÁNAMO OR, IN THE ALTERNATIVE, TO PROVIDE COUNSEL FOR PETITIONERS AND THE COURT WITH 30 DAYS NOTICE OF ANY INTENDED REMOVAL OF PETITIONER FROM GUANTÁNAMO**

  Petitioner in the above-captioned case respectfully submits this motion requesting the Court to issue forthwith an Order:

  (a) pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, enjoining Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise, from removing Petitioner Idris from Guantánamo, except for releasing him from detention within the United States, pending the Court's determination of Petitioner Idris' motion for a preliminary injunction; or

  (b) in the alternative, pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, enjoining Respondents, their agents, servants, employees, confederates, and any other persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise, from removing Petitioner Idris from Guantánamo, except for releasing him from

detention within the United States, unless counsel for Petitioner Idris and the Court receive thirty days' advance notice of such removal, pending the Court's determination of Petitioner Idris' motion for a preliminary injunction; and

  (c) requiring Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise, to refrain from removing Petitioner Idris from Guantánamo Bay Naval Base ("Guantánamo"), except for releasing him from detention within the United States; or

  (d) in the alternative, enjoining Respondents, their agents, servants, employees, confederates, and any other persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise, from removing Petitioner Idris from Guantánamo, except for releasing him from detention within the United States, unless counsel for Petitioner Idris and the Court receive thirty days' advance notice of such removal.

The grounds for the motion described above are contained in the accompanying and concurrently filed memorandum of law. On November 9, 2005 counsel conferred in good faith and counsel for Petitioner were informed on November 10, 2005 that Respondents oppose the present motion.

22020176v2

Dated: Washington, D.C.
November 10, 2005

                                         Respectfully submitted,

                                         Counsel for Petitioner

/s/ John B. Missing
John B. Missing (Bar No. 425469)
Jennifer C. Argabright (Bar. No. 480763)
DEBEVOISE & PLIMPTON LLP
555 13th Street, N.W. Ste 1100E
Washington, D.C. 20004-1169
Tel: (202) 383 8000
Fax: (202) 383 8118

Jeffrey I. Lang
Jennifer R. Cowan
Ellen A. Hochberg
Tatia L. Miller
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
Fax: (212) 909-6386

*Of Counsel*
Barbara Olshansky
Gitanjali Gutierrez
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

22020176v2