# EXHIBIT 4

To the Motion For Temporary Restraining Order and Preliminary Injunction Prohibiting Respondents From Removing Petitioner Idris From Guantanamo

On Behalf of Petitioner,

## IBRAHIM OSMAN IBRAHIM IDRIS

1 of 1 DOCUMENT

Copyright 2002 The Washington Post
The Washington Post

March 11, 2002 Monday
Final Edition

**SECTION:** A SECTION; Pg. A01

**LENGTH:** 2048 words

**HEADLINE:** U.S. Behind Secret Transfer of Terror Suspects

**BYLINE:** Rajiv Chandrasekaran and Peter Finn, Washington Post Foreign Service

**DATELINE:** JAKARTA, Indonesia March 10

**BODY:**

Arriving here from Pakistan in mid-November, Muhammad Saad Iqbal Madni told acquaintances that he had come to Indonesia to disburse an inheritance to his late father's second wife. But instead of writing a check and leaving, he settled into a small boarding house in a crowded, lower-middle-class neighborhood, where he visited the local mosque and spent hours on end watching television at a friend's house.

Stocky and bearded, Iqbal, 24, betrayed little about his life in Pakistan, except to hand out business cards identifying him as a Koran reader for an Islamic radio station. In early January, however, the CIA informed Indonesia's State Intelligence Agency that Iqbal had another occupation, according to Indonesian officials and foreign diplomats. Iqbal, they said, was an al Qaeda operative who had worked with Richard C. Reid, the Briton charged with trying to detonate explosives in his shoes on an American Airlines flight from Paris to Miami on Dec. 22.

The officials and diplomats said the CIA provided information about Iqbal's whereabouts and urged Indonesia to apprehend him. A few days later, the Egyptian government formally asked Indonesia to extradite Iqbal, who carried an Egyptian as well as a Pakistani passport, a senior Indonesian official said. The Egyptian request alleged Iqbal was wanted in connection with terrorism, he said. It did not specify the crime, he said, but Indonesian officials were told the charges were unrelated to the Reid case.

By Jan. 9, Iqbal was in the hands of Indonesian intelligence agents. Two days later -- without a court hearing or a lawyer -- he was hustled aboard an unmarked, U.S.-registered Gulfstream V jet parked at a military airport in Jakarta and flown to Egypt, the Indonesian officials said.

Since Sept. 11, the U.S. government has secretly transported dozens of people suspected of links to terrorists to countries other than the United States, bypassing extradition procedures and legal formalities, according to Western diplomats and intelligence sources. The suspects have been taken to countries, including Egypt and Jordan, whose intelligence services have close ties to the CIA and where they can be subjected to interrogation tactics -- including torture and threats to families -- that are illegal in the United States, the sources said. In some cases, U.S. intelligence agents remain closely involved in the interrogation, the sources said.

"After September 11, these sorts of movements have been occurring all the time," a U.S. diplomat said. "It allows us to get information from terrorists in a way we can't do on U.S. soil."

U.S. officials would not comment on evidence linking Iqbal to Reid, but Western diplomats in Jakarta said Iqbal's name appeared on al Qaeda documents discovered by U.S. intelligence agents in Afghanistan. Indonesian officials said U.S. officials did not detail Iqbal's alleged involvement with terrorism other than to say he was connected to Reid, and as a consequence, he was highly sought by the U.S. government.

The Washington Post March 11, 2002 Monday

Iqbal remains in custody in Egypt, intelligence sources said. The sources said he has been questioned by U.S. agents but there was no word on his legal status, a situation that resembles that of other Islamic activists taken into custody in cooperation with the CIA.

In October, for instance, a Yemeni microbiology student wanted in connection with the bombing of the USS Cole was flown from Pakistan to Jordan on a U.S.-registered Gulfstream jet after Pakistan's intelligence agency surrendered him to U.S. authorities at the Karachi airport, Pakistani government sources said. The hand-over of the shackled and blindfolded student, Jamil Qasim Saeed Mohammed, who was alleged to be an al Qaeda operative, occurred in the middle of the night at a remote corner of the airport without extradition or deportation procedures, the sources said.

U.S. forces seized five Algerians and a Yemeni in Bosnia on Jan. 19 and flew them to a detention camp at the U.S. naval base at Guantanamo Bay, Cuba, after they were ordered released by the Bosnian Supreme Court for lack of evidence -- and despite an injunction from the Bosnian Human Rights Chamber that four of them be allowed to remain in the country pending further proceedings. The Human Rights Chamber, created under the U.S.-brokered Dayton peace accords that ended the 1992-95 war, was designed to protect human rights and due process.

U.S. involvement in seizing terrorism suspects in third countries and shipping them with few or no legal proceedings to the United States or other countries -- known as "rendition" -- is not new. In recent years, U.S. agents, working with Egyptian intelligence and local authorities in Africa, Central Asia and the Balkans, have sent dozens of suspected Islamic extremists to Cairo or taken them to the United States, according to U.S. officials, Egyptian lawyers and human rights groups. U.S. authorities are urging Pakistan to take the same step with the chief suspect in the kidnapping and killing of Wall Street Journal reporter Daniel Pearl.

In 1998, U.S. agents spirited Talaat Fouad Qassem, 38, a reputed leader of the Islamic Group, an Egyptian extremist organization, to Egypt after he was picked up in Croatia while traveling to Bosnia from Denmark, where he had been granted political asylum. Qassem was allegedly an associate of Ayman Zawahiri, the number-two man in Osama bin Laden's al Qaeda network. Egyptian lawyers said he was questioned aboard a U.S. ship off the Croatian coast before being taken to Cairo, where a military tribunal had already sentenced him to death in absentia. Egyptian officials have refused to discuss his case.

U.S. intelligence officers are also believed to have participated in the 1998 seizure in Azerbaijan of three members of Egypt's other main underground group, Egyptian Islamic Jihad, according to testimony provided to their attorneys in Cairo.

Also in 1998, CIA officers working with Albanian police seized five members of Egyptian Islamic Jihad who were allegedly planning to bomb the U.S. Embassy in Tirana, Albania's capital.

After three days of interrogation, the five men were flown to Egypt aboard a plane that was chartered by the CIA; two were put to death. The five were among 13 suspects known to have been picked up in the Balkans with U.S. involvement and taken to Egypt for trial.

Between 1993 and 1999, terrorism suspects also were rendered to the United States from Nigeria, the Philippines, Kenya and South Africa in operations acknowledged by U.S. officials. Dozens of other covert renditions, often with Egyptian cooperation, were also conducted, U.S. officials said. The details of most of these operations, which often ignored local and international extradition laws, remain closely guarded.

Even when local intelligence agents are involved, diplomats said it is preferable to render a suspect secretly because it prevents lengthy court battles and minimizes publicity that could tip off the detainee's associates. Rendering suspects to a third country, particularly Muslim nations such as Egypt or Jordan, also helps to defuse domestic political concerns in predominantly Muslim nations such as Indonesia, the diplomats said.

Sending a suspect directly to the United States, the diplomats said, could prompt objections from government officials who fear that any publicity of such an action would lead to a backlash from fundamentalist Islamic groups.

In Iqbal's case, Indonesian government officials told local media that he had been sent to Egypt because of visa violations. A spokesman for the immigration department said Iqbal failed to identify a sponsor for his visit to Indonesia on his visa application form, which was submitted in Islamabad, Pakistan.

A senior Indonesian government official said disclosing the U.S. role would have exposed President Megawati Sukarnoputri to criticism from Muslim-oriented political parties in her governing coalition. "We can't be seen to be cooperating too closely with the United States," the official said.

The Washington Post March 11, 2002 Monday

The official said an extradition request from Egypt and the discovery of Iqbal's visa infraction provided political cover to comply with the CIA's request. "This was a U.S. deal all along," the senior official said. "Egypt just provided the formalities."

Indonesian officials believe Iqbal, who arrived in Jakarta on Nov. 17, came to the vast Southeast Asian archipelago not to plan an attack but to seek refuge as the Taliban neared collapse and al Qaeda leaders sought to flee Afghanistan. Western officials said they do not have a full picture of what Iqbal was doing in Indonesia and they cannot rule out the possibility that he was engaged in terrorist activities here.

Iqbal had lived in Jakarta as a teenager while his father, who also was an expert Koran reader, taught at the Arab Language Institute. Shortly after Iqbal arrived in November, he returned to his old neighborhood, a district in east Jakarta with narrow, winding streets and open sewers. There he met up with one of his father's former students, Mohammed Rizard, who helped him get a room at a nearby boarding house.

Rizard, a printer, said Iqbal often would spend afternoons at his house, watching television and singing Indian karaoke tunes. Although Iqbal said he came to Indonesia to distribute an inheritance to his father's second wife, he appeared to be in no hurry to perform the task, Rizard said.

"He was taking it easy," Rizard said. "He was more interested in talking about girls and singing karaoke."

Just before his arrest, Iqbal visited Solo, a city in central Java, Indonesia's main island, saying he was going to see his stepmother. The city is regarded by Western and Asian intelligence officials as a base for Jemaah Islamiah, a militant Muslim group with bases in Indonesia, Singapore and Malaysia that is alleged to be affiliated with al Qaeda. The group is accused of plotting to blow up Western embassies and U.S. naval vessels in Singapore and of aiding two of the Sept. 11 hijackers during a trip they made to Malaysia in 2000.

Rizard said he never discussed politics with Iqbal or inquired about his life in Pakistan. "He never talked about jihad or America," Rizard said. Rizard also said he rifled through Iqbal's suitcase and "found nothing suspicious."

In December, Iqbal sent several letters to friends in Pakistan, Rizard said. Three replies arrived at Rizard's house, which Iqbal used as a return address, after he had been seized and sent to Egypt. Rizard gave the unopened letters to correspondents for The Washington Post and the Weekend Australian newspaper.

The handwritten letters, in the Urdu language, contain no incriminating details but do suggest that Iqbal's missives had expressed deep frustration and despair.

"Why have you lost all hope?" one of his friends, Hafiz Mohammad Riazuddin, wrote. "Please keep your head and spirits up."

"Surprisingly you have asked about the Taliban," Riazuddin continued. "How did you become interested in politics? Anyway, by the time you sent this letter, Taliban rule has ended in Afghanistan. U.S. and British troops have landed in Afghanistan. The U.S. has taken bases in Pakistan and Pakistan's nuclear program is in danger."

A lengthy letter from a woman who appears to be his girlfriend suggested Iqbal had left Pakistan suddenly and had not told those close to him where he was going. "It gives great pleasure to know that you are alive," she wrote.

Another letter, from a man named Shahid, refers to plans to visit an "uncle in America" and talk to an "Uncle Babar" in Malaysia.

Despite criticism from some U.S. officials as well as from neighboring Singapore and Malaysia that Indonesia is not moving aggressively enough against suspected terrorists, particularly members of Jemaah Islamiah, officials here quickly point to Iqbal's rendition as proof they are cooperating, albeit quietly, in the global fight against terrorism.

"The CIA asked us to find this guy and hand him over," the senior Indonesian official said. "We did what they wanted."

Finn reported from Berlin. Correspondent Howard Schneider in Cairo, special correspondent Kamran Khan in Karachi, Pakistan, and staff writers Dan Eggen and Walter Pincus in Washington contributed to this report.

LOAD-DATE: March 11, 2002

# EXHIBIT 5

To the Motion For Temporary Restraining Order and Preliminary Injunction Prohibiting Respondents From Removing Petitioner Idris From Guantanamo

On Behalf of Petitioner,

## IBRAHIM OSMAN IBRAHIM IDRIS

1 of 32 DOCUMENTS

Copyright 2005 Los Angeles Times
All Rights Reserved
Los Angeles Times

January 13, 2005 Thursday
Home Edition

**SECTION:** MAIN NEWS; Foreign Desk; Part A; Pg. 1

**LENGTH:** 1968 words

**HEADLINE:** The World;
Detainee Says U.S. Handed Him Over for Torture;
An Australian held at Guantanamo who is to be freed asserts in court papers that Americans flew him to Egypt where jailors mistreated him.

**BYLINE:** Megan K. Stack and Bob Drogin, Times Staff Writers

**DATELINE:** CAIRO

**BODY:**

The burly men who Mamdouh Habib says bundled him onto a small jet in Pakistan bound for a grisly torture cell in Egypt didn't give their names. But their nationality seemed clear.

"They ... spoke American English with no foreign accent," Habib's lawyer later told a U.S. court. Several of the men sported large tattoos, including one who bore "a tattoo of an American flag on or near his wrist."

Habib had already been interrogated in Pakistani jails by three other Americans -- two women and a man. Now, according to court papers, they watched silently as one of the tattooed men forced the handcuffed prisoner to the ground, placed a foot on his neck and posed for pictures. The tattooed "Americans ... sat at the front of the plane" as he was flown to Cairo in October 2001.

Habib, a 48-year-old Australian citizen who grew up in Egypt, was about to disappear for six months into an Egyptian prison. There, he says, his Egyptian captors shocked him with high-voltage wires, hung him from metal hooks on the wall, nearly drowned him and mercilessly beat and kicked him.

The former coffee shop owner soon confessed to a litany of terrorism-related crimes, including teaching martial arts to several of the Sept. 11 hijackers and planning a hijacking himself. Habib later insisted that his confessions were false and given under "duress and torture."

Habib's more than three years of incarceration came into sharp focus this week, when the Bush administration agreed not to charge him with any crime and to repatriate him to Australia. Once home, he will be free, Australian officials said Wednesday.

"When he returns to Australia, he will not be detained or charged," said Matt Francis, a spokesman for the Australian Embassy in Washington. "He is a person of security interest, but we do not have any laws under which he can be charged."

Habib's vivid account of his secret delivery by U.S. forces to an Egyptian prison and his torture before being transferred to Guantanamo Bay, Cuba, in May 2002 is the most detailed to surface of a CIA-run operation that has played a growing role in the war on terrorism. The operation, the controversial "extraordinary renditions" program, is run by a secret unit in the CIA's counter-terrorism center.

Habib's U.S. lawyer, Joseph Margulies, said he planned to inform his client of his impending freedom when he visited him at Guantanamo on Saturday.

"If the U.S. government believes he's done something wrong, they wouldn't let him go," he said.

In a statement, the Defense Department said the Australian government had "made a number of security assurances ... that were important to the transfer decision."

The CIA declined to comment on the case.

News accounts, congressional testimony and independent investigations suggest the spy agency has covertly delivered at least 18 terrorism suspects since 1998 to Egypt, Syria, Jordan and other Middle Eastern nations where, according to State Department reports, torture has been widely used on prisoners.

The actual number of CIA-run renditions, especially since the Sept. 11, 2001, attacks on the United States, is believed to be far higher. Officials say the CIA's role has varied widely, from providing electronic and other covert surveillance before raids to flying blindfolded terrorism suspects from one country to another on a Gulfstream jet the agency uses.

"It's a growth industry," said a recently retired CIA clandestine officer who worked on several "renditions" in the Arab world. "We rendered a lot of people to Egypt, Jordan and the Saudis in particular.... Ultimately, the agency just wants these people to disappear forever."

The first foreign renditions took place during the Reagan administration, officials said, as joint CIA-FBI teams in about 1987 began capturing alleged terrorists, drug traffickers and other high-profile suspects and bringing them to the United States for prosecution.

About 15 suspects, including two men eventually convicted in the 1993 World Trade Center bombing, were brought to the United States between 1987 and 1998, according to testimony by then-FBI Director Louis J. Freeh. Because the suspects were going before U.S. courts, they were read the Miranda rights, given lawyers and otherwise afforded legal protection under the U.S. Constitution. Federal courts upheld the renditions.

But behind the scenes, the CIA also began delivering suspects to countries that provided few such rights -- a practice that became known as extraordinary renditions. The agency helped foreign governments seize suspected terrorists at least five times between 1994 and 1996, then-CIA Director John M. Deutch said in September 1996.

The agency transferred many of the suspects to Egypt, which is annually cited for torture of prisoners and other human rights abuses by the U.S. State Department.

In 1998, for example, CIA officers helped transfer the leader of the Islamic Group, an extremist Egyptian organization, from Croatia to Egypt, where he had been sentenced to death. CIA officers also helped seize five members of Egyptian Islamic Jihad, another militant group, in Albania and flew them to Egypt, where several were quickly hanged.

Habib grew up in the ancient Egyptian port of Alexandria, but he left when he turned 18. He drifted to Europe and eventually made his home in Australia, where he renounced his Egyptian citizenship and began to travel under an Australian passport.

But Habib grew weary of Australia, his family and lawyers say, and hoped to transplant his family to Pakistan to achieve a more rigorous Islamic lifestyle. In the summer of 2001, he said goodbye to his wife and three children in Sydney and flew to Pakistan to look for a job and a school for his teenagers, his lawyers said.

In early October 2001, shortly after the Sept. 11 attacks, Habib boarded a bus in Quetta that was headed for Karachi. Pakistani security forces were searching for militants fleeing the expected war in neighboring Afghanistan. When the bus was stopped and searched near the small town of Khuzdar, Habib was arrested.

For the next three weeks, as he was moved from jail to jail, Habib was interrogated by U.S. agents and "repeatedly tortured" by Pakistani authorities, Habib's lawyers said. Australia's attorney general has denied Habib's charge that an Australian agent took part in the interrogation and witnessed his abuse.

Habib says he was eventually taken to an airfield, handcuffed by the tattooed Americans, forced onto a plane and flown back to his native land -- even though the Egyptians hadn't asked for him and the Australian authorities hadn't approved.

Los Angeles Times January 13, 2005 Thursday

"The Australian government was not involved in Habib's transfer to Egypt and was not informed in advance that such a transfer was to take place," Francis, the Australian official, said Wednesday.

Pakistan's then-interior minister, Faisal Saleh Hayat, said in a 2003 interview with Australia's SBS-Television that U.S. officials had taken custody of Habib when Pakistani investigators were through with him.

"Yes, they [the Americans] did request it, yes," Hayat said. "The United States wanted him for their own investigations. We are not concerned where they take him ... once we were satisfied with our own investigations, certainly we had no problem handing him over to another ally of ours."

Once in Egypt, Habib is believed to have been imprisoned in state security headquarters in Lazoughli Square, in the heart of Cairo.

While there, he slept on a concrete floor with a single blanket, and endured interrogations that stretched on for hours, he told his lawyer.

At times, he said, he was suspended from hooks on the walls while his feet rested on a rotating metal drum that delivered harsh electrical shocks. He was forced to stand for hours on his tiptoes in water that reached his chin. He was "kicked, punched, beaten with a stick and rammed with what can only be described as an electric cattle prod," his lawyers wrote.

"Inflamed by his protests and indifferent to his screams, the sessions typically ended only when he admitted whatever they were questioning him about at the time -- whatever it was," they added. "In the midst of horrendous torture, Mr. Habib 'confessed' to it all."

"He was really tortured and attacked very badly," said Najib Nuaimi, a Qatari lawyer who tracked Habib's case through Egyptian contacts. "They thought he might have had some links with some of the Egyptian [jihad] groups, which of course he didn't."

Australian consular officials repeatedly sought to visit Habib at the prison in Cairo. "They denied they were holding him and denied us access," said Francis, the embassy spokesman.

At the time of Habib's arrest, the Bush administration hadn't yet opened its detention camp in Cuba. U.S. officials have refused to confirm where Habib was seized and incarcerated before he was brought to Guantanamo, but Australian officials have said the U.S. informed them about Habib's arrest in Pakistan and imprisonment in Egypt. It remains unclear why Habib was sent to Egypt.

"Maybe the Americans thought Egyptian interrogators, who share Mamdouh's culture and background, could be more qualified to deal with him," said Yasser Sirri, a London-based Islamic activist who monitors detainees and renditions.

After six months, Habib says, he was flown out of Egypt by U.S. forces as surreptitiously as he had been brought in. He was transferred to Afghanistan for processing, he says, then sent to Guantanamo Bay in May 2002.

Australia's government publicly pressed for resolution of Habib's case, and Prime Minister John Howard privately raised the issue at a White House meeting with President Bush in June.

In September, a secret military tribunal at Guantanamo Bay reviewed Habib's status.

Its unanimous decision, marked "Secret/No Forn," (sic) was that Habib was properly designated an enemy combatant.

"This detainee is a member of, or affiliated with, Al Qaeda forces, or associated forces that are engaged in hostilities against the United States or its coalition partners," the tribunal said.

A summary of the government's evidence said Habib "admits" he "had knowledge" of the Sept. 11 attacks before they occurred, that he stayed at Al Qaeda safe houses in Afghanistan and helped transfer chemical weapons in the capital, Kabul, that he had "trained several of the 11 September 2001 hijackers in martial arts and had planned to hijack a plane himself," among other charges.

Habib did not attend the tribunal hearing. But an official appointed to represent him said Habib had insisted that the confessions were not true, that he had been tortured since he was captured and had told "interrogators what they wanted to hear because he was in fear."

Los Angeles Times January 13, 2005 Thursday

Habib's lawyers insist the evidence against him wouldn't stand up in court, particularly given the torture they say was used to extract the confessions. And for that, they place the blame squarely on the United States.

"They outsource torture," said Stephen Hopper, Habib's Australian lawyer. "You get your friends and allies to do your dirty work for you."

A former senior U.S. intelligence official said the CIA had soured on relying on Egypt, at least when the goal was useful intelligence.

"The information the Egyptians were providing was not that reliable," said the official, who spoke on condition of anonymity. "The Egyptians, they'll just cut off finger by finger. They get a lot of confessions. But people will say anything then."

News of Habib's impending release, which is expected within several weeks, was met with muted joy by his family Wednesday.

"What has been happening is too much, too much," said Habib's father, reached in Alexandria on Wednesday. "I'm so sick about what happened to my son that I hate living."

*

Stack reported from Cairo and Drogin from Washington. Special correspondent Hossam Hamalawy in Cairo contributed to this report.

**GRAPHIC:** GRAPHIC: Habib's path  CREDIT: Los Angeles Times PHOTO: PUBLIC APPEARANCE: Mamdouh Habib's wife, Maha, and daughter Haja arrive at a news conference in Sydney, Australia.  PHOTOGRAPHER: Paul Miller European Pressphoto Agency

**LOAD-DATE:** January 13, 2005

# <u>EXHIBIT 6</u>

To the Motion For Temporary Restraining Order
and Preliminary Injunction Prohibiting Respondents
From Removing Petitioner Idris From Guantanamo

On Behalf of Petitioner,

## IBRAHIM OSMAN IBRAHIM IDRIS

(Rev. 08-28-2000)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                          **Date:** 02/23/2004

**To:** Counterterrorism          **Attn:** MLDU, Room 5382
                                              TRRS/RFDU
                                              ORRS/MLDU
          CJIS                                PDS; Chief, GIU
                                              IISS; Supervisor, Document
                                              Services Unit

**From:** Miami                                        b2 -1
            GTMO                                        b6 -1
            **Contact:** SA[                    ]       b7C -1

**Approved By:** [                    ]          b6 -1
                                                 b7C -1

**Drafted By:** [                ] taf

**Case ID #:** 315N-MM-C99102    (Pending)  SERIAL 1516

**Title:** GTMO INTEL
            AOT-IT

**Synopsis:** To report the processing of four (4) military detainees transferred from Guantanamo Bay, Cuba.

**Details:** On 1/28/2004, three (3) detainees were transferred to Bagram, Afghanistan from Guantanamo Bay, Cuba. On 2/14/2004, one (1) detainee was transferred to Spain from Guantanamo Bay, Cuba. This EC verifies the identities of the individual(s) being transferred, as well as updates the DOJ and CJIS databases.

Detainees transferred to Bagram, Afghanistan on 1/28/2004 were as follows:

[                                ] FBI# [              ]   b6 -4
                                  FBI#                      b7C -4
                                  FBI#                      b7F -1

Detainee transferred to Spain on 2/14/2004 is:         b6 -4
[                            ] FBI# [          ]           b7C -4
                                                           b7F -1

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-05-2004 BY 61579DMH/BCE/gjg 04-CV-4151

DETAINEES-2076

3934

To: Counterterrorism  From: Miami
Re: 315N-MM-C99102, 02/23/2004

**LEAD(s):**

**Set Lead 1:**

COUNTERTERRORISM

AT TRRS/RFDU

Please review and evaluate for dissemination.

**Set Lead 2:**

COUNTERTERRORISM

AT ORRS/MLDU

Read and clear.

**Set Lead 3:**

CJIS

AT CLARKSBURG, WV

Attention: PDS; Chief, GIU

**Set Lead 4:**

CJIS

AT CLARKSBURG, WV

Attention: IISS; Supervisor, Document Services Unit

**Set Lead 5:**

ALL RECEIVING OFFICES

Read and clear.

NOTES: CJIS/RMS/AU/ACS: INDEXING: Please index the subject names, subject numbers and FBI numbers included in this communication into the case identification and serial numbers of this document.

♦♦

2

DETAINEES-2077

3935

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                          **Date:** 02/29/2004

**To:** Counterintelligence          **Attn:** MLDU, Room 5382
                                              TRRS/RFDU
                                              ORRS/MLDU
         CJIS                                 PDS; Chief, GIU
                                              IIS; Supervisor, Document
                                              Services Unit

**From:** Miami
          GTMO                                                 b2 -1
          **Contact:** SA _____            b6 -1
                                                               b7C -1

**Approved By:** _____          b6 -1
                                                  b7C -1

**Drafted By:** _____ taf

**Case ID #:** 315N-MM-C99102   (Pending) SERIAL 1517

**Title:** GTMO INTEL
           AOT-IT

**Synopsis:**  To report the processing of eight (8) military detainees transferred from Guantanamo Bay, Cuba.

**Details:**  On 2/27/2004, seven (7) detainees were transferred to Russia from Guantanamo Bay, Cuba.

FBI#

FBI#

FBI#                                                             b6 -4
                                                                 b7C -4
FBI#                                                             b7F -1

FBI#

FBI#

FB!#

On 2/27/2004, one (1) detainee was transferred to Denmark from Guantanamo Bay, Cuba.

FBI                                                              b6 -4
                                                                 b7C -4
                                                                 b7F -1

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-05-2004 BY 61579DMH/BCB/gjg 04-CV-4151

DETAINEES-2078

3936

To: Counterintelligence From: Miami
Re: 315N-MM-C99102 CD 19/2004

**LEAD(s):**

**Set Lead 1:**

> COUNTERTERRORISM

>> AT TRRS/RFDU

> Please review and evaluate for dissemination.

**Set Lead 2:**

> COUNTERTERRORISM

>> AT ORRS/MLDU

> Read and clear.

**Set Lead 3:**

> CJIS

>> AT CLARKSBURG, WV

> Attention: PDS; Chief, GIU

**Set Lead 4:**

> CJIS

>> AT CLARKSBURG, WV

> Attention: IISS; Supervisor, Document Services Unit

**Set Lead 5:**

> ALL RECEIVING OFFICES

>> Read and clear.

NOTES:  CJIS/RMS/AU/ACS: INDEXING:  Please index the subject names,
subject numbers and FBI numbers included in this communication into
the case identification and serial numbers of this document.

♦♦

2

DETAINEES-2079

3937

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 03/11/2004

**To:** Counterterrorism            **Attn:** MLDU, Room 5382
                                            TRRS/RFDU
                                            ORRS/MLDU
        CJIS                                PDS; Chief, GIU
                                            IIS; Supervisor, Document
                                            Services Unit

**From:** Miami
          GTMO                                              b2 -1
          **Contact:** SA [                        ]        b6 -1
                                                            b7C -1

**Approved By:** [                        ]        b6 -1
                                                    b7C -1

**Drafted By:** [                    ]taf

**Case ID #:** 315N-MM-C99102    (Pending)SERIAL 1531

**Title:** GTMO INTEL
           AOT-IT

**Synopsis:**  To report the processing of five (5) military detainees
transferred from Guantanamo Bay, Cuba.

**Details:**  On 3/9/2004, Five (5) detainees were transferred to Great
Britain from Guantanamo Bay, Cuba.

FBI                                    b6 -4
FBI                                    b7C -4
FBI                                    b7F -1
FBI
FBI

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-05-2004 BY 61579DMH/BCS/GSG 04-CV-4151

DETAINEES-2080

3938

To:  Counterterrorism  From:  Miami
Re:  ████-████████, ██/██/████

**LEAD(s):**

**Set Lead 1:**

COUNTERTERRORISM

AT MLDU

Read and clear.

**Set Lead 2:**

COUNTERTERRORISM

AT TRRS/RFDU

Please review and evaluate for dissemination.

**Set Lead 3:**

COUNTERTERRORISM

AT ORRS/MLDU

Read and clear.

**Set Lead 4:**

CJIS

AT CLARKSBURG, WV

Attention: PDS; Chief, GIU

**Set Lead 5:**

CJIS

AT CLARKSBURG, WV

Attention: IISS; Supervisor, Document Services Unit

**Set Lead 6:**

ALL RECEIVING OFFICES

Read and clear.

2

DETAINEES-2081

3939

To: Counterterrorism  From: Miami
Re: 315N-MM-189122, 03/11 2004

NOTES: CJIS/RMS/AU/ACS: INDEXING: Please index the subject names,
subject numbers and FBI numbers included in this communication into
the case identification and serial numbers of this document.

♦♦

3

DETAINEES-2082

3940

FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                    Date:  04/04/2004

To:  Counterterrorism           Attn:   ORRS/MDLU, Room 5382
                                        TRRS/RFDU
     CJIS                       Attn:   PDS; Chief, GIU
                                        IISS; Supervisor, Document
                                        Services Unit

From:  Miami
       GTMO                                            b2 -1
       Contact:  SA                 b6 -1
                                                       b7C -1

Approved By:                                    b6 -1
                                                b7C -1

Drafted By:                    :taf

Case ID #:   315N-MM-C99102   (Pending) /543

Title:   GTMO INTEL
         AOT-IT

Synopsis:  To report the processing of fifteen (15) military
detainees transferred from Guantanamo Bay, Cuba.

Details:  On 3/31/2004, fifteen detainees were transferred to
Bagram, Afghanistan, Turkey and Iraq..  This EC verifies the
identities of the individuals(s) being transferred, as well as,
updates the DOJ and CJIS databases:

        Detainees transferred to Bagram, Afghanistan on
3/31/2004 were as follows:



                                                       b6 -4
                                                       b7C -4
                                                       b7F -1

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-05-2004 BY 61579DMH/DCB/yjg 04-CV-4151

DETAINEES-2073

3931

Detainees transferred to Iraq on 3/31/2004, were as
follows:

b6 -4
b7C -4
b7F -1

FBI#
FBI#

Detainees transferred to Turkey on 3/31/2004, were as
follows:

b6 -4
b7C -4
b7F -1

FBI#
FBI#

NOTES:  CJIS/RMS/AU/ACS: INDEXING: Please index the subject
names, subject numbers and FBI numbers included in this
communication into the case identification and serial numbers of
this document.

DETAINEES-2074

3932

To: ~~Counterterrorism    From    Miami~~
Re: ~~[illegible]~~

LEAD(s):

Set Lead 1: (Info)

    COUNTERTERRORISM

        AT ORRS/MLDU

        Read and clear.

Set Lead 2: (Discretionary)

    COUNTERTERRORISM

        AT TRRS/RFDU

        Please review and evaluate for dissemination.

Set Lead 3: (Info)

    CJIS

        AT CLARKSBURG, WV

        Attention PDS; Chief, GIU

Set Lead 4: (Info)

    CJIS

        AT CLARKSBURG, WV

        Attention IISS; Supervisor, Document Services Unit

♦♦

3

DETAINEES-2075

3933

(Rev. 08-28-00)

FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                    Date:  04/07/2004

To:   Counterterrorism          Attn:   ORRS/MLDU, Room 5382
                                        TRRS/RFDU
      CJIS                       Attn:   FBS; Chief, GIU
                                        IISS; Supervisor, Document
                                        Services Unit

From:  Miami
       GTMO                                          b2 -1
       Contact:  SA [                    ]           b6 -1
                                                     b7C -1

Approved By: [                          ]
                                        b6 -1
                                        b7C -1

Drafted By:  [                    ]

Case ID #:  315N-MM-C99102    (Pending) /544

Title:  GTMO INTEL
        AOT-IT

Synopsis:  To report the processing of twenty-six (26) military
detainees transferred from Guantanamo Bay, Cuba.

Details:  On 3/14/2004, twenty-six detainees were transferred to
Bagram, Afghanistan, Pakistan.  This EC verifies the identities
of the individuals(s) being transferred, as well as, updates the
DOJ and CJIS databases:

       Detainees transferred to Bagram, Afghanistan on
3/14/2004 were as follows:



FBI#
FBI#
FBI#
FBI#
FBI#
                                        b6 -4
FBI#                                    b7C -4
FBI#                                    b7F -1
FBI#
FBI#
FBI#
FBI#
FBI#
FBI#

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-05-2004 BY 61579 DMH/BCB/gjg 04-CV-4151,

TO: Counterterrorism From: Miami
Re:



FBI#
FBI#
FBI#

FBI#
FBI#
FBI#
FBI#

FBI#
FBI#

b6 -4
b7C -4
b7F -1

Detainees transferred to Pakistan were as follows:

FBI#
FBI#

b6 -4
b7C -4
b7F -1

NOTES:  CJIS/RMS/AU/ADS: INDEXING: Please index the subject
names, subject numbers and FBI numbers included in this
communication into the case identification and serial numbers of
this document.

2

DETAINEES-2071

3929

To: Counterterrorism From: Miami
Re:

LEAD(s):

Set Lead 1: (Info)

COUNTERTERRORISM

AT ORRS/MLDU

Read and clear.

Set Lead 2: (Discretionary)

COUNTERTERRORISM

AT TRRS/RFDU

Please review and evaluate for dissemination.

Set Lead 3: (Info)

CJIS

AT CLARKSBURG, WV

Attention PDS; Chief, GIU

Set Lead 4: (Info)

CJIS

AT CLARKSBURG, WV

Attention IISS; Supervisor, Document Services Unit

◆◆

3

DETAINEES-2072

# <u>EXHIBIT 7</u>

To the Motion For Temporary Restraining Order
and Preliminary Injunction Prohibiting Respondents
From Removing Petitioner Idris From Guantanamo

On Behalf of Petitioner,

## IBRAHIM OSMAN IBRAHIM IDRIS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AL-ADAHI, et al. )<br><br>Petitioners, )<br><br>v. )<br><br>GEORGE W. BUSH, et al., )<br><br>Respondents. ) | Civil Action No. 05-280 (GK) |

DECLARATION OF MATTHEW C. WAXMAN

Case 1:05-cv-01555-UNA    Document 14-4    Filed 11/11/2005    Page 26 of 49
Case 1:05-cv-00280-GK    Document 14-3    Filed 03/11/2005    Page 2 of 5

I, Matthew C. Waxman, pursuant to 28 U.S.C. § 1746, hereby declare and say as follows:

    1.    I am the Deputy Assistant Secretary of Defense for Detainee Affairs in the Department of Defense ("DoD"). My office is organized under the office of the Under Secretary of Defense for Policy. The office of Detainee Affairs, which I supervise, is responsible for providing policy advice to the Under Secretary of Defense on matters regarding detainees in DoD control. I have served in this position since August of 2004. The following statements provide a general overview of the process of transferring a detainee in DoD control at the United States Naval Base at Guantanamo Bay, Cuba ("GTMO") to the control of a foreign government. These statements are not intended to be an exhaustive description of all of the steps that might be undertaken in particular cases but do reflect United States policy and practices with respect to transfers of detainees from GTMO. I make these statements based upon my personal knowledge and upon information made available to me in the performance of my official duties.

    2.    One of DoD's current missions is to use all necessary and appropriate force to defeat the al Qaeda terrorist network and its supporters. In the course of that campaign - which remains ongoing – the United States and its allies have captured thousands of individuals overseas, virtually all of whom are foreign nationals. Through a screening and evaluation process, DoD determines whether the individuals should be detained during the conflict as enemy combatants. Approximately 540 of the foreign nationals are being held by DoD at GTMO.

    3.    It is appropriate for DoD to detain these enemy combatants as long as hostilities are ongoing. Nonetheless, DoD has no interest in detaining enemy combatants longer than necessary. Accordingly, DoD is conducting at least annual reviews of each GTMO detainee to determine whether continued detention is warranted based on factors such as whether the detainee continues to pose a threat to the United States and its allies. Where continued detention

- 1 -

is deemed no longer necessary, a detainee may be transferred to the control of another government for release. Furthermore, the United States also transfers GTMO detainees, under appropriate conditions, to the control of other governments for investigation and possible prosecution and continued detention when those governments are willing to accept responsibility for ensuring, consistent with their laws, that the detainees will not continue to pose a threat to the United States and its allies. Such governments can include the government of a detainee's home country, or a country other than the detainee's home country that may have law enforcement or prosecution interest in the detainee.

4. As of today, two hundred and eleven (211) detainees have been transferred by the DoD from GTMO, with 146 transferred for release, and 65 transferred to the control of their home governments for further detention, investigation and prosecution, as appropriate. Of those 65 detainees who have been transferred to the control of other governments, 29 were transferred to Pakistan, 9 to the United Kingdom, 7 to Russia, 5 to Morocco, 6 to France, 4 to Saudi Arabia, 1 to Denmark, 1 to Spain, 1 to Sweden, 1 to Kuwait, and 1 to Australia.

5. When the DoD transfers GTMO detainees to the control of other governments, the DoD does not ask or direct the receiving government to detain the individual on behalf of the United States. Accordingly, the detainees are no longer subject to the control of the United States once they are transferred. When detainees are transferred to the custody or control of their home governments, it is frequently the case that the home government takes the detainee into its custody, at least for an initial period. In some cases, the home government has subsequently released the detainee, sometimes after a period of questioning or investigation, while in other cases, the detainees have remained in confinement or subject to other restrictions in their home countries for various reasons based on the domestic law of the home government.

- 2 -

For the 65 GTMO detainees transferred by the DoD to the control of their home countries, most have subsequently been released from detention.

6. Once a DoD transfer of a GTMO detainee is proposed, including for possible prosecution, the views of interested United States Government agencies are considered.   For such a transfer, it is the policy of the United States, consistent with Article 3 of the Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, not to repatriate or transfer individuals to other countries where it believes it is more likely than not that they will be tortured.   Therefore, if a transfer is deemed appropriate, a process is undertaken, typically involving the Department of State, in which appropriate assurances regarding the detainee's treatment are sought from the country to whom the transfer of the detainee is proposed.   The accompanying Declaration of Pierre-Richard Prosper accurately and completely describes that process to the best of my information and belief.

7. The ultimate decision to transfer a detainee to the control of another government is made with the involvement of senior United States Government officials. The Secretary of Defense or his designee ultimately approves a transfer deemed to be appropriate. (In June 2004, the Secretary of the Navy was appointed the designated civilian official to operate the annual review process that assesses whether each detainee held by the DoD at GTMO should be released, transferred, or continued in detention at GTMO. The Secretary of the Navy will make the final decision in this process after considering the recommendation of the review board and input from other United States Government agencies.) Decisions on transfer are made on a case-by-case basis, taking into account the particular circumstances of the transfer, the country, and the detainee concerned, as well as any assurances received from other country. If a case were to arise in which the assurances obtained from the receiving government are not sufficient when

- 3 -

balanced against treatment concerns, the United States would not transfer a detainee to the control of that government unless the concerns were satisfactorily resolved. Circumstances have arisen in the past where the Department of Defense elected not to transfer detainees to their country of origin because of torture concerns.

8.      As noted in the Declaration of Pierre-Richard Prosper, transfers of detainees are extremely sensitive matters that involve diplomatic relations with other countries, as well as the law enforcement and intelligence interests of other countries. Requiring the United States to unilaterally disclose information about proposed transfers and negotiations outside of appropriate executive branch agencies could adversely affect the relationship of the United States with other countries, and impede our country's ability to obtain vital cooperation from concerned governments with respect to military, law enforcement, and intelligence efforts, related to the war on terrorism. Judicial review, including the possible overturning of decisions to transfer and even delays in transfers occasioned by review and possible appeals, could lead to similar harm and could negatively affect our ability to succeed in the war on terrorism.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 8, 2005.

Matthew C. Waxman

# EXHIBIT 8

To the Motion For Temporary Restraining Order
and Preliminary Injunction Prohibiting Respondents
From Removing Petitioner Idris From Guantanamo

On Behalf of Petitioner,

## IBRAHIM OSMAN IBRAHIM IDRIS

# washingtonpost.com

PRINT EDITION | Subscribe to
The Washington Post

NEWS | OPINIONS | SPORTS | ARTS & LIVING   DISCUSSIONS | PHOTOS & VIDEO | CITY GUIDE   CLASSIFIEDS | JOBS | CARS | REAL ESTATE

SEARCH:   ⦿ News   ○ Web   [                    ]   go   powered by YAHOO! SEARCH



washingtonpost.com > Nation

E-Mail This Page
Subscribe to The Post

MOST VIEWED ARTICLES

Nation        On the Site

Updated 3:30 p.m. ET

• Burdens of Past Limit New Orleans's Future
• A New Path for Asteroids
• Bush to Present Arts and Humanities Medals
• CIA Holds Terror Suspects in Secret Prisons
• Samuel A. Alito Jr. Profile

## Names of the Detained in Guantanamo Bay, Cuba

The Pentagon has declined to identify the detainees at Guantanamo Bay, most of whom were captured in Afghanistan during and after the 2001 war there. Below is the largest list of names made public thus far, encompassing: 367 men whose identities have appeared in media reports, on Arabic Web sites and in legal documents.

Some names came from family members of detainees who have sent letters home through the International Committee of the Red Cross. Seventy-three people on the list have been sent back to their home countries for further detention or for release. They are marked with an "R." Several of those have been interviewed by reporters.

Many names came from two Web sites that monitor the status of Guantanamo detainees: the Arabic-language Alasra (www.alasra.org) and the Britain-based CagePrisoners (www.cageprisoners.com). Alasra lists 202 names and CagePrisoners about 330. The two sites, which advocate the release of the detainees, have published lists of names, photographs and documents provided by families. Alasra is registered to an unknown individual in Saudi Arabia, and CagePrisoners is registered to a group of Muslim computer programmers based in Britain. Sixty-two names came from an official publication of the Yemeni Defense Ministry in January, and the names of 58 Pakistanis were published by a Pakistani newspaper in October 2002. In that same month, al Qaeda supporters in Afghanistan distributed a list naming "57 al Qaeda members" who were prisoners at Guatanamo.

### How the Names Made the List

For three years, Washington Post researchers have been compiling the names and countries of origin of detainees from unofficial, public sources: news accounts, legal documents, interviews with attorneys and relatives, and information from detainee support sites on the Web. The Post is printing only names that it has verified from a single reputable source or multiple sources. Some names have been transliterated from Arabic or have alternative spellings.

**Related story:** Holding Cell In War on Terror (*Post, May 2, 2004*)

### Guantanamo Bay Detainees by Last Name

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

**© 2005 The Washington Post Company**

Advertisement

Better Tha Botox

• BOTOX ® is a registered mark of Allergan, Inc
BEFORE

AFTER




FAST ACTING
WRINKLE REDUCE
TRY IT FREE
www.hydroderm.com

Sort the Detainees by Nationality

*To view the sources for the names on the list, click on the numbers after each name.*

**A**

| Name | Nationality | Released |
|---|---|---|
| Aamer, Shaker Abdur-Raheem [122] | Saudi Arabia | |
| Abasin, Said [216], [90] | Afghanistan | R |
| Abbas, Muhammad [190] | Pakistan | |
| Abbasi, Feroz [221], [215] | UK | |
| Abd, Allah Ab Aljalil Abdal Rahman [122] | Yemen | |
| Abderrahmane, Slimane Hadj [214] | Denmark | R |
| Abdoh AKA Al Hag, Atag Ali [214] | Yemen | R |
| Abdul Rahman, Wesam [214] | Jordan | R |
| Abdullah, Abu [188] | Algeria | |
| Abdullah, Ahmad [121] | Morocco | |
| Abdullah, Jamal [138], [121] | Uganda | |
| Abdullah, Noorudeen [121] | Morocco | |
| Abdulraheem, Othman [3] | Yemen | |
| Abdulsalam, Reswan [215], [196] | Morocco | |
| Agha, Ismail [104] | Afghanistan | R |
| Ahmad, Ali [148] | Pakistan | R |
| Ahmad, Ejaz [190] | Pakistan | |
| Ahmad, Rashid Hasan [117] | Sudan | R |
| Ahmed, Hamed Abderrahman [215], [189] | Spain | R |
| Ahmed, Faluvi Abdullah [190] | Yemen | |
| Ahmed, Faruq Ali [190] | Yemen | |
| Ahmed, Ruhal [215] | UK | R |
| Ahmed, Sarfaraz [190] | Pakistan | |
| Ait Idir, Mustapha [206], [91] | Algeria | |
| Akhmyarov, Rustam [179] | Russia | R |
| Al Adahi, Mohamed [3] | Yemen | |
| Al Ajmi, Abdullah Saleh Ali [204], [5] | Kuwait | |
| Al Anazi, Abdullah [112] | Saudi Arabia | |

| | |
|---|---|
| Al Areeni, Khalid [15] | Saudi Arabia |
| Al Asadi, Mohamed Ahmed [3] | Yemen |
| Al Aseemi, Fahd Sultan Ubaid [121] | Saudi Arabia |
| Al Askari, Mohsin Ali [3] | Yemen |
| Al Asmar, Khalid [88] | Jordan |
| Al Assani, Fahmi Salem [3] | Yemen |
| Al Azmi, Saad Madai Saad [204] | Kuwait |
| Al Azraq, Majid Hamoud [3] | Yemen |
| Al Baasi, Mohsin Abdullah [3] | Yemen |
| Al Badaah, Abdul Aziz bin Abdur Rahman [121] | Saudi Arabia |
| Al Bahlul, Ali Hamza Ahmed Sulayman [129] | Yemen |
| Al Bahooth, Ziyad bin Salih bin Muhammad [121] | Saudi Arabia |
| Al Baidhani, Abdulkhaliq [3] | Yemen |
| Al Banna, Jamil [95], [102] | Jordan |
| Al Barakati, Khalid [120] | Saudi Arabia |
| Al Blooshi, Salah Abdul Rasool [141] | Bahrain |
| Al Busayss, Adil Said Al Haj Obeid [141] | Yemen |
| Al Darbi, Ahmed [3], [228] | Yemen |
| Al Dhabbi, Khalid Mohamed Saleh [3] | Yemen |
| Al Dhabi, Salah Mohamed Saleh [3] | Yemen |
| Al Dihani, Mohammed Funaitel [204], [5] | Kuwait |
| Al Dini, Omar Saeed [3] | Yemen |
| Al Dossary, Juma Mohammed [141] | Bahrain |
| Al Fawzan, Fahd Fawzan [121] | Saudi Arabia |
| Al Fifi, Jaber [121] | Saudi Arabia |
| Al Fouzan, Fahd [110] | Saudi Arabia |
| Al Ghaith, Abdurahman ba [3] | Yemen |
| Al Ghamdi, Abdur Rahman Uthman [121] | Saudi Arabia |
| Al Ghamdi, Khalaf Awad [121] | Saudi Arabia |
| Al Ghamdi, Saeed Farhah [121] | Saudi Arabia |
| Al Ghamdi, Zaid [121] | Saudi Arabia |
| Al Ghanimi, Abdullah Muhammad Salih [121] | Saudi Arabia |
| Al Habardi, Mane Shaman [121] | Saudi Arabia |

| | |
|---|---|
| Al Habashi, Raafat [3] | Yemen |
| Al Haj, Sarqawi [3] | Yemen |
| Al Hamd, Adel Saleh [3, 228] | Yemen |
| Al Harbi, Ibrahim Daifullah [121] | Saudi Arabia |
| Al Harbi, Tariq [121] | Saudi Arabia |
| Al Hassan, Sameer Naji [3] | Yemen |
| Al Ilmi, Muhammad [121] | Morocco |
| Al Jowfi, Rashid [121] | Saudi Arabia |
| Al Juaid, Rami Sad [121] | Saudi Arabia |
| Al Judaan, Hamood [121] | Saudi Arabia |
| Al Juhani, Badr [121] | Saudi Arabia |
| Al Juhdali, Ziyad [121] | Saudi Arabia |
| Al Jutaili, Fahd bin Salih bin Sulaiman [121] | Saudi Arabia |
| Al Kaabi, Jamil Ali [154, 121] | Saudi Arabia |
| Al Kandari, Abdullah kamel bin Abdullah Kamal [204, 5] | Kuwait |
| Al Kandari, Fayiz Mohammed Ahmed [204, 5] | Kuwait |
| Al Kazimi, Ali Nasser [3, 228] | Yemen |
| Al Khalafi or Khalaqi, Asim [121] | Saudi Arabia |
| Al Khalidi, Sulaiman [121] | Saudi Arabia |
| Al Khalifa, Shaikh Salman bin Ebrahim [141, 98] | Bahrain |
| Al Khowlani, Idrees [121] | Saudi Arabia |
| Al Kouri, Farouq Ahmed [3, 228] | Yemen |
| Al Maaliki, Sad [121] | Saudi Arabia |
| Al Mahdi, Ali Yahya Mahdi [121] | Yemen |
| Al Madhoni, Musaab [3] | Yemen |
| Al Marrah, Khalid [121] | Saudi Arabia |
| Al Marri, Jarallah [121] | Qatar |
| Al Marwallah, Bishir Naser Ali [121] | Yemen |
| Al Matari, Fahd Al Haimi [3, 228] | Yemen |
| Al Matrafi, Abdullah [4] | Saudi Arabia |
| Al Merbati, Isa [141, 121] | Bahrain |
| Al Mosleh, Abdullah Hamid [121] | Saudi Arabia |

| | |
|---|---|
| Al Muhajiri, Abdulmajeed [3, 228] | Yemen |
| Al Muhammad, Mahmood [3, 228] | Syria |
| Al Mujahid, Mahmoud Abdulaziz [3] | Yemen |
| Al Muraqi, Khalid bin Abdullah [121] | Saudi Arabia |
| Al Musa, Abdul Wahab [224, 224] | Saudi Arabia |
| Al Mutairi, Khalid Abdullah Mishal [204, 5] | Kuwait |
| Al Mutairi, Nasser Nijer Naser [204, 5] | Kuwait |
| Al Naimi, Abdulla Majid [141] | Bahrain |
| Al Nasir, Ibrahim Muhammad [121] | Saudi Arabia |
| Al Nukhailan, Naif [121] | Saudi Arabia |
| Al Nur, Anwar Hamdan [224] | Saudi Arabia |
| Al Nusairi, Adil Uqla Hasan [121] | Saudi Arabia |
| Al Odah, Fawzi Khalid Abdullah Fahad [204, 5] | Kuwait |
| Al Omar, Wasm Awad Al Wasm [121] | Saudi Arabia |
| Al Omari, Musa bin Ali bin Saeed [121] | Saudi Arabia |
| Al Otaiba, Bandar [121] | Saudi Arabia |
| Al Owshan, Abdul Aziz Sad [121] | Saudi Arabia |
| Al Owshan, Saleh bin Abdullah [121] | Saudi Arabia |
| Al Owshan, Sulieman [121] | Saudi Arabia |
| Al Qaaid, Rashid [121] | Saudi Arabia |
| Al Qadasi, Khalid Massah [3] | Yemen |
| Al Qadasi, Walid [3] | Yemen          R |
| Al Qahtani, Abdullah Hamid al Muslih [226] | Saudi Arabia |
| Al Qahtani, Jaber Hasan [13, 24] | Saudi Arabia |
| Al Qahtani, Mohamed [115] | Saudi Arabia |
| Al Qahtani, Sad [121] | Saudi Arabia |
| Al Qosi, Ibrahim Ahmed Mahmoud [129] | Sudan |
| Al Qurashi, Muhammad Abdur-Rahman Abid [121] | Saudi Arabia |
| Al Rabahi, Abdullah Ameen [3, 228] | Yemen |
| Al Rabeesh, Yusuf [121] | Saudi Arabia |
| Al Rabiah, Fwad Mahmood [204, 5] | Kuwait |
| Al Rahabi, Abdulmalik Abdulwahhab [3, 228] | Yemen |
| Al Raimi, Ali Yahya Mahdi [3] | Yemen |

| | |
|---|---|
| Al Raimi, Ismail Ali [3] | Yemen |
| Al Rawi, Bisher [95], [123] | Iraq |
| Al Razehi, Ali Ahmed Muhammad [95], [123] | Yemen |
| Al Salami, Ali Abdullah [3], [228] | Yemen |
| Al Salami, Saleh Abdullah [3] | Yemen |
| Al Samh, Adil Abu [3], [228] | Yemen |
| Al Sarim, Saeed Ahmed [3] | Yemen |
| Al Sayegh, Adnan Muhammad Ali [200] | Saudi Arabia |
| Al Shabani, Fahd Abdullah [121] | Saudi Arabia |
| Al Shahrani, Muhammad bin Abdur Rahman [121] | Saudi Arabia |
| Al Shaibani, Bandar [121] | Saudi Arabia |
| Al Shamiri, Mustafa [3] | Yemen |
| Al Shammari, Abdulaziz SayerOwain [204], [5] | Kuwait |
| Al Shammari, Majid Afas Radi Al Tumi [121] | Saudi Arabia |
| Al Shammari, Zain [121] | Saudi Arabia |
| Al Shamri, Anwar Hamdan al Noor [121] | Saudi Arabia |
| Al Shaqoori, Usamah [121] | Morocco |
| Al Shaqoori, Yunus [121] | Morocco |
| Al Shareef, Fahd Umar [121] | Saudi Arabia |
| Al Shareef, Sultan [121] | Saudi Arabia |
| Al Sharikh, Abdul Hadi [121] | Saudi Arabia |
| Al Sharikh, Abdur Razaq [121] | Saudi Arabia |
| Al Shehri, Abdus Salam Ghaithan [121] | Saudi Arabia |
| Al Shehri, Saeed Ali Jabir ale Khuthaim [121] | Saudi Arabia |
| Al Shehri, Salim [121] | Saudi Arabia |
| Al Shehri, Yusuf Muhammad [121] | Saudi Arabia |
| Al Siblie, Abdullah Yahya Yousuf [3], [228] | Yemen |
| Al Suwaidi, Abdulaziz [3], [228] | Yemen |
| Al Towlaqi, Fahmi [3], [228] | Yemen |
| Al Umar, Ibrahim bin Umar [121] | Saudi Arabia |
| Al Unzi, Abdullah Thani Faris Al Sulami [226] | Saudi Arabia |
| Al Unzi, Khalid [121] | Saudi Arabia |
| Al Unzi, Rakan [121] | Saudi Arabia |

| | | |
|---|---|---|
| Al Unzi, Sultan Sari Saail [121] | Saudi Arabia | |
| Al Utaibi, Bajad bin Daifillah [121] | Saudi Arabia | |
| Al Utaibi, Bandar [224] | Saudi Arabia | |
| Al Utaibi, Muhammad Suroor [121] | Saudi Arabia | |
| Al Utaibi, Naif Fahd Al Aseemi [121] | Saudi Arabia | |
| Al Warifi, Mukhtaar [3] | Yemen | |
| Al Yafii, Al Khadir Abdullah [3, 228] | Yemen | |
| Al Zahrani, Khalid [121] | Saudi Arabia | |
| Al Zahrani, Sad Ibrahim Ramzi al-Jundubi [121] | Saudi Arabia | |
| Al Zahrani, Yasser Talal [121] | Saudi Arabia | |
| Al Zamil, Adil Zamil Abdull Mohssin [204, 5] | Kuwait | |
| Al Zuhairi, Ahmed Zaid [3, 228] | Yemen | |
| Al-Harith, Jamal Udeen [215] | United Kingdom | R |
| Ali, Abu Sana [121] | Morocco | |
| Ali, Sahibzada Usman [118, 146] | Afghanistan | R |
| Ali, Sarfraz [190] | Pakistan | |
| Ali, Syed Saim [190] | Pakistan | |
| Amin, Aminullah [190] | Pakistan | |
| Amin, Omar Rajab [204, 5] | Kuwait | |
| Amro, Jalal Salem bin [3] | Yemen | |
| Anaam, Suhail Abdo [3] | Yemen | |
| Ansar, Muhammad [148, 146] | Pakistan | R |
| Anwar, Muhammad [190] | Pakistan | |
| Aouzar, Mohamed [157] | Morocco | |
| Aqeel, Sulaiman bin [3] | Yemen | |
| Arbaish, Khalid bin Suleiman [220] | UNKNOWN | |
| Aseeri, Turki Mashawi Zayid Ale Jabali [121] | Saudi Arabia | |
| Ashraf, Muhammad [190] | Pakistan | |
| Aslam, Noor [127] | Afghanistan | R |
| Asnar, Khalid [155] | Jordan | |
| Ayub, Haseeb [190] | Pakistan | |
| Azzam, Hussein [155] | Jordan | |

Return to Index »

Case 1:05-cv-00636-JDB    Document 14-4    Filed 11/11/2005

**B**

| Name | Nationality | Released |
|------|-------------|----------|
| Babikir, Muhammad al Ghazali [116] | Sudan | R |
| Badr, Badrzaman [116] | Afghan | R |
| Bajadiyah, Saeed [121] | Morocco | |
| Bameri, Bahktiar [121] | Iran | R |
| Barak [181] | Afghanistan | R |
| Batarfi, Ayman Saeed [3] | Yemen | |
| Bayifkan, Lutfi [167] | Turkey | |
| Begg, Moazzam [221] | United Kingdom | |
| Belkacem, Bensayah [2] | Algeria | |
| Belmar, Richard [194] | United Kingdom | |
| Benchakaroun, Brahim [194] | Morocco | R |
| Benchellali, Mourad [163] | France | |
| Binmoojan, Muhammad [121] | Morocco | |
| Boumediene, Lakhdar [206] | Algeria | |
| Bukhari, Abdul Hakeem [111] | Saudi Arabia | |

Return to Index »

**C**

| Name | Nationality | Released |
|------|-------------|----------|
| Celik, Abdullah [167] | Turkey | |
| Celikgogus, Yuksel [142] | Turkey | R |
| Chekkouri, Redouan [142] | Morocco | R |
| Chekkouri, Younes [142] | Morocco | R |

Return to Index »

**D**

| Name | Nationality | Released |
|------|-------------|----------|
| Dad, Fazal [190] | Pakistan | |
| Deghayes, Omar [187] | UNKNOWN | |
| Dergoul, Tarek [194] | United Kingdom | R |
| Dukhan, Mamar [194] | Syria | R |

Return to Index »

## E

| Name | Nationality | Released |
|------|-------------|----------|
| Ehsannullah, [216] | Afghanistan | R |
| Eksi, Mustafa [200] | Turkey | |
| El Hadj, Boudella [206] | Algeria | |
| Elgazzar, Adel Fattouh Aly [200] | Egypt | |
| El-Weldi, Reda Fadel [200] | Egypt | |

Return to Index »

## F

| Name | Nationality | Released |
|------|-------------|----------|
| Farooq, Muhammad Naim [222] | Afghanistan | R |
| Fauzee, Ibrahim [90] | Maldives | |
| Fazil or Fadhil, Mullah [161] | Afghanistan | |
| Feroze, Muhammad [121] | Morocco | |
| Fouzan, Fahed [219] | Saudi Arabia | |

Return to Index »

## G

| Name | Nationality | Released |
|------|-------------|----------|
| Ghaffar, Maulvi Abdul [3] | Afghan | |
| Ghanem, Mohamed Ragab Abu [3] | Yemen | |

| Ghazi, Fahd Abdullah Ahmad [121] | Saudi Arabia | |
| Gherebi, Falen [210] | Libya | |
| Ghezali, Mehdi Muhammed [215] | Sweden | |
| Ghulab, Sher [176] | Afghanistan | R |
| Gul, Lall [181] | Afghanistan | R |
| Gul, Nate [109] | Afghanistan | R |
| Gumarov, Ravil [152] | Russia | R |

Return to Index »

## H

| Name | Nationality | Released |
| --- | --- | --- |
| Habib, Mamdouh [203] | Australia | R |
| Hajii , Adil Kamel Abdullah [141] | Bahrain | |
| Hamada, Mohamed [3] | Yemen | |
| Hamdan, Salim Ahmed [130] | Yemen | |
| Hamdi, Yasir Esam [229] | United States | |
| Hamdoon, Zahir Omar bin [3] | Yemen | |
| Hamza, Abu [126] | Saudi Arabia | |
| Hanif, Muhammad [190] | Pakistan | |
| Hassan, Imad Abdullah [190] | Yemen | |
| Hassan, Mohammad Mohammad [190] | Yemen | |
| Hatem, Saeed [3] | Yemen | |
| Hicks, David [203] | Australia | |
| Hkimi, Adel [93] | Tunisia | |

Return to Index »

## I

| Name | Nationality | Released |
| --- | --- | --- |
| Iilyas, Muhammad [190] | Pakistan | |
| Ikassrien, Lahcen [187] | Morocco | |

| Name | Nationality | Released |
|---|---|---|
| Iqbal, Asif [203] | United Kingdom | R |
| Iqbal, Faid or Faiq [148] | Pakistan | R |
| Iqbal, Zafar [190] | Pakistan | |
| Irfan, Muhammad [190] | Pakistan | |
| Ishaq, Muhammad [147] | Pakistan | R |
| Ishmuradov, Timur [179] | Russia | R |
| Ismail, Yasin Qasem Mohammad [179] | Yemen | R |

Return to Index »

## J

| Name | Nationality | Released |
|---|---|---|
| Jamaluddin, Muhammad [148] | Pakistan | R |
| Jan, Aziaullah [190] | Pakistan | |
| Joaid, Abdul Rahman [224] | Saudi Arabia | |

Return to Index »

## K

| Name | Nationality | Released |
|---|---|---|
| Kanouni, Imad [162] | France | |
| Khadr, Abdur Rahman [212] | Canada | R |
| Khadr, Omar [211] | Canada | |
| Khairkhwa, Khairullah [161] | Afghanistan | |
| Khan, Alef [97] | Pakistan | R |
| Khan, Alif [133] | Afghanistan | R |
| Khan, Aziz [172] | Afghanistan | R |
| Khan, Aziz [190] | Pakistan | |
| Khan, Badshah [190] | Pakistan | |
| Khan, Ejaz Ahmad [147] | Pakistan | R |
| Khan, Haji Mohammed [159] | Afghanistan | R |
| Khan, Hamood ullah [190] | Pakistan | |

| Name | Nationality | Released |
|------|-------------|----------|
| Khan, Issa [193] | Pakistan | |
| Khan, Juma [90] | Afghanistan | |
| Khan, Merza [216] | Afghanistan | R |
| Khan, Muhammad Ejaz [190] | Pakistan | |
| Khan, Muhammad Kashif [148] | Pakistan | R |
| Khan, Tariq Aziz [148] | Pakistan | R |
| Khasraf, Mohamed Nasser Yahya Abdullah [3] | Yemen | |
| Khazhiyev, Shamil [169] | Russia | R |
| Kifayatullah [190] | Pakistan | |
| Koochi, Naeem [218] | Afghanistan | R |
| Kudayev, Rasul [169] | Russia | R |
| Kurnaz, Murat [215] | Turkey | |

Return to Index »


## L

| Name | Nationality | Released |
|------|-------------|----------|
| Lagah, Lofti Ben Suihi [184] | Tunisia | |
| Lahmar, Saber [206] | Algeria | |

Return to Index »


## M

| Name | Nationality | Released |
|------|-------------|----------|
| Maimoundi, Hassan [215] | UNKNOWN | |
| Mamrouk, Adel Ben Hamida [184] | Tunisia | |
| Manzoor, Hafiz Liaqat [147] | Pakistan | R |
| Marouz, Muhammad [147] | Morocco | R |
| Maula, Abdul [148] | Pakistan | R |
| Mazloom, Fazel [215] | Afghanistan | |
| Mazrou, Alaa Abdel Maqsoud [215] | Egypt | |
| Mehmood, Majid [147] | Pakistan | R |

Case 1:05-cv-01886-URA   Document 14-2   Filed 11/11/2005

| | | |
|---|---|---|
| Mehmood, Talli [147] | Pakistan | R |
| Mert, Nuri [200] | Turkey | R |
| Meshad, Sherif [184] | Egyptian | |
| Mingazov, Ravil [179] | Russia | |
| Mohammed [6] | Afghanistan | R |
| Mohammed, Hajii Faiz [208] | Afghanistan | R |
| Mohammed, Jan [208] | Afghanistan | R |
| Mohammed, Wazir [90] | Afghanistan | |
| Mubanga, Martin [144] | United Kingdom | |
| Muhammad, Ali [190] | Pakistan | |
| Muhammad, Mirza [173] | Afghanistan | |
| Muhammad, Shah [175] | Pakistan | R |
| Mujarrad, Talal Ahmed Mohamed [3] | Yemen | |
| Muqaddam, Murtada [121] | Saudi Arabia | |
| Murshid, Ayoub [3] | Yemen | |
| Mustafa, Khaled ben [215] | France | |

Return to Index »

## N

| Name | Nationality | Released |
|---|---|---|
| Nabaytah, Hassan [155] | Jordan | |
| Nabiyev, Yusuf [197] | Tajikistan | |
| Naqibullah [104] | Afghanistan | R |
| Naseer, Muneer bin [190] | Pakistan | |
| Nasri, Riadh Mohammad [94] | Tunisia | |
| Nauman, Muhammad [190] | Pakistan | |
| Nechla, Mohamed [206] | Algeria | |
| Noor, Yusuf Khaleel [121] | Saudi Arabia | |

Return to Index »

## O

| Name | Nationality | Released |
|------|-------------|----------|
| Odigov, Ruslan [179] | Russia | R |
| Omar, Muhammad [190] | Pakistan | |
| Omar, Othman Ali [3] | Yemen | |
| Osman, Haji [128] | Afghanistan | R |
| Osman, Mohammad [6] | Afghanistan | R |
| Ould Slahi, Mouhamedou [170] | Mauritania | |

Return to Index »

### P

| Name | Nationality | Released |
|------|-------------|----------|
| Paracha, Saifullah | Pakistan | |
| Patel, Mustaq Ali | France/India? | |

Return to Index »

### Q

| Name | Nationality | Released |
|------|-------------|----------|
| Qaid, Yaseen [3] | Yemen | |
| Qassim, Khalid Ahmed [3] | Yemen | |
| Quraish, Nasr Abdullah [3] | Yemen | |

Return to Index »

### R

| Name | Nationality | Released |
|------|-------------|----------|
| Rafiq, Muhammad [190] | Pakistan | |
| Rahim, Abdul [151] | Pakistan | |
| Rahim, Abdur [151] | Afghanistan | R |
| Rahman, Ahmed Abdel [174] | Egyptian | |
| Rahman, Asadullah [100] | Afghanistan | R |

| Name | Nationality | Released |
|------|-------------|----------|
| Rahmatoulah [100] | Afghanistan | R |
| Raouf, Mullah Abdel [161] | Afghanistan | |
| Rashid, Hani Saleh [3] | Yemen | |
| Rasul, Shafiq [204] | UK | R |
| Raza, Abid [190] | Pakistan | |
| Raza, Muhammad Arshad [190] | Pakistan | |
| Razaq, Abdul/Abdur [148] | Pakistan | R |
| Razeq, Abdul [177] | Afghanistan | R |
| Rehman, Abdul [109] | Afghanistan | R |
| Rehman, Abdul [190] | Pakistan | |
| Rehman, Hafiz Khalil ur [190] | Pakistan | |
| Rehman, Sajid-ur [148] | Pakistan | R |
| Ridha, Yazidi [93] | Tunisia | |
| Ridouane, Khalid [215] | France | |
| Rustam, [175] | Afghanistan | |

Return to Index »

## S

| Name | Nationality | Released |
|------|-------------|----------|
| Saeed, Hafiz Ehsan [190] | Pakistan | |
| Saeed, Muhammad [190] | Pakistan | |
| Safeesi, Abdul Sattar [190] | Pakistan | |
| Sagheer, Muhammad [208] | Pakistan | R |
| Salahuddin, Ghazi [148] | Pakistan | R |
| Salman, Mohamed bin [3] | Yemen | |
| Sarajudim [217] | Afghanistan | R |
| Sassi, Mohammed Ben Sala [157] | Tunisia | |
| Sassi, Nizar [162] | France | |
| Sattar, Abdul [190] | Pakistan | |
| Saud, Abu [10] | Saudi Arabia | |
| Sen, Ibrahim [200] | Turkey | |

| Name | Nationality | Released |
|------|-------------|----------|
| Sen, Mesut [200] | Turkey | |
| Shaalan, Hani Abdo Muslih [3] | Yemen | |
| Shah, Rostum [107] | Afghanistan | R |
| Shah, Sliman [216] | Afghanistan | R |
| Shah, Sulaiman [216] | Afghanistan | R |
| Shah, Syed Zia Hussain [190] | Pakistan | |
| Shaqroon, Ibrahim bin [121] | Morocco | |
| Sharofov, Rukmiddin [197] | Tajikistan | |
| Shehzada, Mullah [192] | Afghanistan | R |
| Sidiq, Mohammed [208] | Afghanistan | R |
| Sidiq, Muhammad [172] | Afghanistan | R |
| Sultan, Zahid [190] | Pakistan | |

Return to Index »

## T

| Name | Nationality | Released |
|------|-------------|----------|
| Tabarak, Abdallah [207] | Morocco | |
| Tahir, Mohammad [107] | Afghanistan | R |
| Tariq, Muhammad [149] | Pakistan | |
| Tariq, Muhammad [190] | Pakistan | |

Return to Index »

## U

| Name | Nationality | Released |
|------|-------------|----------|
| Ullah, Asad [145] | Afghanistan | |
| Utain, Riyad [3] | Yemen | |
| Uthman, Abdul Rahim Mohammad Uthman [3] | Yemen | |
| Uyar, Salih [200] | Turkey | |
| Uzel, Turgut [201] | Turkey | |

Return to Index »

## V

| Name | Nationality | Released |
|------|-------------|----------|
| Vakhitov, Aryat [153] | Russia | R |
| Vohidov, Muqim [197] | Tajikistan | |

Return to Index »

## W

| Name | Nationality | Released |
|------|-------------|----------|
| Wali, Badshah [195] | Afghanistan | R |
| Wali, Jehan/Jan [118] | Pakistan | R |
| Wazeer, Abdullah ba [3] | Yemen | |
| Wazir, Mohammed [6] | Afghanistan | R |

Return to Index »

## Y

| Name | Nationality | Released |
|------|-------------|----------|
| Yadel, Brahim [163] | France | |

Return to Index »

## Z

| Name | Nationality | Released |
|------|-------------|----------|
| Zaeef, Mohammed [208] | Afghanistan | |
| Zaman, Badar uz [146] | Pakistan | |
| Zaman, Qaisir [148] | Pakistan | R |
| Zemiri, Ahcene [198] | Algeria | |
| Zemmouri, Moussa [113] | Belgium | |

Return to Index »

The Washington Post

E-Mail This Page

**Mortgage Rates Hit Record Lows**

AR CA CO CT DE DC FL GA HI ID IL
MD MA MI MN MS MO MT NE NV NH NJ
OR PA RI SC SD TN TX UT VT VA WA

Advertisement

SEARCH:  ⦿ News   ○ Web   [                    ]  go  powered by YAHOO! SEARCH

© Copyright 1996-2005 The Washington Post Company  |  User Agreement and Privacy Policy  |  Rights and Permissions  |  Home

**washingtonpost.com:** Contact Us | About Us | Work at washingtonpost.com | Advertise | Media Center | Site Index | Site Map | Archives
E-mail Newsletters | RSS Feeds | Wireless Access | Our headlines on your site | Make Us Your Homepage | mywashingtonpost.com
**The Washington Post:** Subscribe | Subscriber Services | Advertise | Electronic Edition | Online Photo Store
**The Washington Post Company:** Information | Other Post Co. Websites

## CERTIFICATE OF SERVICE

I, John B. Missing, certify that I today caused a true and accurate copy of this Petitioner's Memorandum In Support Of Motion For Temporary Restraining Order And Preliminary Injunction Prohibiting Respondents From Removing Petitioner Idris From Guantánamo Or, In The Alternative, To Provide Counsel For Petitioner And The Court With Thirty Days' Notice Of Any Intended Removal Of Petitioner From Guantánamo to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

The Honorable Alberto Gonzales
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530-0001

The Honorable Kenneth L. Wainstein
United States Attorney for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530

Preeya M. Noronha, Esq.
U.S. Department of Justice
20 Massachusetts Ave., NW,
Room 7226
Washington, DC 20530

This 10th day of November, 2005.

_____/s/ John B. Missing_____
John B. Missing