IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IBRAHIM OSMAN IBRAHIM IDRIS,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-CV-01555 (JR)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

The Court, having considered Petitioner's Motion For A Temporary Restraining Order And Preliminary Injunction Requiring Respondents To Refrain From Removing Petitioner Idris From Guantánamo Or, In The Alternative, Requiring Respondents To Provide Counsel For Petitioner Idris And The Court With At Least Thirty Days' Notice Of Any Intended Removal Of Petitioner From Guantánamo, and having found that Petitioner Idris will suffer irreparable harm in the absence of immediate action by the Court:

IT IS HEREBY ORDERED that the Motion for a Preliminary Injunction is granted; and

IT IS HEREBY FURTHER ORDERED that Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise, are enjoined from removing Petitioner Idris from Guantánamo Bay Naval Base ("Guantánamo"), except for releasing him from detention within the United States.

Dated: _____

_____
JAMES ROBERTSON
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IBRAHIM OSMAN IBRAHIM IDRIS,<br><br>    Petitioner,<br><br>    v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>    Respondents. | Civil Action No. 05-CV-01555 (JR) |

**[PROPOSED] ORDER**

  The Court, having considered Petitioner's Motion For A Temporary Restraining Order And Preliminary Injunction Requiring Respondents To Refrain From Removing Petitioner Idris From Guantánamo Or, In The Alternative, Requiring Respondents To Provide Counsel For Petitioner Idris And The Court With At Least Thirty Days' Notice Of Any Intended Removal Of Petitioner From Guantánamo, and having found that Petitioner Idris will suffer irreparable harm in the absence of immediate action by the Court:

  IT IS HEREBY ORDERED that the Motion for a Preliminary Injunction is granted; and

  IT IS HEREBY FURTHER ORDERED that Respondents, their agents, servants, employees, confederates, and any other persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise, are enjoined from removing Petitioner from Guantánamo Bay Naval Base ("Guantánamo"), except for releasing him from detention within the United States, unless counsel for Petitioner Idris and the Court receive thirty days' notice of such removal.

                     _____
                     JAMES ROBERTSON
Dated: _____        United States District Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBRAHIM OSMAN IBRAHIM IDRIS,<br><br>        Petitioner,<br><br>        v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>        Respondents. | Civil Action No. 05-CV-01555 (JR) |

## [PROPOSED] ORDER

       The Court, having considered Petitioner's Motion For A Temporary Restraining Order And Preliminary Injunction Requiring Respondents To Refrain From Removing Petitioner Idris From Guantánamo Or, In The Alternative, Requiring Respondents To Provide Counsel For Petitioner Idris And The Court With At Least Thirty Days' Notice Of Any Intended Removal Of Petitioner From Guantánamo, and having found that Petitioner Idris will suffer irreparable harm in the absence of immediate action by the Court:

       IT IS HEREBY ORDERED that the Motion for a Temporary Restraining Order is granted; and

       IT IS FURTHER ORDERED that pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise, are prohibited from removing Petitioner Idris from Guantánamo, except for releasing him from detention within the United States, pending the Court's determination of Petitioner's motion for a preliminary injunction.

Dated: _____

                                                JAMES ROBERTSON
                                                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBRAHIM OSMAN IBRAHIM IDRIS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>　　　　　Respondents. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-CV-01555 (JR)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

　　The Court, having considered Petitioner's Motion For A Temporary Restraining Order And Preliminary Injunction Requiring Respondents To Refrain From Removing Petitioner Idris From Guantánamo Or, In The Alternative, Requiring Respondents To Provide Counsel For Petitioner Idris And The Court With At Least Thirty Days' Notice Of Any Intended Removal Of Petitioner From Guantánamo, and having found that Petitioner Idris will suffer irreparable harm in the absence of immediate action by the Court:

　　IT IS HEREBY ORDERED that the Motion for a for a Temporary Restraining Order is granted; and

　　IT IS FURTHER ORDERED that pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise, are prohibited from removing Petitioner Idris from Guantánamo, except for releasing him from detention within the United States, unless counsel for Petitioner Idris and the Court receive thirty days' notice of such removal, pending the Court's determination of Petitioner's motion for a preliminary injunction.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
Dated: _____　　　　　　　JAMES ROBERTSON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

4