## CERTIFICATE OF SERVICE

I, John B. Missing, certify that I today caused a true and accurate copy of this Petitioner's Memorandum In Support Of Motion For Temporary Restraining Order And Preliminary Injunction Prohibiting Respondents From Removing Petitioner Idris From Guantánamo Or, In The Alternative, To Provide Counsel For Petitioner And The Court With Thirty Days' Notice Of Any Intended Removal Of Petitioner From Guantánamo to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

>The Honorable Alberto Gonzales
>United States Attorney General
>United States Department of Justice
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 20530-0001
>
>The Honorable Kenneth L. Wainstein
>United States Attorney for the District of Columbia
>555 4th Street, N.W.
>Washington, D.C. 20530
>
>Preeya M. Noronha, Esq.
>U.S. Department of Justice
>20 Massachusetts Ave., NW,
>Room 7226
>Washington, DC 20530

This 10th day of November, 2005.

>/s/ John B. Missing
>John B. Missing

22068220v1