# EXHIBIT 14

Amended Petition for Issuance of a Writ of Habeas Corpus

On Behalf of Petitioner,

**IBRAHIM OSMAN IBRAHIM IDRIS**

1 of 1 DOCUMENT

Copyright 2004 The Washington Post
The Washington Post

December 21, 2004 Tuesday
Final Edition

**SECTION:** A Section; A01

**LENGTH:** 1244 words

**HEADLINE:** FBI Agents Allege Abuse of Detainees at Guantanamo Bay

**BYLINE:** Dan Eggen and R. Jeffrey Smith, Washington Post Staff Writers

**BODY:**

Detainees at the U.S. military prison at Guantanamo Bay, Cuba, were shackled to the floor in fetal positions for more than 24 hours at a time, left without food and water, and allowed to defecate on themselves, an FBI agent who said he witnessed such abuse reported in a memo to supervisors, according to documents released yesterday.

In memos over a two-year period that ended in August, FBI agents and officials also said that they witnessed the use of growling dogs at Guantanamo Bay to intimidate detainees -- contrary to previous statements by senior Defense Department officials -- and that one detainee was wrapped in an Israeli flag and bombarded with loud music in an apparent attempt to soften his resistance to interrogation.

In addition, several agents contended that military interrogators impersonated FBI agents, suggesting that the ruse was aimed in part at avoiding blame for any subsequent public allegations of abuse, according to memos between FBI officials.

The accounts, gleaned from heavily redacted e-mails and memorandums, were obtained by the American Civil Liberties Union as part of an ongoing lawsuit. They suggest that extremely aggressive interrogation techniques were more widespread at Guantanamo Bay than was acknowledged by military officials.

The documents also make it clear that some personnel at Guantanamo Bay believed they were relying on authority from senior officials in Washington to conduct aggressive interrogations. One FBI agent wrote a memo referring to a presidential order that approved interrogation methods "beyond the bounds of standard FBI practice," although White House and FBI officials said yesterday that such an order does not exist.

Instead, FBI and Pentagon officials said, the order in question was signed by Defense Secretary Donald H. Rumsfeld in December 2002 and then revised four months later after complaints from military lawyers that he had authorized methods that violated international and domestic law.

In a Jan. 21, 2004, e-mail, an FBI agent wrote that "this technique [of impersonating an FBI agent], and all of those used in these scenarios, was approved by the DepSecDef," referring to Deputy Secretary of Defense Paul D. Wolfowitz.

Deputy Pentagon spokesman Bryan Whitman said in a statement last night that Wolfowitz "did not approve interrogation techniques." Whitman also said "it is difficult to determine" whether the impersonation technique "was permissible or not," but that such a tactic was not endorsed by Rumsfeld.

ACLU Executive Director Anthony D. Romero said in an interview that the incidents described in the documents "can only be described as torture."

The government is holding about 550 people detained in the war on terrorism at a prison on the U.S. Navy base at Guantanamo Bay. Some have been held for nearly three years without charges or access to attorneys. Several dozen

have taken advantage of a June ruling by the Supreme Court and petitioned federal courts to challenge their imprisonment.

Some of the FBI memos were written this year after a request from agency headquarters for firsthand accounts of abuse of detainees, officials said.

An overall theme of the documents is a chasm between the interrogation techniques followed by the FBI and the more aggressive tactics used by some military interrogators. "We know what's permissible for FBI agents but are less sure what is permissible for military interrogators," one FBI official said in a lengthy e-mail on May 22, 2004.

In another e-mail, dated Dec. 5, 2003, an agent complained about military tactics, including the alleged use of FBI impersonators. "These tactics have produced no intelligence of a threat neutralization nature to date and . . . have destroyed any chance of prosecuting this detainee," the agent wrote. "If this detainee is ever released or his story made public in any way, DOD interrogators will be not be held accountable because these torture techniques were done [by] the 'FBI' interrogators."

In another e-mail, an unidentified FBI agent describes at least three incidents involving Guantanamo detainees being chained to the floor for extended periods of time and being subjected to extreme heat, extreme cold or "extremely loud rap music."

"On a couple of occasions, I entered interview rooms to find a detainee chained hand and foot in a fetal position to the floor, with no chair, food or water," the FBI agent wrote on Aug. 2, 2004. "Most times they had urinated or defecated on themselves, and had been left there for 18 to 24 hours or more."

In one case, the agent continued, "the detainee was almost unconscious on the floor, with a pile of hair next to him. He had apparently been literally pulling his own hair out throughout the night."

In an e-mail dated Aug. 16, 2004, an agent from the FBI's inspection division reported observing a detainee sitting in an interview room at Guantanamo Bay's Camp Delta "with an Israeli flag draped around him, loud music being played and a strobe light flashing." The same agent said that he or she did not witness any "physical assaults" while at Guantanamo.

A detainee, Ibrahim Ahmed Mahmoud al Qosi of Sudan, an alleged paymaster for al Qaeda and accused associate of Osama bin Laden, has claimed similar abuse in documents contesting his imprisonment that were filed in federal court in Washington last month. He alleges Guantanamo Bay interrogators wrapped prisoners in an Israeli flag, showed them pornographic photos and forced them to be present while others had sex. Military officials denied his allegations.

The documents also contain what may be the first witness account of the use of military dogs to intimidate detainees during interrogations at Guantanamo Bay. In an undated and heavily redacted memo, initially classified "Secret," an FBI employee reported that members of the agency's Behavioral Analysis Unit had witnessed the use of "loud music/bright lights/growling dogs" during interviews by U.S. military personnel at the island prison.

The Army was embarrassed by photos of snarling military dogs and cowering detainees in Iraq, which officials acknowledged later had violated the Geneva Conventions protections for military prisoners. But officials have maintained steadfastly that the technique was never used in Guantanamo Bay.

The issue is particularly pertinent to statements by Maj. Gen. Geoffrey D. Miller, who commanded the Guantanamo Bay prison from October 2002 to March 2004. Miller has acknowledged urging in September 2003 that military dogs be sent to Iraq to help deter prison violence, but he told a team of Defense Department investigators in June -- and many reporters -- that "we never used the dogs for interrogations while I was in command" of Guantanamo Bay.

Miller's statement contradicted other sworn testimony -- by the senior military intelligence officer at Abu Ghraib prison near Baghdad -- that Miller acknowledged using dogs to intimidate prisoners at Guantanamo Bay and recommended a similar approach in Iraq.

Miller, who took over the Iraq prison operation after the Abu Ghraib abuses became public, recently left that job for an assignment as the Army's chief of installations and could not be reached through Army and Pentagon spokesmen yesterday. Air Force Maj. Michael Shavers, a spokesman on Guantanamo Bay issues, said he had no comment on the allegation of use of dogs.

Staff writer Peter Baker and researcher Julie Tate contributed to this report.

# EXHIBIT 15

Amended Petition for Issuance of a Writ of Habeas Corpus

On Behalf of Petitioner,

**IBRAHIM OSMAN IBRAHIM IDRIS**

Westlaw.                                                                    The New York Times

12/7/04 NYT A19                                                                      Page 1


12/7/04 N.Y. Times A19
2004 WLNR 13350655

New York Times (NY)
Copyright (c) 2004 The New York Times. All rights reserved.

December 7, 2004

Section: A

F.B.I. Memos Criticized Practices at Guantanamo

**NEIL A. LEWIS**

Confidential memorandums from FBI officials show bureau repeatedly criticized 'aggressive interrogation practices' that its agents observed being used by military personnel at Guantanamo Bay, Cuba; memos show relations between FBI agents and senior military officials at facility grew heated when agents objected to interrogation techniques; memos were provided by government in response to suit filed by American Civil Liberties Union (M)

WASHINGTON, Dec. 6 Confidential memorandums from F.B.I. officials that were disclosed Monday show the bureau repeatedly criticized "aggressive interrogation practices" that its agents observed being used by military personnel at Guantanamo Bay, Cuba.

One document, obtained by The Associated Press, described a case in which an agent observed a female interrogator squeezing a male detainee's genitals and bending back his thumbs. Other memorandums were provided by the government in response to a lawsuit filed by the American Civil Liberties Union.

The memorandums show that relations between agents of the Federal Bureau of Investigation and senior military officials at the detention facility in Cuba grew heated as agents at Guantanamo objected to the interrogation techniques, arguing that they were not effective. It is not clear whether the bureau raised ethical questions regarding the treatment of detainees.

An F.B.I. official whose name was edited from a memorandum dated May 10 wrote that a sharp exchange of views occurred at a meeting with Maj. Gen. Geoffrey D. Miller, then the commander of the detention facility at Guantanamo, and Maj. Gen. Michael B. Dunleavey, who was in charge of the intelligence operation there.

"Both sides agreed that the bureau has its way of doing things and the D.O.D. has their marching orders from SecDef," using abbreviations for the Department of Defense and the secretary of defense. "Although the two techniques differed

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

12/7/04 NYT A19

Page 2

drastically, both generals believed they had a job to do."

The agent wrote in the memorandum to his superior that the information obtained by the military in certain cases was no different from what the bureau obtained "using simple investigative techniques."

Most of the memorandums obtained by the A.C.L.U. were written in May, shortly after the disclosures of prisoner abuse at the Abu Ghraib prison in Iraq.

The document obtained by The Associated Press is a letter written by a senior F.B.I. official to a military officer investigating abuses at Guantanamo and elsewhere. According to The A.P., the July 14 letter was written by Thomas Harrington, a bureau counterterrorism expert who led a team of investigators at Guantanamo, to Maj. Gen. Donald J. Ryder, the head of the Army's criminal investigative division. It said that F.B.I. agents observed "highly aggressive" interrogations at Guantanamo more than a year before the Abu Ghraib disclosures.

In addition to seeing a female interrogator grab the genitals of a handcuffed detainee and bend back his thumbs, the Harrington letter said, another agent saw a prisoner "gagged with duct tape that covered much of his head" because he would not stop chanting passages from the Koran. In a third incident, it said, agents saw a dog being used to intimidate a detainee. The incidents occurred in the fall of 2002, the letter said.

An Army spokesman confirmed the accuracy of the Associated Press report, as did F.B.I. officials.

A spokesman for Brig. Gen. Jay Hood, the commander of the detention and interrogation operation at Guantanamo, said Monday night, "We investigate any such allegations and take appropriate action."

The spokesman, Maj. Hank McIntire, said the incidents described in the Harrington letter were under investigation.

In one F.B.I. memorandum, an agent whose name is redacted tells a colleague, "We're still hearing about folks doing weird things like subjecting interviewees to strobe lights, etc. but have not seen anything of concern to date. Overheard a very loud (non-bureau) interview down the hall yesterday, but chose not to observe it."

Anthony Romero, the executive director of the A.C.L.U., said the documents demonstrated that despite Pentagon denials treatment amounting to torture was used over a long period at Guantanamo.

---- INDEX REFERENCES ----

NEWS SUBJECT:   (Legal (1LE33); Government Litigation (1GO18))

REGION:   (Cuba (1CU43); Americas (1AM92); Caribbean (1CA06); Latin America (1LA15))

Language:  EN

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

12/7/04 NYT A19                                                          Page 3

OTHER INDEXING: (Lewis, Neil A) (ABU GHRAIB; AMERICAN CIVIL LIBERTIES UNION; ARMY; DEPARTMENT OF DEFENSE; FBI; FEDERAL BUREAU OF INVESTIGATION; PENTAGON) (Anthony Romero; Confidential; D.O.D.; Donald J. Ryder; F.B.I. Memos Criticized; Geoffrey D. Miller; Hank McIntire; Harrington; Jay Hood; Michael B. Dunleavey; Overheard; Thomas Harrington) (United States International Relations; United States Armament and Defense; Suits and Litigation; Freedom and Human Rights; Prisoners of War; Terrorism) (Afghanistan; Guantanamo Bay Naval Base (Cuba); Afghanistan)

COMPANY TERMS: FEDERAL BUREAU OF INVESTIGATION; AMERICAN CIVIL LIBERTIES UNION

EDITION: Late Edition - Final

Word Count: 842
12/7/04 NYT A19


END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# EXHIBIT 16

Amended Petition for Issuance of a
Writ of Habeas Corpus

On Behalf of Petitioner,

**IBRAHIM OSMAN IBRAHIM IDRIS**

Westlaw.

(c) 2005 Associated Press. All rights reserved.

(THIS IS THE FULLTEXT)
AP: **Gitmo Soldier Details Sexual Tactics**
Associated Press
January 27, 2005
T23:58:50Z

TEXT:
SAN JUAN, Puerto Rico -
Female interrogators tried to break Muslim detainees at the U.S. prison camp in Guantanamo Bay by **sexual** touching, wearing a miniskirt and thong underwear and in one case smearing a Saudi man's face with fake menstrual blood, according to an insider's written account.

A draft manuscript obtained by The Associated Press is classified as secret pending a Pentagon review for a planned book that **details** ways the U.S. military used women as part of tougher physical and psychological interrogation **tactics** to get terror suspects to talk.

It's the most revealing account so far of interrogations at the secretive detention camp, where officials say they have halted some controversial techniques.

'I have really struggled with this because the detainees, their families and much of the world will think this is a religious war based on some of the techniques used, even though it is not the case,' the author, former Army Sgt. Erik R. Saar, 29, told AP.

Saar didn't provide the manuscript or approach AP, but confirmed the authenticity of nine draft pages AP obtained. He requested his hometown remain private so he wouldn't be harassed. Saar, who is neither Muslim nor of Arab descent, worked as an Arabic translator at the U.S. camp in eastern Cuba from December 2002 to June 2003. At the time, it was under the command of Maj. Gen. Geoffrey Miller, who had a mandate to get better intelligence from prisoners, including alleged al-Qaida members caught in Afghanistan.

Saar said he witnessed about 20 interrogations and about three months after his arrival at the remote U.S. base he started noticing 'disturbing' practices.

One female civilian contractor used a special outfit that included a miniskirt, thong underwear and a bra during late-night interrogations with prisoners, mostly Muslim men who consider it taboo to have close contact with women who aren't their wives.

Beginning in April 2003, 'there hung a short skirt and thong underwear on the hook on the back of the door' of one interrogation team's office, he writes. 'Later I learned that this outfit was used for interrogations by

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

one of the female civilian contractors ... on a team which conducted interrogations in the middle of the night on Saudi men who were refusing to talk.'

Some Guantanamo prisoners who have been released say they were tormented by 'prostitutes.'

In another case, Saar describes a female military interrogator questioning an uncooperative 21-year-old Saudi detainee who allegedly had taken flying lessons in Arizona before the Sept. 11 terror attacks. Suspected Sept. 11 hijacker Hani Hanjour received pilot instruction for three months in 1996 and in December 1997 at a flight school in Scottsdale, Ariz.

'His female interrogator decided that she needed to turn up the heat,' Saar writes, saying she repeatedly asked the detainee who had sent him to Arizona, telling him he could 'cooperate' or 'have no hope whatsoever of ever leaving this place or talking to a lawyer.''
The man closed his eyes and began to pray, Saar writes.

The female interrogator wanted to 'break him,' Saar adds, describing how she removed her uniform top to expose a tight-fitting T-shirt and began taunting the detainee, touching her breasts, rubbing them against the prisoner's back and commenting on his apparent erection.

The detainee looked up and spat in her face, the manuscript recounts.

The interrogator left the room to ask a Muslim linguist how she could break the prisoner's reliance on God. The linguist told her to tell the detainee that she was menstruating, touch him, then make sure to turn off the water in his cell so he couldn't wash.

Strict interpretation of Islamic law forbids physical contact with women other than a man's wife or family, and with any menstruating women, who are considered unclean.

'The concept was to make the detainee feel that after talking to her he was unclean and was unable to go before his God in prayer and gain strength,' says the draft, stamped 'Secret.'

The interrogator used ink from a red pen to fool the detainee, Saar writes. 'She then started to place her hands in her pants as she walked behind the detainee,' he says. 'As she circled around him he could see that she was taking her hand out of her pants. When it became visible the detainee saw what appeared to be red blood on her hand. She said, 'Who sent you to Arizona?' He then glared at her with a piercing look of hatred.

'She then wiped the red ink on his face. He shouted at the top of his lungs, spat at her and lunged forward' -- so fiercely that he broke loose from one ankle shackle.

'He began to cry like a baby,' the draft says, noting the interrogator left saying, 'Have a fun night in your cell without any water to clean yourself.'

Events Saar describes resemble two previous reports of abusive female interrogation **tactics**, although it wasn't possible to independently verify

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

his account.

In November, in response to an AP request, the military described an April 2003 incident in which a female interrogator took off her uniform top, exposed her brown T-shirt, ran her fingers through a detainee's hair and sat on his lap. That session was immediately ended by a supervisor and that interrogator received a written reprimand and additional training, the military said.
In another incident, the military reported that in early 2003 a different female interrogator 'wiped dye from red magic marker on detainees' shirt after detainee spit (cq) on her,' telling the detainee it was blood. She was verbally reprimanded, the military said.

**Sexual tactics** used by female interrogators have been criticized by the FBI, which complained in a letter obtained by AP last month that U.S. defense officials hadn't acted on complaints by FBI observers of 'highly aggressive' interrogation techniques, including one in which a female interrogator grabbed a detainee's genitals.

About 20 percent of the guards at Guantanamo are women, said Lt. Col. James Marshall, a spokesman for U.S. Southern Command. He wouldn't say how many of the interrogators were female.

Marshall wouldn't address whether the U.S. military had a specific strategy to use women.

'U.S. forces treat all detainees and conduct all interrogations, wherever they may occur, humanely and consistent with U.S. legal obligations, and in particular with legal obligations prohibiting torture,' Marshall said late Wednesday.

But some officials at the U.S. Southern Command have questioned the formation of an all-female team as one of Guantanamo's 'Immediate Reaction Force' units that subdue troublesome male prisoners in their cells, according to a document classified as secret and obtained by AP.

In one incident, dated June 19, 2004, 'The detainee appears to be genuinely traumatized by a female escort securing the detainee's leg irons,' according to the document, a U.S. Southern Command summary of videotapes shot when the teams were used.

The summary warned that anyone outside Department of Defense channels should be prepared to address allegations that women were used intentionally with Muslim men.

At Guantanamo, Saar said, 'Interrogators were given a lot of latitude under Miller,' the commander who went from the prison in Cuba to overseeing prisons in Iraq, where the Abu Ghraib scandal shocked the world with pictures revealing **sexual** humiliation of naked prisoners.

Several female troops have been charged in the Abu Ghraib scandal.

Saar said he volunteered to go to Guantanamo because 'I really believed in the mission,' but then he became disillusioned during his six months at the prison.
After leaving the Army with more than four years service, Saar worked as a

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

contractor briefly for the FBI.

The Department of Defense has censored parts of his draft, mainly blacking out people's names, said Saar, who hired Washington attorney Mark S. Zaid to represent him. Saar needed permission to publish because he signed a disclosure statement before going to Guantanamo.

The book, which Saar titled 'Inside the Wire,' is due out this year with Penguin Press.

Guantanamo has about 545 prisoners from some 40 countries, many held more than three years without charge or access to lawyers and many suspected of links to al-Qaida or Afghanistan's ousted Taliban regime, which harbored the terrorist network.

------

EDITOR'S NOTE: Paisley Dodds is an Associated Press reporter based in San Juan, Puerto Rico, and has been covering the U.S. prison at Guantanamo Bay, Cuba, since it opened in 2002.

------
On the Web:

http://www.defenselink.mil  http://www.defenselink.mil
END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# EXHIBIT 17

Amended Petition for Issuance of a Writ of Habeas Corpus

On Behalf of Petitioner,

**IBRAHIM OSMAN IBRAHIM IDRIS**

Westlaw.

(c) 2005 Associated Press. All rights reserved.

(THIS IS THE FULLTEXT)
**Lawyers describe Guantanamo detainees** as emaciated, abused
Associated Press
January 19, 2005
T21:43:18Z

TEXT:
WASHINGTON -
Two defense **lawyers** who met recently with about a dozen Kuwaitis held at **Guantanamo** Bay, Cuba, said Wednesday the men appeared emaciated and complained of physical abuse, humiliation and torture.

'These men are startlingly thin,' said Kristine Huskey, one of the **lawyers** representing the men in a lawsuit challenging their confinement.

A Pentagon spokesman, Lt. Cmdr. Flex Plexico, would not immediately comment on the allegations of abuse but said the guards give the men regular meals and are 'dedicated to providing excellent health care to the **detainees**.'

The attorneys were allowed to interview their clients for the first time since the Supreme Court ruled last June that foreigners detained as enemy combatants at **Guantanamo** could challenge their imprisonment in U.S. courts.

At a news conference, Huskey and attorney Thomas Wilner said they could provide only overall impressions from their meetings under government rules requiring all attorney-client conversations to remain classified until authorities approve their release. Huskey interviewed the Kuwaitis the week after Christmas while Wilner visited **Guantanamo** last week.

Huskey said all the **detainees** claimed they had been abused. She declined to provide examples, citing the government rules, but she did **describe** taunting by guards and a lack of proper medical treatment. In one case, she said, a Muslim detainee watched as a guard threw a Quran in the toilet.

Huskey said several **detainees** told her people have come into their cells claiming to be their **lawyers** and trying to extract information from them.

'Obviously, this is very shocking to us,' Huskey said.
Government documents released last month show FBI agents sent to **Guantanamo** in 2002 reported some interrogators were being abusive, inserting lit cigarettes in prisoners' ears and shackling them into a fetal positions for hours.

The Army, which is responsible for overseeing the prisoners, says it is investigating the allegations. However, officials maintain that most incidents occurred in 2002 when the prison was just opening, and that some of the interrogation techniques labeled as 'aggressive' no longer are in

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

use.

The Kuwaitis told the attorneys they have been kept for nearly three years in stark 9-by-5-foot cells. They are allowed outside for about 45 minutes a week and given no reading materials other than the Quran for brief periods.

'The way that these men are being held, the conditions of confinement are worse than those for the worst convicted murder or rapist in the United States,' Wilner said.

Some 550 **detainees** from more than 40 countries are held in the naval base as 'enemy combatants.' About 200 have been released.
END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.