# EXHIBIT 20

Amended Petition for Issuance of a
Writ of Habeas Corpus

On Behalf of Petitioner,

**IBRAHIM OSMAN IBRAHIM IDRIS**

# Composite statement: Detention in Afghanistan and Guantanamo Bay

## Shafiq Rasul, Asif Iqbal and Rhuhel Ahmed

1. All three men come from Tipton in West Midlands, a poor area with a small community of Pakistani and Bangladeshi origin. The school all three attended is considered one of the worst in England. Rhuhel Ahmed and Asif Iqbal who are now both aged 22 were friends from school, although one year apart. Neither was brought up religiously but each was drawn towards Islam. Shafiq Rasul is now aged 27 and had a job working at the electronics store, Currys. He was also enrolled at the University of Central England.

2. This statement jointly made by them constitutes an attempt to set out details of their treatment at the hands of UK and US military personnel and civilian authorities during the time of their detention in Kandahar in Afghanistan in late December 2001 and throughout their time in American custody in Guantanamo Bay Cuba. This statement is a composite of the experiences of all 3. They are referred to throughout by their first names for brevity. There is far more that could be said by each, but that task is an open-ended one. They have tried to include the main features.

### *Detention in Afghanistan*

3. All three men were detained in Northern Afghanistan on 28 November 2001 by forces loyal to General Dostum. They were loaded onto containers and transported to Sherbegan prison. The horrors of that transportation are well documented elsewhere and are not described in detail here.

4. According to information all three were given later, there were US forces present at the point they were packed into the containers together with almost 200 others. Asif became unconscious and awoke to find that in an attempt to allow air into the containers Dostum's forces had fired machine guns into the sides of the containers. Asif was struck in the arm by a bullet as a result. The journey to Sherbegan took nearly 18 hours and the containers were not opened until they reached the prison. All three men remained in the containers amongst the dead and dying throughout this time. Asif reports that to get water he had to lick the side of the container or wipe a cloth on the top of the container where the condensation had collected and squeeze the drips of water into his mouth. On arrival at Sherbegan of the 200 originally in the container only 20 were alive, some of them seriously injured.

**Sherbegan Prison**

5.  This prison is an old fortress, a court yard surrounded by buildings open to the air. The 3 men were held in a room approximately 10m by 10m in which 70 men were held. After several days they were moved to another much smaller room with about 30 others.

6.  Conditions in Sherbegan were appalling, Asif says; '*in the first week the only food we got was a tiny portion of bread per day and a very small amount of water. This was to last us the whole day*'. When the Red Cross arrived, after about a week, some more food was provided and also blankets. Shafiq was given plastic sandals at this point but Rhuhel and Asif were barefoot (their boots having been stolen by Dostum's forces). Asif had a 'Kameez' or traditional Pakistani top and jogging bottoms. Shafiq and Rhuhel each had a thin Kameez and Pakistani trousers known as 'shalwar'. These were thin summer clothes and provided no protection against the freezing weather, it being now December.

7.  After one Red Cross visit a lorry load of grain was left to feed them which was however stolen by Dostum's forces. The prisoners had, in consequence less food than they had previously. It was at this point that conditions sharply deteriorated. Shafiq says that, '*we all had body and hair lice. They were big and would bite. I still have the scars from their bites on my body. We all got dysentery and the toilets were disgusting. It was just a hole in the ground with shit everywhere. The whole prison stank of shit and unwashed bodies*'. After the food rations were reduced the prisoners started fighting over food. Rhuel says '*I was asleep and got up to pray. There was also food being distributed. I got my piece and there was a piece missing and someone accused me of having a piece extra and he attacked me*'.

8.  Whilst in Sherbegan Asif's arm which had been injured in the container became infected but he was given no medical treatment other than some iodine and gauze.

9. They were held in Sherbegan for approximately 30 days during which the Red Cross saw them. They gave their names and asked for families in England to be contacted. Asif says '*the Red Cross told us that they had contacted the British Embassy in Islamabad, Pakistan and that the Embassy officials would be coming to see us on Friday. In fact on that day (28th December 2001) it was US Special Forces who arrived at the prison*'.

10. After their identities were revealed to the US forces, they were woken up one morning by the guards in Sherbegan and together with other "foreigners" they were herded towards the main gates. The weather was freezing. Shafiq says '*I had a pair of flimsy shoes supplied by the Red Cross but no socks. At this time I was extremely weak. I was suffering from dysentery and my clothes were extremely thin and provided very little protection from the weather. We were all covered in hair and body lice and I had not washed for at least 6 weeks and I was filthy*'.

11. As they stood at the main gate, US Special Forces personnel surrounded them pointing their guns. One by one they were stripped of all their clothes despite the freezing temperature. They stood there naked, being held by two of the Special Forces soldiers whilst their pictures were taken. They were searched and after about five minutes, they were allowed to put their clothes back on but were already suffering from the effects of the cold.

12. Shafiq says '*I was very weak. I had not eaten for at least two days and only a little water in the morning*'. All three believed that '*"the British officials" would arrange for us to be taken out of the prison and possibly sent back to the UK even if that meant being interrogated by British officials*'.

*First interrogation by U.S Army*

13. After the search the men were taken into a room within the grounds of the prison. This location is best described as a shed and it offered very little protection from the cold. Shafiq describes the interrogations as follows, '*My hands and feet were tied with plastic cuffs. The room was about 5 foot by 5 foot and as I was dragged in, soldiers forced me onto my knees in front of an American soldier in uniform. There were no tables or chairs in the room. The soldier did not identify himself to me but straight away started asking questions. Whilst I was in this position, one of the soldiers who had come in with me stood in the corner of the room with a machine gun pointed at me. He said if you move that guy over there (with the gun) will shoot you. The American interrogator asked my name, where I was from and what I was doing in the prison. I was so weak that I was barely able to walk and had difficulty concentrating on the questions, but I answered as well as I could in the circumstances. The interview lasted about 10 minutes and was conducted in English. I think there were interpreters for some of the other foreign detainees. At the end of the interview I was asked how I was feeling, and I told the interrogator that I was scared. He said that this was nothing compared with what they could do to me'.*

14. Asif says of this first interrogation '*the soldier did not identify himself to me but straight away started asking questions. Whilst I was in this position there was a soldier in the room standing right next to me holding a black 9mm automatic pistol to my temple. The barrel of the pistol was actually touching my temple*'.

15. After the interrogation they were all placed outside the shed side by side. As soon as they walked out of the shed, an American soldier put a sandbag on their head and then wrapped thick masking tape around their head, to further cover their eyes. Asif says that '*despite this, it was just about possible to see underneath the masking tape and through the sand bag that was being used as a hood if you angled your head correctly. It was obviously impossible to properly*

*distinguish between people and identify features, but I could roughly distinguish figures'.* After the hood was placed on their head they were sat outside in the main yard against the wall. They were all sitting side by side in the freezing cold. They estimate that there were approximately 30 to 50 prisoners, all of whom were non Afghani.

16. The Special Forces were standing in a semi circle in front of them. They had to wait until all of the detainees were interrogated and for the Americans to bring transport to the prison. This meant that they were sitting with no shoes or socks, in flimsy clothes and legs and arms tied with tight plastic cuffs for at least three to four hours.

17. Rhuhel says *'I think we were all suffering from the cold, dehydration, hunger, the uncertainty as well as the pain caused by the plastic ties. Added to this, periodically Special Forces soldiers would walk along a line of sitting detainees and kick us or beat us at will'.* Asif adds that *'they would abuse us in English, constantly swearing and threatening us. I recall that one of them said "you killed my family in the towers and now it's time to get you back". They kept calling us mother fuckers and I think over the three or four hours that I was sitting there, I must have been punched, kicked, slapped or struck with a rifle butt at least 30 or 40 times. It came to a point that I was simply too numb from the cold and from exhaustion to respond to the pain'.*

18. Eventually large trucks were brought up to the prison. Still hooded they could not see the trucks but could distinguish the distinctive sound they make. They were picked up one by one and thrown in. It was impossible to walk because of the plastic ties around their legs so they were dragged everywhere. As they did not have any shoes or socks, this meant that the ground would scrape the skin off their feet. When they were thrown into the lorry, there was somebody else in there that grabbed them who dragged them in. They were not allowed to talk or communicate in any way.

19. They were driven for about 45 minutes until they arrived at what they now know was an airport. Whilst in the truck, they could distinguish flashes of light which they

recognized to be from a camera/flash.  Shafiq says '*I believe they were constantly taking photographs of us.  I can't imagine these photographs were for identification purposes because of the hoods we were wearing, or to provide evidence that they were not maltreating us, because the abuse we were suffering was serious.  I think, in light of what I now know that these photographs were trophies*'.

20. When they got to their destination, they could hear the soldiers talking about "birds" arriving at 18.00 hours.  They had to wait in the truck at the airport for some time.  Shafiq says '*Asif and I were taken on the first plane. We did not know where we were being taken.  I was not allowed to use the toilet, or given any food, extra clothes or water.  Throughout this time we still had the hoods on which made the experience even more terrifying.  The plane itself was I believe a large cargo plane.  It had hooks on the floor and they sat us down attaching each of us to some form of metal belt.  The belt was then attached to a chain on either side and also padlocked to the floor.  Because our hands were tied behind us and our legs were still tied in plastic cuffs, we had to keep our legs straight out in front of us.  In normal circumstances this position would have been difficult to maintain for any length of time.  Given that I was extremely weak and that I was suffering from dysentery, dehydration, hunger and exhaustion it was impossible to maintain this position for more than a few minutes at a time.  If however I leant back or tried to move, I would be struck with a rifle butt.  These blows were not designed to prevent us from falling back or to adjust our position, they were meant to hurt and punish us*'.

21. All three men explain the aircraft was freezing.  Whilst the three men were not suffering from any major injuries (other than Asif's infected arm), there were others on the plane, including amputees and the victims of bombing raids, who were extremely unwell and yet had to maintain this position with the constant threat of being struck by rifle butts or kicked and beaten by the soldiers. Rhuhel says '*I took the last plane. The conditions in my plane were same as those described by Shafiq*'.

### Arrival in Kandahar

22. The plane eventually landed in Kandahar and as they were being taken off, each detainee was taken to the side of the plane and in front of the engines.  Shafiq says *'The cargo plane had no heating and given the flimsy clothes we were wearing I believe I was close to hypothermia.  My feet were still tied with the plastic cuffs, and therefore once again we were dragged out of the plane and in front of the engines.  I believe the reason we were placed in front of the engines was to try and heat us up'*.

23. After this a rope was tied around their right arm and even though they were wearing a hood they understood that this rope was then connected to the man behind and the man in front.  The rope was extremely thin and bit deep into their arm.

24. After the ropes were placed on their arms, they had to walk for nearly an hour. They believe they were actually walking around in circles rather than heading straight for their destination.  Their feet were bound with plastic ties and so they could only shuffle.  If the man in front or behind went too fast or too slow the rope would become taut and dig into their arm.  This together with the pain of shuffling, in bare feet (and in the freezing cold) on the gravel, made this walk unbearable.

25. The hood and blindfold were still in place when they arrived at their destination, and all of them had deep cuts on their feet and rope burns on their right arm.

26. Asif says *'We were eventually herded into a tent and the rope was removed.  I knew it was a tent because I couldn't feel the wind.  We were made to kneel with our legs underneath us and our foreheads resting on the ground.  Our hands were tied behind us as were our feet'*.  Shafiq adds that *'in normal circumstances, it might have been possible to keep my head one or two centimeters above the ground so that the sand and stones on the ground didn't dig into my head.  By this time however I was so weak that I simply sunk forward and my head landed on the ground quite heavily.  As I was in*

*this position the sand and stone was cutting into my forehead and so occasionally I tried to lift my head to get some relief. Each time I would do this I was hit or assaulted in some way. My head was forced down on one occasion with a rifle butt. The soldier didn't stop when my head hit the ground but continued pushing down. On another occasion someone came up and pulled the plastic ties around my ankle which caused my legs which were folded under me to straighten, this meant my face and chest hit the ground heavily'.*

27. They found out later that at this time the Americans were processing them and they were eventually given plastic wrist bands with numbers on them. Shafiq says '*I was number 78. As I was lying on the ground, two soldiers came up and carried me outside. They then laid me on the floor and started searching me. I still had my clothes on at this point. One of them kicked me a few times, as a result of which I suffered a lot of bruising. Whilst I was being searched, one of the soldiers would kneel on my back and the other carried out the search. After my search, I was taken to another tent. I still had the hood on and as I was taken to this tent, they were asking me "where are you from" and also they kept asking me what I was "doing in Afghanistan". In the tent, they cut off my clothes and they then carried out a "forced cavity search", but this took place with the hood still on my head and I was terrified and humiliated'.*

28. After this tent, Shafiq was taken by the soldiers who were carrying a blanket and clothes (though he had to walk naked) through a maze made out of barbed wire. Even the doors in the maze were made of barbed wire. If he tripped or slipped, which was likely given how exhausted he was, the wire would cut him. This barbed wire maze was in the open air.

29. Asif and Rhuhel describe the same treatment and all three eventually found themselves in a large hanger where they stayed over-night. In relation to the processing carried out by the American personnel Asif adds that he saw a doctor in the tent, '*I showed him my arm and he said that it was infected. He put some*

*sort of a plastic bandage on it.  I also told him about my feet which were badly cut up.  He looked at them and then said "you'll live"'.*

30. They had still not been given food or water.  Shafiq says '*I was totally dehydrated, exhausted and suffering from the effects of malnutrition, dysentery and the beatings.  Despite this I was called for interrogation by somebody shouting out my number.  I had a sack placed on my head and for the first time, I was placed in shackles.  These were not the "three piece suits" (see below) used in Guantanamo, but leg irons and handcuffs.  I was taken into the interview room bent double with the sack on my head.  I had received a change of clothes at this stage and was wearing a thin shalwar kameez which is a type of clothing commonly worn in Pakistan*'. Asif and Rhuhel describe the same treatment.

*Interrogation at Kandahar*

31. When they got into the interrogation tent, the hood was taken off and they were told to sit on the floor. There was a table in the middle of the tent with two men behind it. There was also a soldier with a gun standing behind them. All three were told forcefully that if they moved they would be shot. Shafiq says '*I was questioned for about half an hour. I could see four water bottles sitting on the table and I said I needed water. One of the interrogators told me that he did not have any despite the fact that I could see the bottles sitting in front of him. He told me that if I cooperated I would get some water later*'.

32. They all answered the questions put to them truthfully. The bulk of each interview was about their backgrounds including address, telephone number etc. After this they were photographed and had their fingerprints and DNA taken. The DNA included a swab from their mouth as well as hairs plucked from their beard.

33. After the first interrogation by the Americans, they were taken to an open tent (with the sides open to the elements) and given a blue jump suit. They were also given a couple of crackers each and some peanut butter and at this point the Americans started to insist that they drink a lot of water.

34. The first interrogations were done in English by the Americans. None of the interrogators identified themselves to the detainees.

35. Asif explains that his second interview was also with an American but on this occasion he was badly beaten by his interrogator and the guard, He states that, '*My second interview took place a couple of days later. I was taken away from the others, with my hood on and walked (bent double) by some soldiers to a tent. An American came into the tent and shouted at me telling me I was Al-Qaeda. I said I was not involved in Al-Qaeda and did not support them. At this, he started to punch me violently and then when he knocked me to the floor started to kick me around my back and in my stomach. My face was swollen*

11

*and cut as a result of this attack. The kicks to my back aggravated the*
*injuries I had received from the soldier striking me with a rifle butt. After a few*
*moments the guards dragged me back to the tent. Whilst he was attacking*
*me, the interrogator didn't ask me any other questions but just kept swearing*
*at me and hitting me'.*

36. After about one week when they had been interrogated several times by American
    military personnel they were each separately brought in to be questioned by a
    British soldier.

*Interrogation by British Army*

37. Their first contact with British military personnel was whilst held in the US prison camp in Kandahar. The interrogator was wearing a maroon beret. He told them that he was from the SAS.   Throughout this interrogation as well as the earlier ones, the hood was removed.

38. Shafiq describes being brought into a tent by two US soldiers first thing in the morning.  He had very thin clothes on and was freezing. He had a sandbag placed over his head which was removed once inside the tent. He was handcuffed from behind and had leg irons on. One of the US soldiers had his arm round his neck and was saying "wait until you get back to the tent you will see what we are going to do to you". The British officer produced two letters. He said one was from Scotland Yard and the other from Interpol.

39. There were a number of names on a list. Shafiq was able to see the letters, only briefly before they were pulled away. He says that the letter claimed that 16 hours after he had left home for Pakistan his house was raided. Shafiq knew this wasn't true as he had phoned home from Pakistan shortly after his arrival and no mention had been made of such a raid. The SAS man went on to say that he had a report that Shafiq was a member of the Al Muhajeroon (this is not true). He went on to suggest that Shafiq had attended a march in London on September 19th (just after the September 11th attacks) and that he had been recruited to join them.

40. Rhuhel says that he was taken before the British officer and interrogated for about 3 hours. He said that one of the U.S. soldiers had a gun to his head and he was told that if he moved they would shoot him. The SAS officer said, "You are funded by the Al Muhajeroon to fight."  He was told to admit that he came to Afghanistan for holy "jihad".

41. He was questioned as to how he paid for his ticket.  The SAS man also mentioned three maximum security prisons in Britain, including Belmarsh, and said that he

would be sent there. When he was taken back from there the soldiers forced his head right down and threw him on the floor, forced to his knees with his head forced onto the ground and hands pulled up backwards, forcing his head right down into the broken glass and stones on the ground. When he screamed, the force was increased. The floor consisted of sand, broken glass and stones and Rhuhel's hands were cuffed at the back and his feet were shackled.

42. Asif also was told that he would be going to one of the three maximum security prisons back in England. He says that prior to being questioned by the British soldier he had been interrogated by US soldiers on two occasions in Kandahar and one in Sherbegan. The SAS officer asked him to set out his story and he was asked for a description of the area where he lived in England.

43. He was taken back to see the British SAS officer a second time the following day. He was told that "*your friends have confessed to being members of the Al Muhajeroon*". He asked him to admit that he was also a member. He showed him a list of names and suggested that a particular doctor from the Central Mosque in Birmingham paid for him to go out to fight in Afghanistan. The SAS man then left the tent and the U.S. soldiers roughed him up again (as Rhuhel has also described). Asif was taken on a third day again to see the British SAS officer and was told that he hadn't told the truth. He was then threatened that because he wasn't telling the truth he would go straight back to England and be placed in Belmarsh or one of the other high security prisons. Asif thinks that the first time that he was questioned was for about 6 or 7 hours, the second time for about 2 hours and the third time for about 40 minutes. On the first occasion he was told by the SAS man that he was not going to be beaten 'because you are with me'.

44. Asif says '*I was told of maximum security prisons in the United Kingdom, including Belmarsh. The British officer told me that within a few weeks I would probably be taken there to be tried*'.

**Removal from Kandahar**

45. Shafiq says '*I was at the Kandahar camp for just less than two weeks. During that period I was interrogated about four times. We slept in a tent. I was in a tent with Rhuhel but Asif was in a different tent. There were about 20 of us in each tent. The tents were surrounded by barbed wire. We had to sleep straight on the ground, on the gravel. We were not allowed to talk and as Rhuhel explains (see below) they were deliberately stopping us from sleeping. Around midnight, probably on the 12th or 13th January 2002, US Army men came in and everyone in the tent was told to move to the back. They then shouted out three numbers. They called out my number (78) and I was taken out after the other two. It was raining and absolutely freezing cold. By this stage I was wearing the blue cotton boiler suit that we'd all been given and sandals. I was made to lie on the ground face down. A sergeant put his knee on my back and a soldier put shackles on my wrists and on my ankles. Then a rice sack was placed over my head. The sack was made from very coarse material and there were no holes to see through. I was then led about 300 to 400 yards with one guard abusing me and swearing at me. When we stopped the other guard, for no reason, hit me on the back of my head with a hand gun. I had been taken to another tent where I remained to sleep that night (the shackles and sacks were removed). There were about 20 people in that tent. The tent had a wooden floor although it had got wet from the rain. There was no bed or mattress or anything'*.

46. In the morning all the prisoners in this tent were made to sit at the back of the tent and one by one their numbers were called out. They did not have any idea what was going on. Again, the same procedure was adopted, they were brought out and made to lie on the ground and shackled with a rice sack placed over their heads. This time Shafiq says *'I had to run as fast as I could with my legs shackled and I was bent over with a sack over my head. We were taken to another tent. There they cut off all my clothes and forcefully shaved our beards and heads. I was taken outside. I was completely naked with a sack on my head and I could*

hear dogs barking nearby and soldiers shouting "get 'em boy". Although I couldn't see I had a sense that there were a lot of soldiers around. I was taken, still naked with a sack on my head, to another tent for a so called cavity search. I was told to bend over and then I felt something shoved up my anus. I don't know what it was but it was very painful. I was then taken over to another part of the tent where the head sack was removed and photographs were taken of me. I think they were head and shoulder, full face and profile. After the photos I was given an orange uniform, of polyester trousers and t-shirt. Then new chains were put on. These were handcuffs connected to a box that was held in between our wrists and from this box another chain went around the waist and then a different chain came down to other cuffs which were placed around our ankles. They were on extremely tight and cut into my wrists and ankles. I asked if they could be loosened but they refused. Then black thermal mittens were placed on my hands and taped on around the wrist. Goggles were placed on my eyes. These were rather like ski goggles but with the eye pieces painted out. Then ear muffs were put on like builders' ear muffs. A face mask, which was rather like a surgical mask, was put round my nose and mouth and I was given orange socks and plimsoles to wear. I was then taken outside. I could barely hear or see a thing and was made to sit down on the gravel ground. I was left there for hours and hours, perhaps nine or ten altogether. It was freezing and I was not allowed to move, I sat cross legged. I was aware that others sat beside me. Throughout that time I was given no food or water, the last meal I'd had was the night before. Whilst on the runway, they pulled down our face masks and gave us an MRE (meals ready to eat) packet. However, it was impossible to eat it because the packet was placed in our hands but as we were shackled and still had all the other stuff such as mittens on, you couldn't open the packet or reach your mouth with the food. They gave us no water and then they just took the food away. I was not able to eat any of it. We were then all made to stand up and I was given a sort of denim jacket which was placed over my shoulders with the top button tied but our arms were not in the sleeves. A thin strong rope was tied around my arm and connected, I believe, from my arm to the arms of other detainees. We were made to walk for a long time. I think we were simply

*walking round and round in circles. Because of the rope round our arms if it got pulled it became extremely tight. As we were walking I could sense that cameras were flashing and I suspect that they were also videoing us'*. It was at this point that it became clear they were going to be transported by airplane out of Kandahar but they were not told their destination.

47. Asif who was on the same plane as Shafiq describes very similar experiences. He says *'I'd been in a different tent from Shafiq and Rhuhel. I remember three numbers being called out. I was number 79 and I was taken in the same way as Shafiq described to the wooden floored tent. In the morning we were all made to sit on our knees and I waited about three hours until my number was called out. I was also called into the tent and the same process happened of being shaved and stripped naked. I do also remember having a brief examination with a doctor who looked into my eyes and asked if there were any problems. I explained that I had stomach problems as I was still suffering from dysentery. He simply gave me some tablets'*.

48. Rhuhel was not taken out of Kandahar at this time. He remained there for another month. His number was 102. It was never explained to him why he was left behind.

49. Shafiq and Asif describe being led onto large cargo planes. They were taken one by one up onto the plane. They estimate that the whole process would have taken about two or three hours. They were made to sit on benches that had no back. They still had on gloves, face masks, head muffs and they were shackled although the rope around their arms was removed. A further chain was then put around their waist and legs and this was then connected to the floor. Shafiq says *'my legs were in a painful position but if I tried to move to get comfortable they would kick you'*.

50. The plane took off and they were in the air for many hours.  They had to remain sitting in this very painful position with the shackles cutting into their wrists throughout this time. Asif says *'I was very tired, not having slept at all. During the flight at some stage the face masks were removed and we were fed peanut*

*butter and jelly sandwiches and orange segments. Then the mask was replaced. It was absolutely freezing during the plane journey. When we eventually landed, it was obviously somewhere very hot. We could tell as we came off the airplane that it was in the middle of the day, it was very light and very hot. I had no idea where we were. I was then led from this plane onto another plane. On the way to the other plane we were moved, bent double quite quickly. A soldier at some point, stamped on the chain between my ankles which brought the cuffs around my ankles down very hard. It was extremely painful. I was not offered the opportunity to use the toilet at any stage. I was again made to sit in the same position, shackled to the ground on this other plane and we waited for a couple of hours before take off. The second journey was shorter than the first. Eventually we arrived in Cuba; although at that stage we didn't know it was Cuba'.* Asif and Shafiq have no idea where they changed planes but Rhuhel who describes a similar experience on his flight was told by soldiers that they had landed in Turkey. All three describe the plane journey as a nightmare with Asif saying that he was by this stage *'done for'*, he thought he would not survive the second flight but was too weak and too frightened to do or say anything.

51. Shafiq says *'during the plane journey the shackles had been on so tight that they really cut into me. I still have scarring on my left arm from them and I lost the feeling in my right hand for a long time because they were on so tight'.*

52. Whilst Asif and Shafiq were on their way to Guantanamo Bay Rhuhel remained in Kandahar. He describes the routine continuing as before. He states he was further interrogated, once by MI5 and separately by the Foreign Office. He asked after Asif and Shafiq but was told by the MI5 official in the first interrogation that they had gone home because they had cooperated. He was also interrogated on four further occasions by the Americans. He reports that after Shafiq and Asif left conditions in Kandahar started to deteriorate. He states *'they kept moving us around from tent to tent. This went on all day and night so it was impossible to settle down for the night. They also shone powerful lights into the tents which made things worse. There were no cages in the tents but you were separated from the*

*person next to you by barbed wire. You were not allowed to communicate with anyone in the tent. I started to feel crazy from the isolation. About a week before I left I knew I was going to Guantanamo. I was told this by one of the soldiers. My conversations with the soldiers were the only real relief I had because it was human contact'.*

53. Rhuhel says that just before he was flown to Cuba in February 2002 he was visited by somebody from the Foreign Office. It was a few days before he flew out. There was also somebody present from MI5 who said that he had seen his friends in Cuba and they had confessed to everything. He said if you admit to everything you will go home. At that point Rhuhel was starving, frightened and living in appalling conditions at the prison camp. He had been surviving on only two biscuits a day and was sleep deprived. He had not been allowed to talk to anyone and at night was woken up every hour on the hour. He decided to agree with everything put to him so that he could be returned to England. He admitted that he was paid for by the Al Muhajeroon and that he had flown to Afghanistan to fight holy "jihad". He said that he '*couldn't hack it*'. Rhuhel says that '*I was in a terrible state. I just said 'OK' to everything they said to me. I agreed with everything whether it was true or not. I just wanted to get out of there'*. He says that the British officials could see the state he was in but did not seem to care or even ask him about the conditions. Five days later (on the day he left) the Foreign Office representative came to see him. He was pleasant and dressed in a suit. He told Rhuhel that he was going to Cuba. He was not concerned by Rhuhel's health and was not prepared to give him any information about what was happening.

54. The Foreign Office did not inform Shafiq and Asif's families that their whereabouts were known until they were in Cuba. Rhuhel's family was told when he was in Kandahar. Shafiq and Asif saw no one from the Foreign Office whilst they were in Kandahar.

55. All three talk of the use of particular interrogation techniques in Kandahar.  Shafiq explains that '*when the soldiers would come into the tents in Kandahar they came with dogs. If you made any sudden movements the dogs would be*

*brought right up to you snarling and barking very close to your face'*. As described above by Asif the interrogators and guards used physical violence and all three had their beards and head shaved when they were placed on the plane for Guantanamo. They believe that forced cavity searches were used to degrade and humiliate them. They were systematically deprived of sleep, whether or not an interrogation was pending and all believe they were deliberately kept on a very restricted diet in order to further physically weaken them.

**Guantanamo Bay**

56. When they arrived in Cuba Shafiq states '*we were taken off the plane and made to sit on the ground outside somewhere. I was still goggled and masked. At that stage they took my shoes off. We were then led onto a bus. I think there were maybe about 40 of us altogether. I later learned that we were the second group of detainees from Afghanistan taken to Guantanamo Bay. On the bus we sat cross legged on the floor (the seats had been removed) and were thrown about because of the movement of the bus, but soldiers would still punch or kick us if we moved. The bus then went onto a ferry which went over to the camp. On our arrival at the camp somebody lifted the earmuffs I was wearing and shouted into my ear "you are now the property of the US Marine Corps". We were told this was our final destination. There would be one soldier speaking in English and another in Arabic. We had arrived at Camp X-Ray*'. Asif describes very similar experiences.

57. Rhuhel, who arrived a month later, was also taken to Camp X-Ray. His journey on the plane was very similar to Asif and Shafiq but on the ferry to the actual camp he was kicked and punched by a US soldier. He states he was assaulted '*because we had been told to keep our hands by our sides. This was uncomfortable as we were shackled and after some time I moved my hands into my lap. A soldier came up to me and said put your hand on your left knee which I did. The soldier said "this motherfucker speaks English", and then kicked me about 20 times to my left thigh and punched me as well. I had a large bruise on my leg and couldn't walk for nearly one month. There was never anyone to complain to about these sorts of attacks and I think they are still going on'*.

58. At Camp X-Ray, after they were taken off the bus, they had to sit outside for hours still shackled with the gloves, ear muffs and masks on. They were given no water even though it was extremely hot. Occasionally somebody would come round and wet their lips with water but it wasn't enough.

59. Asif states that '*after a couple of hours of squatting in that position I fell over and started shaking. I went into a sort of fit. I was taken on a stretcher into a processing room where I was given an IV tube into my arm. I was still shackled and goggled at that stage. I was in the room for about an hour and was then given a shower. Everything was taken off, all my clothing except for the goggles and the shackles. The shower was very brief, it didn't give me an opportunity to wash properly. After the shower I was taken over to a table and told to bend over (I was naked). Again somebody prodded up my anus. I don't know what they possibly could have thought I had hidden since I had been completely shackled since the last cavity search. I was then dressed and more or less carried across to another part of the tent where I was questioned by a woman who asked for my details, including my name, date of birth etc. My fingerprints were done, also a DNA mouth swab and photographs taken. I was given a new wristband which had my name and number printed on it*'.

60. Shafiq who describes a similar experience when he was processed (as does Rhuhel) also states that '*when we arrived at Camp X-Ray I was made to squat in the boiling heat outside for about six or seven hours altogether. I became desperate and eventually asked for some water. The soldiers realized I was English and a man from the ERF team (Extreme Reaction Force -- see below) came and started kicking me in the back and calling me a traitor. There were dogs present barking nearby. They were very close to me but I couldn't see them. I wasn't allowed to move, if I did I would be kicked. Eventually I was taken in to be processed, I was taken to a tent and my clothes were removed. Each hand was uncuffed in turn to allow them to take my top off and then recuffed. The same happened with my trousers. I was then led to a shower. While I was in the shower, a soldier pressed me firmly against the wall using a riot shield or ERF shield. This meant that I was pressed against the wall with a dribble of water dropping on my head and couldn't wash properly. I also had my goggles on in the shower. After this I was walked naked to another table where a cavity search was conducted. This was both painful and humiliating. Having been subjected to the same search before we left Kandahar and having been kept shackled throughout the time we were transported, there*

*can have been no purpose to this search other than to further humiliate or punish us. I was taken, naked, to a woman who processed me as Asif describes. I think this was meant to further humiliate me. When I was questioned by the woman about my details I told her I was British but she wouldn't believe me'*.

61. After processing, their clothes were put back on by the guards.  Each was walked around the tent at least twice and then photographs were taken. Shafiq states '*I was given a wrist band.  This wrist band had a photograph, name, date of birth, height and weight.  When I arrived at Guantanamo I was 140lbs, but I was 195lbs when I had left the UK'*.

62. After the photographs and processing had been completed they were told they had to write a letter to their families. They found it almost impossible to write anything because their hands were still cuffed together and they had lost all feeling in them. Shafiq states that '*I think all I managed to write was "I am in American custody". After I had done this the goggles were put back on and I was taken to a cage. At that stage the goggles and shackles were removed'*.

**Camp X-Ray**

63. After processing they were taken to the cages in Camp X-Ray. They describe the cage as being about 2 meters by 2 meters. There was a gap between the top of the cage (itself made of mesh) and the roof of the structure (made from corrugated iron). Asif states that '*in my cage there were 2 towels, 1 blanket, 1 sheet, 1 small toothbrush, shampoo, soap, flip flops and an insulation mat to sleep on as well as two buckets, one for water and one to use as a toilet (urinal)*'. There were 60 people in each block each of which consisted of 6 groups of 10 cages. Throughout the time that they had been in custody, both in Kandahar and now in Camp X-Ray, they were not allowed to pray. If they tried to pray, the soldiers would deliberately disrupt them.

64. Asif states that '*on the first night after I arrived from Afghanistan at Camp X-Ray I weighed 120 pounds, I am normally 165 pounds. When I was placed in the cage I had the goggles as well as the shackles removed and I thought I was hallucinating. I could just see a series of cages with people wearing orange. Then I also noticed people outside who were veiled. I thought they were women at first. In fact they turned out to be men who were employed to do building work on the camp. It seemed that the people building the camp were mainly Indian and South East Asian. We found out later that they were paid only about one dollar or less per hour and had to work 12 hours per day. They were under the control of the company that had been contracted to build the camp. We weren't supposed to talk to them and in fact they were escorted and guarded by the US Army. Occasionally, however, we managed to exchange some conversation with them in Urdu*'.

65. Asif also sets out the aspects of Camp X-Ray he found most difficult to deal with. He states that, '*I think Shafiq will agree that the restrictions that were placed on us when we were in our cages were probably the worst things we had to endure. By the time Rhuhel arrived things had improved a bit but in the first few weeks, we were not allowed any exercise at all; this meant that all day*