*every day we were stuck in a cage of 2 meters by 2 meters. We were allowed*
*out for 2 minutes a week to have a shower and then returned to the cage.*
*Given the extreme heat, we sweated a lot and the area obviously began to*
*smell. During the day we were forced to sit in the cell (we couldn't lie down)*
*in total silence. We couldn't lean on the wire fence or stand up and walk*
*around the cage. We were fed three times a day, but given very little time to*
*eat the food. The quantity of food we were given was also very little. It is not*
*an exaggeration to say that sometimes we were only allowed about one*
*minute in which to eat our food. This was not too much of a problem if the*
*food was on a plate, but occasionally it would be in packets and we would not*
*be able to open the packet before the food was taken back. At this point, the*
*US marines ran the camp and they were very brutal*. Conditions in Camp X-Ray
were very difficult, especially in the first month. The cells were often under direct
sunlight for hours on end. Shafiq says '*the way my cell was located I got more*
*sunlight than the others and had to put up with direct sunlight for most of the*
*day*'.

66. It was extremely hot but they were not allowed to take their tops off. They still had
no idea why they were there. In fact for the first 7 days Asif and Shafiq did not know
they were in Cuba. They did not know when their ordeal would end. All three say
that they simply could not understand what the interrogators wanted from them.

67. Rhuhel says that when he arrived he gradually developed a technique of staring at
the wire mesh or at the ground and letting '*my mind go blank*'. The area around
Camp X-Ray was lit with very powerful (like football stadium) flood lights. At night,
the area was lit up as though it were the middle of the day. The floodlights were
used throughout their time at Camp X-Ray. There were also snakes, scorpions and
a variety of unusual insects. Rhuhel says that '*I remember that a number of*
*detainees were bitten by scorpions in my block (I was still separate from Asif*
*and Shafiq) and we always had to be on the look out.* (If bitten by a scorpion,
flesh had to be dug out from the bitten limb to remove the infection.) Asif says in
Camp X-Ray his comfort items had been removed for some reason. They would
place removed items outside the cage. When they came to return the items they

lifted my blanket and underneath there was a snake. It was impossible to sleep or get any rest. When they were sleeping, they had to keep their hands outside their blankets. In addition, the noise of the construction work going on (they were extending Camp X-Ray) was such that it would have been impossible to sleep anyway.

68. Another aspect of detention in Camp X-Ray which caused considerable distress was the toilet facilities. In the cages there were two buckets. One was for urinating in and the other was for water. The bucket which was used for a toilet was emptied once a day and the bucket that was for water was filled on average twice a day with a hose pipe brought into the cell block by the guards, but this depended on their discretion. The detainees had to use the water in the bucket to drink, wash and for ablutions. If they wanted to *"do a number 2"*, they had to ask permission from a guard who would shackle them and then escort them to a portaloo outside the blocks. The guards would stand staring at them with the door of the portaloo open and with their hands in shackles as they sat on the toilet. Because of the shackles they were also unable to clean themselves.

69. Shafiq says '*very often the guards would refuse to take us to the portaloo outside and therefore people started to use the buckets in the cells. Many of the people who were detained in Camp X-Ray were ill, often suffering from dysentery or other diseases and simply couldn't wait until the guards decided they would take them to the toilet. I think the guards also knew how importance cleanliness is to Muslims and took a sick pleasure from seeing us degraded like this. The smell in the cell block was terrible and in the early days this was made worse by the fact that we had to sit in the middle of the room, described above, without leaning on the cage, talking, praying or moving around the cage*'.

70. After some time the conditions improved by that they mean that they got slightly more food and could talk to each other – i.e. the restrictions on conversations were slightly relaxed. They could put their hands underneath the blankets when they went

to sleep. The conditions improved slightly after they 'confessed' to allegations put to them during interrogation. They were also given shorts for decency.

71. A complaint all three make is that the orange jump suits they were given as a uniform had a long slit down the side. This meant that when they prayed (if they were allowed) the jump suit would open to reveal their groin area when they bent down. In Islam a man must be covered from his midriff to just above his knees when he prays and so the prisoners took to wearing their towels around their waists when they prayed. This became a source of a lot of conflict with the guards. The detainees were also prevented from calling out the Azzan or call to prayers. Asif says that when people called out the Azzan *'The Americans would respond by either silencing the person who was doing it, or, more frequently, play loud rock music to drown them out. They would also go into the person's cage and shackle them, leaving them there for 4 or 5 hours'.*

72. They were never given prayer mats and initially they didn't get a Koran. When the Korans were provided, they were kicked and thrown about by the guards and on occasion thrown in the buckets used for the toilets. This kept happening. When it happened it was always said to be an accident but it was a recurrent theme.

73. Eventually the prisoners went on hunger strike because of the way that they were treated and in particular the way their religion was treated (see below).

74. Asif says that '*it was impossible to pray because initially we did not know the direction to pray, but also given that we couldn't move and the harassment from the guards, it was simply not feasible. The behaviour of the guards towards our religious practices as well as the Koran was also, in my view, designed to cause us as much distress as possible. They would kick the Koran, throw it into the toilet and generally disrespect it. It is clear to me that the conditions in our cells and our general treatment were designed by the officers in charge of the interrogation process to "soften us up"'.*

75. After Asif and Shafiq had spent about a week in Camp X-Ray, the Americans brought along someone they referred to as "the Chaplain". They believe that he was in fact an American Muslim. Asif states '*he started to read the prayers and I think the idea was that he would be leading us in prayer. In fact, nobody knew what was going on and we were all uncertain as to whether we were allowed to participate. Nobody knew or trusted this individual and as a result he was left to pray on his own. This did not stop the Americans from filming him and suggesting that he was leading regular prayer groups*'.

76. As set out above, after the first month or so, at about the time Rhuhel arrived, things were relaxed to the extent that they managed to speak to some of the Military Police ('MPs'). These MPs told the detainees that their superiors had briefed them before they had arrived. In these briefings, the detainees were described as wild animals. As Asif says, '*they were told that we would kill them with our toothbrushes at the first opportunity, that we were all members of Al-Qaeda and that we had killed women and children indiscriminately*'. This obviously affected the way they treated the prisoners.

77. Rhuhel was in a different block from the other two in Camp X-Ray. After processing he was put in his cage but taken out 20 minutes later. He had a full medical, was stripped naked in front of a woman and blood was taken from him. He was then put back in his cell. He says that '*you could move around but couldn't speak. After about 5 days I was allowed to talk to my neighbours but they were all Arabs and I did not understand what they were saying*'.

### Interrogations

78. The first interrogation at Camp X-Ray didn't taken place until the second or third day after they arrived.

79. The first interrogations for Asif and Shafiq took place in a tent. By the time Rhuhel arrived they had built some booths (see below). Shafiq says '*In the tent, there was somebody who introduced himself as being from the British Embassy in Washington and a civilian from MI5. There was also an American soldier behind the table. There were at least 7 or 8 others standing in the tent behind me, but I was not allowed to look back. I was put in a chair with an armed soldier nearby. I was asked my name, address and family details. I was also asked for my phone number and other information about my family. The MI5 officers told me, in no uncertain terms, that if I did not cooperate they could make life very difficult for me. They kept insisting that I tell them I had gone to Afghanistan for "jihad". They told me that if I agreed to this, then I could go back to England*'.

80. During the first several weeks the American interrogations with all three consisted of pressing them to '*just say you're a fighter*'. Asif was told '*if you just say you're a fighter, because of the Geneva Convention when the war is over you'll get sent back to England*'. Rhuhel was told '*just say you're a fighter and you'll go home*'. He was told '*you've come to kill American and British soldiers, coalition forces*'. They talked about '*allied forces*'. They referred to the Northern Alliance as being the same as '*allied forces*'.

81. Asif comments "*we were aware that the first thing that appeared in our American files was something like 'I went to Afghanistan to kill American and British and allied soldiers'. We never signed anything but the interrogators had us one way or another after some weeks of interrogation agreeing to this. We did not all of us say we did.*" In Asif's case he eventually just nodded.

29

82. Asif describes the way that the interrogation would go. He was accused of meeting Mullah Omar, and money laundering for Bin Laden in England. He was given what they called the '*big fish chart*' with Osama Bin Laden at the top, money launderers who seemed to be in the middle, and at the bottom was '*fighters*', so "*I was led to think that the best thing to admit to was to being a fighter. The trouble is once you admitted you were a fighter they then wanted to get you up to the next stage up the chart. So even if you said that you were a fighter to get them off your back, that wouldn't stop them. They would still continue. They just want you to say something and once they've got you to say something they then keep pressing for something else. So you think that you're in the end saying something that will stop them but it just encourages them if you do.*

83. *The series of questions asked in the early stages of captivity would be asking your whole life story and would last at least four hours each, hours and hours and hours. We were very tired. We were dehydrated. We had very little food and we were already completely exhausted from the whole experience in Afghanistan. One day in the heat of Cuba knocks you out anyway. We were completely unused to the heat. You came out from the slight shelter of your cell into the full scale Cuban heat which was even worse. There was a bit of a roof over your cell providing some shelter but it was pointless as the sun would hit directly at different times of day and if there was rain the rain would hit you too. When you came out of that to interrogation then the full heat of the sun would hit you. The interrogation tent in those early stages didn't have air conditioning.*"

84. The first interview Asif and Shafiq had was with English officials (Rhuhel's first interview was with an American). In all their interviews the interrogator kept saying 'just say you are a fighter'. Eventually all three said 'yes, I was a fighter' one way or another to the US interrogators. They couldn't take any more.

85. Shafiq says '*I was interviewed by MI5 at least twice when I was in Camp X-Ray. After about 2 or 3 weeks in Camp X-Ray, I was also interviewed by US forces interrogators. This time, I was interviewed in a booth. I continued to be*

*interviewed in these booths until I left. The Americans kept insisting that I say I knew Mullah Omar. I began to realize that in each interview they wanted me to admit to something more serious until they forced me to say I was in Al-Qaeda. This was not true and I started to refuse to agree with the interrogator, but I was desperate to get out and eventually I just accepted things they put to me'.*

86. Rhuhel was interrogated by Americans on the second day he arrived. His interrogation was similar to Asif and Shafiq. On the third day he was seen by MI5. He told them the same thing he had said in Kandahar. They came on the next day and insisted he say he was a fighter. He refused to say he was a fighter or that he had gone for "jihad" to MI5.

87. After this interrogation he was not spoken to for 4 or 5 months. In Camp X-Ray the only people around him were Arabs. He did not speak Arabic and couldn't communicate. On describing the conditions Rhuhel says '*I couldn't talk to the guys in my cell block so I would just sit there staring at the wires all day. This went on for 5 months. I used to try and speak to the guards but they wouldn't speak to me. I felt totally isolated'.*

**Interrogations at Camp X-Ray (generally)**

88. In the interrogation booths, used after the tent, there was a table in the middle, often screwed to the floor. There was also a chair on which the detainees were ordered to sit and in front of this chair there was a metal hoop screwed into the ground. When they were walked into the interrogation room, they had to sit down and then their leg shackles were in turn attached to this hoop using a huge padlock. This is described as being 'long shackled'.

89. Asif says '*I should explain that in the early days, we had to go from the cages to the interrogation booths on foot which was extremely difficult as we had to shuffle along, constantly being pushed and harassed by the guards, wearing the leg irons. This made it very difficult to walk and the leg irons would cut into our ankles. After a while, they began to introduce trolleys which I think have been seen in photographs. Many months later, they introduced golf carts and we would be loaded onto the cart and driven to the interrogation booth*'.

90. As described earlier in the interviews, they would be told that the interrogators had information that each of the detainees had met people like Mullah Omar. Shafiq says, that '*in my case they told me they found my personnel file in a cave in Afghanistan and that it was clear I was linked to Al-Qaeda. This is ridiculous, but they insisted that I accept this. The interrogators would keep saying "tell us you're a fighter, tell us you're a fighter". This would go on for hours on end*'. Asif and Rhuhel describe similar interrogations.

91. In Camp X-Ray whenever they were interrogated, they were never given any notice. The process was that an escort team of usually 2 or 3 military police officers would arrive at the cages. They would be carrying chains and it would be obvious at this point that somebody was going for interrogation. When they would reach the cage of the particular detainee they wanted to speak to, he was told he was going to "reservation" which was the term they used for interrogation.

92. Shafiq says '*the guard came to the cage, told me to go to the back of the cage, put my hands behind my head with my fingers interlocking, face away from the entrance and kneel down. I was then shackled in a three piece shackle which basically meant my hands were tied, in front of me, and then attached to a belt which went round my waist. The chain of the leg irons I had around my ankles was about a foot in length which meant that I could not walk properly but rather I had to shuffle. If I was forced to move quickly as sometimes the guards would push or shove us, the metal restraints of the leg irons around my ankle would dig in and cut the skin around my ankles. This was how I was taken to my first interrogation, but things changed slightly (see below) when they built the booths*'.

93. All three report that the leg shackles would cut their ankles. Before they set off to the interrogation block they would be frisked, usually done very aggressively. As they were led off to the interrogation block, they had to have their heads down (almost bent double) and shuffle to the interrogation room with an MP on each side and one behind. They would insist on putting the shackles on their skin and not over their trousers which would have given them some protection from the sharp edges of the shackles and the scraping. Asif says '*one thing that always stuck with me was that the handcuffs had "made in England" written on them*'. Eventually, in Camp Delta, after almost one year, the authorities agreed to put the shackles over the detainees' trousers which restricted them in the way they wanted, but did not cut into their ankles.

94. Shafiq says that in the early days before they introduced the trolleys (and later the golf carts) '*the MPs would compete to see who could get their detainee to the interrogation booths the fastest. They would push, pull and try to force us to go as fast as possible. If you tripped, (which was very likely given that the leg irons were tight and it was impossible to move your feet properly) they would assume you were trying to escape and force you to the ground jumping on top of you. Often detainees were kicked and punched when this happened. The suggestion that somebody could try and escape in these circumstances*

33

*is ridiculous and I believe it was an additional part of the process of "softening us up" for interrogation'.*

95. As set out above, in Camp X-Ray, the tents that they used for interrogation in the first few days were replaced by booths. These were a long way from the cages (at least 300 meters). They had to cover the whole distance in the manner described above.

96. When they got to the booths the MP would announce that they had arrived over the radio. They would refer to the detainees as "packages" rather than by their names or numbers. Shafiq says '*we were then taken into the interrogation block with an armed escort. We were led into the room whilst the armed officer (usually armed with a rifle or a shot gun) stood outside the door. In the booths we were searched again and then sat down on a chair. The MPs would then padlock us to a hook which was attached to the floor (see above)'.*

97. They were usually left in the room waiting for an interrogator to turn up. Sometimes the interrogator was already there but other times they would be made to wait for up to 3 hours. Shafiq says '*I would like to think there was some purpose to these silly games, however it is equally likely that it was simply incompetence. Whilst we waited in the booths, there was a guard who stayed there throughout. He was not armed but he was told not to talk to us. The guard would just stand there staring at us. When the interrogator came into the room, the guard would remain'.*

98. The interrogators very rarely introduced themselves. Occasionally they lied about the organization they worked for and all three men believe the names they gave were almost always false. This misinformation was quite common. As an example, on one occasion Rhuhel told an investigator that one of her colleagues from the FBI had kept him in the interrogation room for 18 hours (this was in Camp Delta). He described the interrogator. The person to whom he was complaining told him that he knew the woman and that she was not from the FBI but from Military Intelligence.

99. In relation to the interrogators, they generally changed.  It was very rare to have the same interrogator on a regular basis.  Shafiq says '*I only ever saw the same interrogator on three occasions at the most*'.

100.    The organizations that were involved in the interrogations included the CIA, FBI, DOD, MI5, NCI (Navy Crime Investigators), NSA, Army CID.

101.    When the interrogators came into the room, they did not always have files with them.  It varied however and occasionally they would have notebooks or other statements with them.  In Camp X-Ray they usually came in without files.  Rhuhel says that '*I am fairly certain that the information about us was not shared by the different organizations and often they would attend and ask the same questions time and again.  As an example, I don't think they had received any information about us from our interrogations in Kandahar*'.

102.    Each interrogation started right from the beginning.  The first question was always "do you speak English" which was an absurdity since knowledge of the detainees and who they were was the presumed starting point for interrogation.  On occasion the interrogators even brought in a translator because they simply had no idea whether they spoke English or not.  They would then proceed to ask them their name, date of birth and detailed questions about their background.

103.    Rhuhel says that '*all the interrogators seemed to know was that I had been detained in Afghanistan and transferred to Guantanamo from Kandahar.  After they had obtained my background details, they would start to ask me what I was doing in Afghanistan.  My experiences with the second interrogation in Camp X-Ray were very similar to Asif's.  They kept asking me whether I was a fighter or not.  I eventually told them I was because they kept promising to send me back to England or put me in front of a tribunal*'.

104.    The interrogation system was based on written statements.  It was made clear to the detainees that whatever was set down on the statement was the official version

of events in the interrogation room.  All three report knowing of many examples where prisoners became involved in arguments with the interrogator or refused to cooperate and in turn the interrogator would write lies in the statements and the detainee would spend months being questioned based on his alleged "admissions" which were nothing other than malicious accounts inserted by the interrogator. There was no system of redress and no way of challenging this behaviour.  The same would apply if the detainee had an argument with an interpreter. Asif says *'there was one detainee who spoke English and Arabic. The interpreter wrongly translated something he said and he interrupted to say 'no I never said that'. The interrogation continued in English but those detainees who couldn't correct the interpreter often found they were supposed to have said things they never had. Many of the detainees decided to try to learn English because the interpreters could not be relied upon'.*

105.    To illustrate the power of the guards, Asif gives an example of an incident that took place when Rhuhel, Shafiq and he were in isolation because of the "Bin Laden video" (see below).  Asif states *'on one occasion there was a change over in the units who were guarding us.  The captain who had been in charge of the block came to introduce his replacement to the block and to the detainees in isolation (see below).  I was talking to them when further down the isolation block an inmate spat on one of the guards.  Obviously I did not do it and I had two captains to witness this, but the sergeant who had been spat on hated me so much that in his statement he said that I did it.  The captain knew this was false because every move that we made was monitored, timed and our conversations listened to, but also he knew it was false because he was with me at the time of the incident.  One of the senior officers decided that I was to be punished for this so I remember very clearly that the captain went to speak to a major to tell him that the sergeant's statement was not true.  The major apparently said that the allegation had been written up and therefore because it was in a sworn statement it must stand and I had to do my punishment.  As a result of this I was sent to another part of the camp for a week and lost all my comfort items'.*

106.    All three were told in their interrogations that if they accepted they were a fighter they would be sent back to England very soon.  Asif says that '*in Camp X-Ray, I was interrogated 4 times by MI5 and 5 times by the Americans over 3 months. All the interrogations seemed to cover the same ground.  I thought this must mean that they had run out of questions or were not reading the results of my previous interrogations.  As with others, I started to confess to everything and agreed to anything they put to me.  I remember that at one point after this General Lenhart came up to us in the cages and said that we would be going home soon*'.

107.    It was very clear to all three that their conditions were being carefully monitored and controlled by the interrogation/intelligence officers.

*Interrogations by MI5*

108.    Asif says that he had a number of interrogations by MI5 officials in Camp X-Ray (see above). He states that ' *in my first interview with the MI5 official, I was also told that I should say that I had gone to Afghanistan for "jihad". He said that I did not need to say I'd been a fighter because there are lots of ways that one can do jihad. This interrogation is the first one that took place in a tent. It lasted about 6 to 8 hours'*.

109.    The MI5 interrogators changed over the time that the men were in Guantanamo. The first one who interviewed Asif however came back at least a couple of times. They nicknamed him "rat face" but believe his name was Chris. Shafiq was also interrogated by this man. At the first interview with him he insisted that Shafiq admit he had gone for "jihad" and when he refused to admit this, on leaving the room, he said that it was not looking good for Shafiq and that he would stay in Guantanamo for the rest of his life. He was supported in this by an official from the UK Embassy in Washington (see above).

110.    It was only in his third interview that Asif was interrogated by an American.

**Protest at Camp X-Ray**

111.    After some months, there was a slight alteration of conditions at Camp X-Ray so that it was possible for the first time to sleep at night.  At the discretion of the soldiers (based on the standard operating procedures) they were allowed, once a week, to walk in a small recreation yard for about 5 minutes.  Because of the acute lack of space in their cages and the fact that they were not allowed to move or walk around in their cages their legs would often suffer cramps and pains.

112.    After their initial processing, on arrival at Camp X-Ray, there were no further cavity searches (though they would be frisked before each interview).  All three men however witnessed other prisoners being stripped of their clothes and being humiliated.  This was done in full view of all those on the block and not only humiliated the prisoner involved but caused deep resentment in the others in sight.

113.    Rhuhel says that one protest in Camp X-Ray started in his block. He says '*I saw a guard walk into a detainee's cell, search through the Koran and drop it on the floor. The detainee told him to pick it up and put it into its holder. I remember the guard looked at the Koran on the floor and said 'this' and then kicked it. Every one started shouting and banging the doors. The guard ran out of the cell and the entire camp was on lock down for half a day. On that day there was a hunger strike for three days. I did not join in. I was very isolated and did not really know what the other detainees were talking about*.

114.    About one week later whilst Asif was in interrogation there was an incident in the block he shared with Shafiq. Asif says, '*I cannot remember the date; however, about a week before the incident I describe, a guard in Rhuhel's block kicked the Koran.  This happened often in the early days, and we were eventually promised it would not happen again.  When this guard kicked the Koran, people were extremely upset and went on a short hunger strike.  In our block, one of the detainees who had wrapped a towel around his waist to pray (our jump suits would open at the side when we prayed which is contrary to Islam,*

*in that we are required to be covered when we pray) and an MP told the detainee, who's name was Qureshi from Saudi Arabia (his photo is on the cageprisoner's website), to remove the towel. Qureshi was in the middle of his prayer and ignored them. The MP then opened his cage, which was a breach of the rules, and when Qureshi still wouldn't stop his prayers, the MP punched him violently to the face, knocking him to the ground and then kicked him. The MP's colleagues then removed Qureshi's comfort items as well as the towel. I did not see the incident itself but found out about when I got back from interrogation'.* Shafiq says '*I saw the incident happen about 10 to 15 meters away from me. I clearly saw the MP punch him, knock him to the ground and beat him violently'.*

115.    This incident led to another hunger strike. The detainees had not been allowed to give the prayer call or Azzan, to pray properly, to have prayer mats or to practice their religion. As a result of what happened to Mr Qureshi someone shouted out that they should stop cooperating. (The whole camp went on hunger strike although Asif, Shafiq and Rhuhel did not participate.) The second day of the protest was filmed as people threw their comfort items out of their cells as a result of yet another incident.

116.    Asif says that '*to be clear, the food was very limited and insufficient. When they brought the food during the hunger strike, I would eat the food that had been assigned to the other prisoners as well as my own. The hunger strike lasted for up to a month and in some cases detainees continued for 6 to 8 weeks. I think there were others who went longer. I remember clearly that people started to suffer with stomach and bowel problems. On the other hand I put on 25 pounds. This was the only time I put back any weight and that was because I was so desperate I was eating many people's rations. I did not participate because I do not believe in a hunger strike'.*

117.    The detainees had also agreed not to speak at their next interrogation. In Asif's case this was to be his fourth interrogation. He explains that despite this he was put under considerable pressure so took the opportunity to set out some of their

grievances. He says '*we had all agreed not to speak at our next interrogation as part of the protest. My next interrogation was a day or two later and when I was taken into the interrogation room I refused to talk to them. This interrogation was with an MI5 man who was questioning me together with an American. I continued to refuse to talk to them until the MI5 man said that this was nothing to do with the British and that it was an American matter.*

118.    *At this the FBI man left the room and the MI5 official continued to question me but I still wouldn't answer. Shortly after this an Embassy official came in. This was a different one to the person who had questioned me in the tent a few weeks earlier. He said that he was not from the intelligence services but he was from the Embassy. He said that I should talk to him and he could do something about our grievances. I continued to stay silent and then he showed me letters that he said were from my family and that I would only get them if I cooperated. I was desperate to get some letters from my family so I started to speak. During the course of my discussions with him, he also took my picture without my permission but he said that it was for my family. They never received any pictures. I gave this official a long list of grievances which I know he noted down. Usually when we would give a list of grievances to Embassy officials they would never bother to write it down but I remember this clearly that he wrote down everything I said. I mentioned that I was upset about the following:*

1. *Medical – I said that I together with others were suffering with infections on our ankles as a result of the scraping by the shackles. The officials would tell us that we simply needed to wash our ankles with soap and water, but this was impossible as we only had a one minute shower per week. Often, when we were in the shower, we had barely put the soap on when they would turn the water off and take us away.*

2. *In relation to the showers I also complained that they would usually lead us to and from the showers naked and wouldn't even let us wear a towel around us.*

3. *I also complained about the quality and quantity of the food, the lack of any religious rights and I asked for them to respect our religion. I*

*complained about the flood lights and the constant lack of sleep. My complaints ran to some two pages but despite this nothing changed.*

119.   *After two weeks of the hunger strike, General Lenhart came into the blocks, took his cap off and pleaded with the detainees to eat. They also started to improve the conditions. Gradually, as more and more people stopped the hunger strike, we got more food, we were allowed to wear shorts and we could keep our towels on as we went for a shower. The guards were also told not to disturb us when we were praying (though they continued to do this anyway) and we were also allowed, for the first time, to talk more freely to the person in the cage next to us'.*

120.   Shafiq says of the others in his block (which he shared with Asif), *'In my block, which was Bravo block at Camp X-Ray, there were other English speaking detainees including David Hicks, four French detainees, and Feroz Abbasi. I remember Feroz was getting a very hard time and he was interrogated more regularly than the rest of us. They also treated David Hicks in a very aggressive way. From my recollection, Feroz was a very quiet individual and as with most people he wouldn't describe what was happening to him. David Hicks and us three (when we were together) would always talk about our interrogations and I remember that David Hicks told me the interrogators had promised to get him prostitutes if he agreed to work with them'.*

121.   Asif also says of the general conditions, *'we were also aware, in Camp X-Ray and later in Delta, that we were being listened to and our conversations were being recorded. On the question of observation I wish to add that being under constant observation was an additional stress. We would all joke about it and sometimes make things up in order to irritate those listening. I know that the intelligence officers disregarded most of this material but it was all brought up again and put to us when the video incident took place (see below). The observations conducted were not just in relation to what we were saying, but everything we did. They would look to see if we stared at women MPs or looked down when they walked passed. They looked to see if we used*

particular comfort items more regularly than others or had any habits that they could clearly identify. As an example, if we were suffering because of the small portions, they would identify this as a weakness or alternatively if we required medical help, this would depend on our cooperation in interview. In my view it was clear that they were identifying weaknesses upon which they could play for the purposes of interrogation'.

122.   All three men spoke freely to the women guards and MP's without any problems but many others would not do this. These individuals would then be interrogated by provocatively dressed women interrogators. Shafiq says that 'In my case they knew I hated isolation and this was the reason they used it as the main means of punishing me'. Asif and Rhuhel both say they found sleep deprivation was the main strategy used against them.

123.   Rhuhel says 'I have problems with my eyes and need special lenses to correct my vision. If untreated this condition can cause permanent damage, I would get severe headaches because it would strain my eyes to read the Koran. After one and a half years I got the lenses but it was considered a comfort item which they would threaten to take unless I co-operated. In any case they never gave me the solution I needed for the lenses so it was pointless'. (Rhuhel's eyesight is now permanently severely damaged as a result.)

*Camp Delta – Conditions*

124.    After Camp X-Ray all three were transferred to Camp Delta about May 2002.
The conditions in Camp Delta were more permanent than those in Camp X-Ray.
The cells were made out of large shipping containers.  The sides at either end had
been removed as had the front.  Inside each container they had constructed 6 mesh
cages.  The back wall, the floor and the roof were from the metal container but the
side walls and the front were made of mesh.  In the back wall there was cut out a
square to act as a window, but this also had thick mesh across it.

125.    Shafiq says that *'one of the effects of these mesh cages that I was surprised
to discover was that looking through them 24 hours a day for weeks on end
was causing damage to my eye sight.  It became difficult to focus on things
and when I was taken out of the cage either for a shower or interrogation, it
would take me some time to adjust my vision'*.

126.    A continuing problem was lack of privacy.

127.    The conditions were inappropriate.  When it rained, rain would come into the
cage.  It was also very humid and hot in Camp Delta which was made worse by the
fact that they were in a metal container.  The heat could become unbearable during
the days and at night it was extremely cold.  The detainees were never given any
extra blankets despite the cold.

128.    The detainees were transferred to Delta on a bus in the same way they were
taken to Camp X-Ray.  When they arrived in Delta, the interrogators and guards
started using the idea of "comfort items" ("CI's") more often.  Comfort items included
almost anything that was not screwed or welded down in the cages.  Ordinary items
such as blankets, towels, face cloths, toothbrushes, toothpaste and even regulation
single Styrofoam cups were considered "comfort items".  They were removed at the
discretion of the interrogators or the guards depending on the standard of behaviour
and the extent of co-operation.  Comfort items were also used as part of a "carrot

and stick" approach to their interrogation.  If they cooperated, they were given or allowed to retain certain items.  If they were perceived not to be cooperating, items were taken away.

129.    Delta was placed very close to the sea and as such, the salt air would cause the containers to rust.  This meant that there was constant reconstruction work and therefore large electric generators were running 24 hours a day.  This made it difficult to sleep.  There was also constant noise from the 48 or so other men all detained in the same "block".  An unusual, but foreseeable problem that emerged in Delta was that the cages and the entire area around the containers were infested with rats.  These were huge "banana" rats which would climb over the containers or around the cages.  Every morning, the men would wake up to find rat droppings on their blankets or on the floor.  There were also snakes in Delta but less than Camp X-Ray.

130.    *In normal circumstances such conditions would be difficult to endure. In Guantanamo Bay however we were deliberately kept hungry the whole time. We were constantly in a state of anxiety about our future and totally at the mercy of the guards'.*

131.    All three men say that they believe the conditions were designed specifically to assist the interrogators.  They were able, with great precision, to control the behaviour of the detainees depending on the type of answers or the level of cooperation they believed they were getting.  The interrogators had already made up their mind as to what they wanted and it often became a question of trying to gauge what they wanted to hear and give the right answer.

132.    Those detainees who did not cooperate with them, despite the loss of comfort items and recreation (recreation was considered a comfort item and even the five minutes exercise a week could be removed if they thought you weren't cooperating) were taken to another camp altogether and detained in total isolation (see below).

133.   Shafiq comments *"while we were in Guantanamo each of us was interrogated for hundreds and hundreds of hours by the Americans. The same questions were repeated over and over and over again.*

134.   *During the whole time that we were in Guantanamo, we were at a high level of fear. When we first got there the level was sky-high. At the beginning we were terrified that we might be killed at any minute. The guards would say to us 'we could kill you at any time'. They would say 'the world doesn't know you're here, nobody knows you're here, all they know is that you're missing and we could kill you and no one would know'.*

135.   *After time passed, that level of fear came down somewhat but never vanished. It was always there. We were in a situation where there was no one we could complain to and not only could they do anything to any of us but we could see them doing it to other detainees. All the time we thought that we would never get out. Most especially if we were in isolation there would be a constant fear of what was happening and what was going to happen. If it hadn't been for the Arabs knowing by the position of the sun when to pray, we wouldn't have known even that. We didn't know the time. We know the dates we do know because we counted for ourselves and some soldiers would tell us enough to let us slightly keep track, otherwise there was no way and there was never meant to be any way. Sometimes the prayer call would be played five times a day, but then it would be stopped again.*

136.   *We were deliberately kept in a state of enforced boredom which increases the despair. After a year one day they came with boxes of books all in English. They were given out to people including those who couldn't speak English. We each got something to read. It seemed to be completely accidental what we got given. We read and reread our first book, as many as ten times each."* [Shafiq was given a book called 'Killing Time' about Americans going to Afghanistan to wipe out the Taliban regime. Rhuhel got 'Planet of the Apes'.] *" There were a limited number of books. You soon had read all. In 2003, the books that we were given started to have a large amount of the contents torn out – for*

*instance novels would have large chunks ripped out but we would still read them because we were so desperate for something to distract ourselves. The Red Cross told us that they had brought 2000 books but they had mysteriously disappeared and never got to the detainees."*

137.    **"We were also told that the Red Cross had brought a large number of language books. For instance, people were interested to learn Arabic or English, etc. We briefly had access to them and then they were taken away again and we never saw them again."** Shafiq recollects them saying ***"you're not here to learn anything, you're a prisoner, you're here to be punished".***

138.    Although in Delta the cages had a sink, with running water and a toilet (squat toilet) with a flush, (Shafiq says that '*to go to the toilet we would put up a blanket, though some MPs would, in the early days, insist on taking these down*'), the cells were smaller than those at Camp X-Ray mainly because there was a bunk/bed welded to the floor of the container from which the cell block had been created.  This restricted the space. Shafiq still suffers from pain in his back, legs and knees as a result of the cramped space and lack of exercise (15 minutes twice a week).

139.    (In the first few months, they were allowed a one minute shower per week. Later this increased to 5 minutes per week and after 7 or 8 months in Delta, they were allowed 2 showers a week.  This was still not enough because as a result of the heat and the humidity they would be constantly sweating and feel dirty.  Most of the people in the cell blocks grew their beards, but if they shaved they were allowed a razor for 2 or 3 minutes once a week and then had to hand it back.)

140.    When Rhuhel arrived at Delta he went to isolation straight away. He was never told why. He had not done anything wrong and believes the move was at the direction of intelligence officers. He stayed in isolation for about one month.

141.    After he was taken out of isolation Rhuhel was taken to one of the blocks. He was put in a cage next to Martin Mubanga, another British detainee. Asif and Shafiq

were in the same block as David Hicks, Feroz Abbasi and Jamal Hareeth. The only person, close enough for Rhuhel to speak to though was Martin. Rhuhel says *'Martin and I would talk about things in the UK, football, boxing and our interrogations. He was very quiet'*.

142.    During this time they were interrogating Rhuhel every Sunday. They asked the same questions over and over again. This continued for 6 months. The interrogators were mostly American though MI5 officers came on one occasion. He always maintained the same account to his interrogators. They also started to show photographs of people from the UK (people he did not know).

143.    (It was very clear to all three that MI5 was content to benefit from the effect of the isolation, sleep deprivation and other forms of acutely painful and degrading treatment including 'short shackling' (see below). There was never any suggestion on the part of the British interrogators that this treatment was wrong or that they would modify their interrogation techniques to take this into account or the long-term consequences of isolation, humiliation and despair. All three men express considerable anger at the fact that the MI5 agents were content and in fact quite happy that they were long shackled and attached to a hook through-out their interrogations.)

144.    The quality of the questioning was extraordinarily low. Each was asked repeatedly for names and details of all of his relatives in England, in Pakistan or Bangladesh or other countries where their families had a connection (in the case of Asif his father was born in Kenya which led to questioning about bombings in Kenya in 1998). He was also asked about the 'Cole'. He did not know what the 'Cole' was (a ship in the Yemen that had been attacked). It was they who told him about these events.

145.    After 6 months Rhuhel was moved to the cell opposite Shafiq. Asif had been taken to isolation over the incident with the food (see below). (He stayed there for about one month). This was the first time Rhuhel had seen Shafiq since Kandahar.

146.    After about a month, Shafiq and Rhuhel were moved to Camp 2 together. Rhuhel was then not interviewed for the next 6 or 7 months. They were there for about one month and then Shafiq was moved back next to Asif. Rhuhel stayed in the new block in Camp 2 for about another month. Again there was no one to speak to. They were all French speakers, but there were also many prisoners from Uzbekistan. After this Rhuhel was moved back to the same block as the other two. Within a week he was moved to isolation. Rhuhel says '*I complained about the food. The portions were less than normal and this was seen as a disciplinary offence. I was not ERF'd but was taken in shackles to isolation where I stayed for one week*'.

147.    After this he was moved back opposite Shafiq and Asif. He was then moved to another block for a night and then a third block where he stayed for about 3 months. There were mainly Arabs and Afghanis in the third block but by then he had learnt Arabic so he could communicate. After some 3 months he went back to the same block as Shafiq and Asif but within a week he was moved to isolation. Rhuhel says '*I was in my cage singing a song but this was again seen as a disciplinary offence. The song I was singing was an American rap song with some abusive words in it. One of the female guards took offence and I was sent to isolation. This is an example of how difficult it is to get by without there being any clear rules because singing by itself was not necessarily an offence. I stayed in isolation for one week and then moved back next to Asif. We stayed there for a few months. At this point I was on tier two, but I was still not getting interrogated, unlike the other two*'.

148.    (Rhuhel's next move was following the 'discovery' of the video and his 8 hour interrogation (see below). He had started to be interrogated for a few times by Steve but was handed over to "Sarah".)

149.    Asif was also moved on occasion to isolation. He says that '*after about one month at Camp Delta, I was moved to isolation as a punishment. The reason for this punishment was that I'd been making fun of a military policeman. As a result of my jokes, I was told that I'd be given less food. When the next meal*