*time came around I was given such little food that it was ridiculous. I agreed with one or two others that we would not condone this treatment by eating the food, and therefore when they came to collect the paper plate, I ripped mine up and threw it out of the cell. The guards then said that they wanted to search me and therefore I had to put my hands through the cage in the regulation fashion so that they could be chained. I refused to do this as well. I was lucky that the guards did not rely on the ERF team but I was told to leave the cell and accompany the guards. I was shackled as usual but because I was cooperating they did not rely on the ERF team. I was taken from my cage to isolation. On another occasion I scratched 'have a nice day' on my Styrofoam cup and this was seen as a disciplinary offence for which I spent another week in isolation'.*

150.    After this second period of isolation Asif was moved to a block which housed only Chinese speaking detainees. Given that every move was observed, recorded and monitored he takes the view that was a deliberate move to 'break him'. He also believes that the British were complicit in this decision because he explains that shortly before, he had been taken to be interrogated by two officials from MI5 (including 'rat face' – see above). There was also an Embassy official present. He says that the guards who came to take him to this interrogation were extremely aggressive and as they secured him to place the shackles on his hands one of them put such pressure on Asif's neck that he was in terrible pain. When he got to the interview he refused to speak to the interrogators. The Embassy official on this occasion suddenly started acting as a third interrogator which upset Asif even more. He told them that he had been promised for months that if he co-operated with them he could go home but they had done nothing for him. He had sworn at them and refused to identify people in photographs they put in front of him which they said were of people from Tipton.

151.    The move to the block with the Chinese (possibly Uighurs) was very difficult for Asif. There was no-one to talk to. As a result he explains, '*I started to suffer what I believe was a break down. I couldn't take it any more. I asked to speak to a psychologist but all they said was that I should be given Prozac which I didn't*

*want to have. The other prisoners who had this were just like zombies and put on loads of weight. I was having flash backs and nightmares about the containers and couldn't sleep at night. I was in this block for 3 months. While I was there I was interrogated three times. I kept telling the interrogator that I was about to crack up and I'm sure it was obvious that I was in a bad way. All he would say to me was that I should 'behave on the blocks' which made it clear to me that they had thought carefully about the best way to punish me and break me and decided that as I am quite sociable and like talking I should be kept with people I couldn't communicate with. I began to behave in the way they wanted. I would not make jokes in the interrogation and just answered their questions. At the end of my third interview the interrogator told me to 'hang in there' because he could see how distressed I was. I was moved from the Chinese block three weeks later'.*

152.    Recreation in Delta was compulsory. Initially this was quite restricted, but eventually the regime was 15 minutes of exercise/recreation twice a week. If a detainee did not go to recreation at his allotted slot, the ERF would come and take him. Shafiq says *'you had to attend even if you were ill. We did look forward, occasionally, to recreation, because it was an opportunity to stretch our legs; however the exercise had to be done alone in a small yard watched over by the guards. Initially we had to wear shackles but they eventually let us walk freely. The problem with recreation was that whenever it was your time to come to the yard you had to leave immediately. Even if you were in the middle of your prayers they would give you at the most one minute to finish and then drag you out. This was the same with the showers'.*

153.    Asif says, *'returning to the question of the monitoring and observation, I should say that when we moved to Delta, a short time later, we found out that all the cages had been bugged. One of the detainees accidentally broke a tap by the sink and a microphone literally fell out. In Delta, you could talk to the people next to you without much difficulty, or opposite you but you couldn't shout or yell further down the block. This made things a little easier because we could share experiences and talk fairly openly (notwithstanding the bugs)'.*

51

**Explanation for Detention**

154. Shafiq says '*as far as I know, none of us were ever told why we were in Cuba other than we had been detained in Afghanistan. Of course we were told that they considered us "unlawful combatants" but whenever any of us asked what this meant they refused to give us a definition*'. Asif says that '*I was told it is easy to get to Cuba but hard to get out*'.

155. As set out above, there was never any redress when they were mistreated or rules were broken. Throughout their time none of the men ever heard of any procedure or rules, guidebook or structural process for complaining. The Americans operated according to their 'standard operating procedures' (which also governs their operations on bases in the UK but is so secret prosecutors in English Courts and the police are not allowed to see it) but no one was allowed to see these or become aware of the details other than from experience. They were never told how they could progress through the system (or indeed what the system was). They found out, through discussions with others and their own experiences, that the interrogators were applying a four tier system that was based on a degree of cooperation from a particular detainee.

156. In this system level or tier four was considered the worst. Such detainees were often removed (as set out above) and placed in a separate camp. This was called Camp Echo (see below). Level or tier one denoted the highest degree of cooperation. As far as the men understood it, many of the detainees were admitting to almost any of the allegations put to them simply to alleviate the harsh conditions. Asif says that '*in my case I admitted to many things in an attempt to get home and to have an easier time whilst I was in Cuba*'.

157. Shafiq says, '*I was moved from Camp X-Ray to Camp Delta at around the beginning of May 2002. Throughout my time at Guantanamo I had never been placed in isolation. Towards the end of December 2002 a new system was introduced, although we weren't aware of it as a system as such whereby*

*detainees would be placed on different levels or tiers depending on their level of co-operation and their behaviour in the camp. At the beginning I was placed on Level 2, the second highest level. This meant that I had all the so called comfort items, including toothpaste, soap, cups etc. The only better position to be would have been Level 1 where you were also given a bottle of water. Apart from the time when I was questioned about a video I remained on tier two until after the video incident when I went to tier one'.*

158.    Despite this, different people were still placed on different tiers for no apparent reason.  Many people took the view that some of those being given tier one status were simply getting it as part of an attempt to suggest that they were informers or to try and encourage people to believe that they were cooperating where as in fact they weren't.

*(Re the 'level that you were placed on)*

159. ***"It wasn't always possible to know why you were on the level you were on. So far as there seemed to be a rational explanation, in relation to the 'intel blocks', ie a block where the interrogators put you, these are blocks where the people placed in them are people the interrogators think have special knowledge. They might be people who are cooperating or who are not cooperating but they've been put there because they're of interest to the interrogators. We were on 'intel' blocks all the time. The military police told us that if you looked in the computer at our files it would say 'high priority' on them and that no one else in the camp had that, but we've no idea why that was. It apparently was only there for the last year and we wonder now if it could have been because of our Court case in America although we did not know anything about that at the time or we knew nothing about that except for what one guard once let slip to us."***

160. The authorities in Guantanamo have absolute power over the detainees. They are not accountable to anybody and there is, as far as the men can see, no control on their behaviour. Shafiq says that '***when you are detained in those conditions, you are entirely powerless and have no way of having your voice heard. This has led me and many others to "cooperate" and say or do anything to get away***'.

161. ***"It is clear to us that the military police were not free to make individual decisions at all and that ... We had the impression that at the beginning things were not carefully planned but a point came at which you could notice things changing. That appeared to be after General Miller around the end of 2002. That is when short-shackling started, loud music playing in interrogation, shaving beards and hair, putting people in cells naked, taking away people's 'comfort' items, the introduction of levels, moving some people every two hours depriving them of sleep, the use of A/C air. Isolation was always there. 'Intel' blocks came in with General Miller. Before when people were put into***

*isolation they would seem to stay for not more than a month. After he came, people would be kept there for months and months and months. We didn't hear anybody talking about being sexually humiliated or subjected to sexual provocation before General Miller came. After that we did. Although sexual provocation, molestation did not happen to us, we are sure that it happened to others. It did not come about at first that people came back and told about it. They didn't. What happened was that one detainee came back from interrogation crying and confided in another what had happened. That detainee in turn thought that it was so shocking he told others and then other detainees revealed that it had happened to them but they had been too ashamed to admit to it. It therefore came to the knowledge of everyone in the camp that this was happening to some people. It was clear to us that this was happening to the people who'd been brought up most strictly as Muslims. It seemed to happen most to people in Camps 2 and 3, the 'intel' people, ie the people of most interest to the interrogators."*

162.    *"In addition, military police also told us about some of the things that were going on. They would tell us just rather like news or something to talk about. This was something that was happening in the camp. It seemed to us that a lot of the MPs couldn't themselves believe it was happening. They said to us they wanted to get out when their time was done and they would not go back in. They said that they felt ashamed of the Army that these things were going on. Most of these people were reservists. Many of those at the camp were people who as reservists had been recently drafted. And many of them thought that it was a big personal mistake they'd made. We got the impression that most of them had done it because they wanted the pension that being a reservist carried or to put them through college and then suddenly found themselves in Cuba as a result and they had no choice. They told us that they couldn't say no and that otherwise they would be sent to a military prison. Some of the MPs had Muslim friends in America and they were ones who were nicest to us."*

55

163.    *"They told us about the fact that they were going to be sent to Iraq and how they didn't want to go. They'd come and tell us about how they read of soldiers being killed each day in Iraq. Although they didn't want to be in Cuba, for them it was at least better than going to Iraq."*

*Camp Echo*

164.   The three men never saw Camp Echo but report that Moazzam Begg (see below) and Feroz Abbasi are detained there. In this Camp the detainees are held in total isolation indefinitely. They are apparently allowed a Koran with them but all the other conditions of isolation described below also apply. They are kept under 24 hour watch by a guard sitting outside the cell, though the guard is not allowed to speak to them. This means that the only people they are ever allowed to speak to are the interrogators.

**Assaults at Guantanamo**

165.    All three report that when they were at Camp Delta around August 2002 the medical corps came round to see them and asked if they wanted an injection although they wouldn't say what it was for. Most of the detainees therefore refused to have one. A few hours later the medical corps returned, this time bringing the Extreme Reaction Force (ERF team). The ERF team was dressed in padded gear so they had pads on from their boots, padded vest, helmets like motorcycle helmets with visors, thick gloves up to their elbows and some of them had riot shields. They were always accompanied by someone who filmed them.

166.    Rhuhel says '*the ERF team would come into the cell, place us face down on the ground then putting our arms behind our backs and our legs bending backwards they would shackle us and hold us down restrained in that position whilst somebody from the medical corps pulled up my sleeve and injected me in the arm. They left the chains on me and then left. The injection seemed to have the effect of making me feel very drowsy. I was left like that for a few hours with my legs and arms shackled behind me. If I tried to move my legs to get in a more comfortable position it would hurt. Eventually the ERF team came back and simply removed the shackles. I have no idea why they were giving us these injections. It happened perhaps a dozen times altogether and I believe it still goes on at the camp. You are not allowed to refuse it and you don't know what it is for*'. Asif and Shafiq describe similar experiences but they were not left shackled.

167.    One example of such an assault happened in the same block as Asif and Shafiq as well as David Hicks and Feroz Abassi. Jumah al Dousari from Bahrain, who had lived in America for some time, was already mentally ill. He used to shout all the time. The guards and the medical team knew he was ill. Whenever soldiers would walk past his cell he would shout out and say things to them. Not swearing but silly things. He would impersonate the soldiers. One day he was impersonating a female soldier. She called the officer in charge, the commander that day, whose name was

Blanche (the same person who was in charge the day that the dog was brought into Asif's cell; see below) – a staff sergeant E6, E6 being his rank structure. He came to the block and was speaking to Jumah. Shafiq says *"I don't know what was said but the next thing he called the ERF team. While the ERF team was coming he took the female officer to one side. I heard him say 'when you go in that cell you're going to f-ing kick him'. She seemed apprehensive. He kept shouting at her to make her say back to him what he had said. It was very odd. There were usually five people on an ERF team. On this occasion there were eight of them. When Jumah saw them coming he realised something was wrong and was lying on the floor with his head in his hands. If you're on the floor with your hands on your head, then you would hope that all they would do would be to come in and put the chains on you. That is what they're supposed to do. The first man is meant to go in with a shield. On this occasion the man with the shield threw the shield away, took his helmet off, when the door was unlocked ran in and did a knee drop onto Jumah's back just between his shoulder blades with his full weight. He must have been about 240 pounds in weight. His name was Smith. He was a sergeant E5. Once he had done that the others came in and were punching and kicking Jumah. While they were doing that the female officer then came in and was kicking his stomach. Jumah had had an operation and had metal rods in his stomach clamped together in the operation. The officer Smith was the MP Sergeant who was punching him. He grabbed his head with one hand and with the other hand punched him repeatedly in the face. His nose was broken. He pushed his face and he smashed it into the concrete floor. All of this should be on video. There was blood everywhere. When they took him out they hosed the cell down and the water ran red with blood. We all saw it."*

168.    Asif describes being in isolation. They took his Koran away from him having already taken his other possessions. His hands were shackled in front of him. He was looking back. The guard taking him held his neck to push it back so he couldn't look back.  He was pushed into a corner and was punched in the face numerous times and kneed in his thigh. They opened his chains, put him on the floor of his cell and then left and locked the door before he could get up. The doctor came shortly

after, not for that reason but to give him Ensure because he was seriously underweight. She saw the heavy bruising all over his thigh. Asif asked to call the senior officer to complain about what was done to him. "*The guards saw me talking to the doctor, called her over and told her to do nothing*." That was the last Asif saw or heard of anyone. He told the next shift and they told him that he should have told the previous shift.

169.    On another occasion Asif witnessed a man on the toilet. The guards came to take him for interrogation. He was still on the toilet. (The guards are not supposed to open the door unless you stick your hands out. That's the procedure.) So they pulled him off the toilet, shackled him and took him to interrogation. He complained, that is to other guards in the block and were told those were the orders from interrogation. There were many many further assaults. An MP even boasted that he had beaten someone in isolation with a large metal rod used to turn on the water to the blocks. He said there was no one to tell.

**Interrogations at Camp Delta**

170.   In relation to the interrogation blocks at Delta, they fell into the following categories:  yellow building, brown building, gold building, blue building, grey building and orange building.  All the booths either had a miniature camera hidden in them (it was possible to see the cameras in the air vents) or they had one way glass behind which sometimes it was possible to make out other individuals using video cameras.  Asif states that '*during one particular interview with MI5, I remember seeing people behind the MI5 man filming me.  Most of the interrogations in Camp 1 were in the brown or the yellow building.  After they built Camp 2, most of the routine interrogations took place in the gold building and the brown building was then used for the torture*'.

171.   After a while it became apparent that the interrogators were no longer interested in any "information" they might obtain from the men, or indeed in getting "confessions".  Asif states that in early 2003 he was told by one of the interrogators that 'this source has no further value'. Shafiq says '*I certainly began to think that junior interrogators were being brought in to "practice" on us because they would repeatedly go over the same ground that had been covered by another interrogator say a week or ten days earlier.  They were often junior and confused about our background or the circumstances that had led to us arriving in Guantanamo*'. The interrogations continued however in the same way. They would often continue for 2 to 3 hours (sometimes 5 or 6 hours).  The men would be chained to the hoop in the middle of the floor having to put up with question after question which they had answered a hundred times before.

172.   *So far as the American interrogators were concerned they did not seem knowledgeable at all about the subjects they were questioning us about. The Americans wanted to know about Afghanistan, who we knew there, who we met, what we saw. They asked us, for instance, if we saw laptops, explosives, chemical weapons, barrels, metal containers with skull and crossbones on and a danger sign and missiles and ammunition dumps and anyone with*

satellite phones. We hadn't seen anything. We hadn't even seen electricity. One interrogator, James, said to us, looking at his piece of paper, 'some of these questions are so ridiculous I'm not going to ask you'. However, Shafiq was asked questions like 'if I wanted to get surface to air missiles from someone in Tipton who would I go to?' We were asked if we had seen laptops and computers in Afghanistan with pictures of liquids and laboratories and chemical weapons.

173.    At some interrogations we were shown photographs of Donald Duck, Mickey Mouse, Tom & Jerry, Rug Rats, Abraham Lincoln, Michael Jackson, Fidel Castro, Che Guevara, Osama Bin Laden and famous people from different countries. Actresses for instance, Sharon Stone, etc. One American interrogator called Mike Jackson, from LA FBI, said that he had been sent by 'the Queen' according to him. He said that MI5 had sent him photographs because they couldn't come and had asked him to ask us about them. These were photographs of British citizens. There was one English woman with blonde hair amongst the photographs. These were all surveillance photographs taken of people as they went shopping in Tescos, etc. or with their friends. Very different people came in fact with the same set of photos (all Americans) and none of them knew that we had already been asked about the photographs on other occasions. This in fact happened numerous times during the interrogations. We'd be asked the same thing again and again by different sets of interrogators who didn't know the answers. There seemed to be no coordination of the information that they were getting or trying to get. The Army would come and show the pictures to us, then the FBI and then the CIA. They didn't seem to pass information amongst themselves. And from the FBI different people would come from different departments.

*Isolation and interrogations (pre May 2003) – Shafiq*

174.    Shafiq says 'between October 2002 and May 2003 I was interrogated maybe 5 or 6 times. Most of the interrogators simply repeated the questions I had been asked before although they did also introduce some maps of Pakistan and Afghanistan and asked me to point out what routes I'd taken when I had entered the country and where I'd stayed. They also showed photographs of Muslims who I assumed were British although I didn't recognise anybody. Around about the end of March, beginning of April 2003, I was taken to the Gold building for an interrogation. I was taken into a room where I met somebody I had not met before who was not formally an interrogator. He was there to conduct a polygraph test. Before I entered the room I met two interrogators who had interrogated me right at the start when I first arrived at Camp X-Ray. One of them said to me that hopefully if I passed the polygraph test I would be allowed to return home. I felt very hopeful that this might be the beginning of the end at Guantanamo Bay. For the first time since being detained by the U.S, I was asked questions without being shackled.

175.    I was made to sit on a chair facing the wall and the man placed some pads on my fingers which were connected to a lap top machine he had on a desk behind me. Additionally I had a blood pressure pad tied around the calf of my left leg, also connected to the lap top and something else was tied around my chest. I was then asked a series of questions. Throughout the period of about an hour when I was questioned I was told that I must not move at all. He first asked a couple of control questions like: 'are the lights on in the room' and 'do you drink water'. He then went on to ask me if I was a member of Al-Qaeda. He had a list of training camps and he asked me if I'd trained at any of those camps. He asked if I had special weapons training and if I had any experience or training in chemical warfare. I answered truthfully and negatively to all the questions put to me. He asked the same questions about six times each and I gave the same answers on each occasions.

176.    *After about two hours of questioning he didn't say anything to me but just left the room. After that I was taken away back to my cell and I never saw that man again. I had no idea what the results of the tests were at that stage.*

177.    *About two weeks later I was taken to the Brown building where I met a female interrogator who I had met previously in the block but she had not asked me questions before. She was Army personnel, I believe, but in civilian clothing. She said to me: "congratulations, you have passed your polygraph test." I was obviously very pleased and asked if I would be allowed to return back to England. She said she couldn't give me any information about that.*

178.    *I then waited for about a month and didn't hear anything. I did not have to attend any interrogations during that period.*

179.    *I was aware that Asif had also been asked to do a polygraph test in fact we were both taken at the same time. Rhuhel was not taken for polygraph testing at that time (see below). I am not aware as to whether any other detainees were asked to do polygraph tests.*

64

*Isolation and interrogations (May/August 2003) – Shafiq*

180.     *After a while the guards suddenly came to collect me and moved me to Tango block (I'd previously been on Lima block). Tango block was for Level 4 detainees and all my comfort items were therefore removed. I asked why I was being moved but nobody would explain the reason.*

181.     *After about a week I was in my cell when I heard a guard talking to a detainee in the cell next to me and saying "look at that British guy next to you, we have found out that he and his two friends from Britain are terrorists and linked to Al-Qaeda as well. We have found videos which prove that they are linked to the men who carried out the September 11th attacks". When I heard this I called the soldier over and said "what is all this about?" He told me that "my superiors have told me that they have found video evidence on you and your two friends". I was extremely shocked and did not have a clue about what he was talking about. I didn't see that soldier again.*

182.     *About a week later I was suddenly collected and taken to one of the three isolation blocks, 'November'. I asked the Sergeant why I was being moved and he simply said "we don't know. The order is from the interrogators". I was placed in a metal cell painted green inside. It was filthy and very rusty. There was a tap, sink, toilet and a metal bunk. It was extremely hot, hotter than the other cells I'd been in previously. Although there was an air conditioning unit it was turned off so the cells were much hotter than the ones I was previously held in because they were completely closed off and no air could come into the cell. There was a glass panel at the hatch at the front of the cell so they could keep an eye on us. Whilst it was extremely hot in the daytime, at night when it got cold, anyway, they would turn the air conditioning up so that it became freezing. I didn't have a blanket or a mattress and had only my clothes to keep me warm so I got absolutely freezing at night. For the first week I had no idea what was going on. I was not taken to interrogation; I just had to sit there waiting. I felt like I was going out of my mind. I didn't know*

where the others were, I didn't know why I was being held there. Nobody would talk to me. I was taken out maybe just twice for showers but that was it. I was extremely anxious. Then about a week later I was taken by two soldiers to interrogation at the Gold building.

183.   I was taken into a room and short shackled. This was the first time this had happened to me. It was extremely uncomfortable. Short shackling means that the hands and feet are shackled together forcing you to stay in an uncomfortable position for long hours.  Then they turned the air conditioning on to extremely high so I started getting very cold. I was left in this position on my own in the room for about 6 or 7 hours, nobody came to see me. I wanted to use the toilet and called for the guards but nobody came for me. Being held in the short shackled position was extremely painful but if you tried to move the shackles would cut into your ankles or wrists. By the time that I was eventually released to be taken back to my cell I could hardly walk as my legs had gone completely numb. I also had severe back pains.

184.   I was returned to my cell with no explanation as to why I had been brought to interrogation and I was then left in the Isolation cell for a further week. Again, nobody would explain to me what was going on and I felt I was going crazy inside my head. Some time during that week I saw Asif and Rhuhel being brought into the November block and placed in cells further down the corridor.

185.   The next day after Asif and Rhuhel had arrived I was taken to interrogation in the Gold building. I was long shackled and chained to the floor. There was an interrogator in the room this time. He showed me some pictures which I later discovered were stills taken from a video. The pictures showed about 40 people sitting on the floor in a field. He asked me if I recognised anybody in the picture. The picture was not very clear and I didn't recognise anybody.

186.   He then showed me another picture where three people were sitting together and there were arrows pointing with my name as well as Asif and

*Rhuhel's name. Behind the three men who were supposedly the three of us there was another person with an arrow indicating that he was Mohammed Atta one of the September 11th hijackers. I don't know whether the picture was Mohammed Atta or not, the man in the photograph had a beard whereas the only pictures I've seen of Mohammed Atta are of him being clean shaven. I believe the interrogator was from Army Intelligence. He was an American Arabic guy who I knew by the name Bashir although other interrogators called him Danny. He started basically accusing me of being present at the meeting, of being the person in the picture and of being involved with Al-Qaeda and with September 11th hijackings. I was denying it but he wouldn't believe me.*

187.    *When I saw the photographs I could see that they were purportedly from 2000 and I knew that I was in England during that time, which I told him.*

188.    *After the first interrogation I was brought back to my cell and then a few days later brought out again. This time I was short shackled. I was left squatting for about an hour and then this Bashir came back again and he started questioning me again about the photographs and trying to get me to admit that I was in the photographs. I was telling him that if you check you will find out that I was in England during this time. After a while he left the room and I was left again in the short shackle position for several hours (I think for about 4 hours) before I was eventually taken back to the cells. When we were left in the interrogation rooms we were not provided with food and we missed meals. We also missed our prayers.*

189.    *After this I was taken back to my cell and then at intervals of about 4 or 5 days at a time I was brought back to the same interrogation block where I was short shackled and left for hours at a time and not interrogated at all. This happened about 5 or 6 times.*

190.    *On a couple of occasions when I was left in the short shackle position they would play extremely loud rock or heavy metal music which was deafening. Probably the longest period of time I was left in the short shackle position was*

*7 or 8 hours, which was on the first occasion. On other occasions I would be left in the room for up to 12 to 13 hours but in the long shackle position. Nobody would come in. Occasionally someone would come and say that an interrogator was on their way but they wouldn't turn up. For a period of about 3 weeks I was taken backwards and forwards to interrogation but not actually asked any questions.*

191.    *Also during that period a marine captain, together with a number of soldiers and some interrogators turned up at my cell in isolation. I was told to get on my knees I was shackled and then moved from November block to Tango block.*

192.    *About 10 to 15 minutes earlier I had seen Asif being moved in the same manner. I have no idea why I was moved. It was slightly better than being in isolation because at least it was open. However, after only three days I was then moved back again to November block. By this time Rhuhel had been moved and I'd no idea where he and Asif were being held.*

193.    *I remained in isolation after this for a further two months without any comfort items at all, apart from a blanket and mat.*

194.    *On one occasion when I had been questioned by Bashir I said to him how can you ask me these questions when you know I've passed my polygraph test. Bashir told me that I'd actually failed my polygraph.*

195.    *On an earlier occasion when I was brought to interrogation from isolation I met with a different set of interrogators who were from Criminal Intelligence (CID). They told me that they were the ones that were going to start the tribunals. One of the guys was called Drew and another Terry. They were asking me questions about the video again and I was asking what date the video was taken because I could show that I was in Britain. He told me, "I'm not going to tell you". I said "are you trying to screw me over?" He said "maybe".*

68

196.    *I was interrogated repeatedly about my presence at this meeting but the Americans had made up their mind and refused to accept my account. I told them in detail that at the time the video was supposed to have been taken I was working in Currys in England and going to college. When I said this, they would turn it around and say that I knew I was going to Afghanistan at the relevant time and therefore I had laid a false alibi trail before I left. Whatever I said they would ignore and refused to listen to me.*

197.    *About a month after I'd first been brought into isolation for the second time I was taken to interrogation and met Bashir again. I was in long shackle position and on this occasion he also brought along a female in civilian clothing. Bashir told me that she had come all the way from Washington to show me a video. I was then shown a video on a 14" tv on the table in front of me. Before they put the video on they told me that it was an Osama Bin Laden rally in Afghanistan. Apparently the rally took place at somewhere called Turnok Farms somewhere in Afghanistan.*

198.    *There was no sound on the video but you could see a number of men sitting down and Osama Bin Laden appearing and giving a speech. I wasn't sure whether it may have been filmed by a hidden camera. The quality of the picture was not good. She suggested to me that the three men sitting down that had previously been pointed out in the photograph were me, Asif and Rhuhel.*

199.    *I said it wasn't me but she kept pressing that I should admit it. She was very adamant. She said to me "I've put detainees here in isolation for 12 months and eventually they've broken. You might as well admit it now so that you don't have to stay in isolation". Every time I tried to answer a question she insisted I was lying. She kept going on and on at me, pressuring me, telling me that I was lying, telling me that I should admit it. Eventually I just gave in and said "okay, it's me". The reason I did this was because of the previous five or six weeks of being held in isolation and being taken to*

interrogation for hours on end, short shackled and being treated in that way. I was going out of my mind and didn't know what was going on. I was desperate for it to end and therefore eventually I just gave in and admitted to being in the video.

200.   I was the only one out of the three of us to see the video. I could not bear another day of isolation let alone the prospect of another year and can only imagine how terrifying it must be for Feroz Abbasi or Moazzam Begg being in detention and isolation for so long.

201.   As soon as I broke down and admitted that it was me she just got up and left the room and then I was taken back to my cell.

202.   After that I remained in isolation for another five or six weeks. I was not taken for interrogation, apart from to Brown building where the FBI showed me photographs of various people asking if I knew any of them but I didn't. Apart from those periods I was left on my own in isolation, not knowing what was going to happen to me or what was going on. I thought that perhaps now I would be tried for a crime although I didn't know what was going on with Asif and Rhuhel.

203.   After about five or six weeks I was moved to Oscar block (another isolation block) where I became aware Asif and Rhuhel were being held. I wasn't able to speak to them as I was at the other end of the block. I must have been there for a further few weeks, again I was denied 'comfort items', denied everything apart from showers two or three times a week. During this period they stopped allowing us out for exercise at all, until the International Red Cross told them that they had to let us exercise. Whilst I was held on Oscar block I was not taken for any interrogation.

204.   Then, around the middle of August 2003, I was moved to another camp within Camp Delta and placed on Echo block. This time I was placed on Level 1 and was given back all my comfort items and additionally given a bottle of

water. Nobody explained why I had been moved back to this block. About two weeks after being on Echo block I was called into the Brown building where I met for the first time an interrogator called James, from Army Intelligence. He told me that I would be moving into the same block in cells next to Asif and Rhuhel. He didn't ask me any questions. I asked him what was going on with the video and everything and he said I will be seeing you later in the week and I'll explain what's going on.

205.    After that meeting I was then taken to Kilo block where Asif already was. Kilo block is run by Intel (ie by the interrogators who decide what you're entitled to and what you're not entitled to). I had previously been on an Intel block when I was held in Lima before being moved to isolation.

206.    Rhuhel was brought to Kilo block the next day and the three of us were able to talk to each other. I think that the reason we were taken away from isolation to this block was because the same interrogators were now dealing with us and they may have thought they would get more information out of us if they allowed us to talk to each other as the blocks were bugged so they could overhear our conversations.

207.    Over the next two weeks every day I was brought to the Brown building to be questioned by the new interrogator James, from Army Intelligence.

208.    During the first two weeks I was on Kilo I was brought every day to be questioned by James. We would be brought in succession, usually Asif first, then Rhuhel and then myself. He started asking me lots of questions about my movements during the period of the video in 2000. He was asking for alibi evidence. I told him where I was working and when I was at university and that he could get my records to prove that I was in England. He was gathering various details.

209.    On one occasion he asked me to do a voice stress analyzer test. He told me that it was better than a polygraph. I said to him that I didn't want to do it

as I had already passed my polygraph test, even though Bashir had said I had
failed. He told me I would have to do it but I refused. The reason I refused was
because I felt they were playing a game. They had previously told me that I
had passed my polygraph and I would be going home and then they told me I
had failed my polygraph. I felt they kept moving the goalposts and I didn't
want to co-operate with their tests any more.

210.    During the time I was questioned by James he would bring cakes in to eat.
The last interrogations I had with James he started showing me photographs
of other detainees at Guantanamo Bay and asking me if I knew them. I said
well, yes, I do, because I've seen them here. I felt that he was clutching at
straws to try and find a way of implicating me in some way or other.  This
seemed to be part of a pattern of encouraging people not just to give
information in interviews but also to inform on others in the camp. They would
announce upon loud speakers (particularly when people were released) that if
we co-operated with them they would release us. We knew this included
acting as an informant.

211.    After the last interrogation with James I was told I was now going to be
handed over to Navy Intelligence. However, before this happened, whilst I was
still being questioned by James in September 2003 I was brought into
interrogation and I was left to sit on my own for 8 hours waiting for the
interrogators to arrive. I had been fasting that day and when it was the end of
the day I asked for a glass of water but was told I could not have any. I also
asked for food and to pray but they refused to allow me. Nobody came to see
me that day and I was taken back that evening. Then the next day I was
brought to interrogation and this time the British officials arrived. These
included a British Embassy official who I knew by the name of Martin and two
MI5 agents named Lucy and Alex.

212.    During the first consultation with Martin, he asked me if I was okay, or if I
had any problems. I told him that I'd been kept in isolation for three months
for no reason. I also told him my knees were in a lot of pain because of the

lack of exercise I was getting. He told me that he had two letters, one from my mother and one from my brother which he took out and I actually saw them but he said he wasn't allowed to give them to me until they had been cleared with the authorities. I never actually saw those letters. I hadn't heard any news from home since about February 2003. I asked him what was happening, whether I was going to be tried, whether I would have lawyers, and various other questions. He said MI5 officers would be coming the next day and they would answer my questions. I should say at this point that in our experience if MI5 were to visit the camp we were never left in isolation. We think this is because they would ask each time what level we were on (after the level system started). We don't know if it was for their records. We know however, that they would know we'd been in isolation if only because we told them.

213.    I was returned to my cell that night and the next evening all three of us were taken to the interrogation block (this time it was the CIA building). I was taken to Orange building where I met the two MI5 officers, Alex and Lucy. I had previously met Lucy on two occasions, once in December 2002 and once in April 2003. I had previously met Alex in June 2002. They asked me some questions about what I was doing during the year 2000. I became quite angry and said look, you've got all my files, and you know what I was doing in 2000 and I explained that I was not in the videos. I told them that I was working and had been at university during this period in England. They then said we don't need to ask you any more questions. I asked what was going to happen to me, whether I was going to get to see a lawyer and the other questions I had asked the Embassy guys. They told me that they couldn't answer those questions that the Embassy man should have answered those questions for me. That was the last I saw of any British officials except Martin who I saw the day before I was released. I carried on seeing James a few times before being handed over to Navy Intelligence.

214.    After this we were still held on Kilo building and would occasionally be brought for questioning by Navy Intelligence and a guy called Romo. I was

*asked similar questions to before and was told that basically they believed us but we were a political pawn now.*

215. *This was because some British detainees were, they said, lying, therefore we couldn't go back to England and they seemed to be playing games with us'.*