*Isolation and interrogations – Asif*

216.   Asif says in relation to the isolation and treatment experienced following the recovery of the Bin Laden video, that *'in about March/April 2003 I was at Camp Delta. I was taken one day to interrogation and asked to perform a polygraph test. During that test I was asked questions such as had I trained in Afghanistan? Had I handled chemicals, bombs, explosives? Am I a member of Al-Qaeda? They asked the same questions on a number of occasions and I answered each question truthfully, most of the answers were 'yes' or 'no'. Immediately after the test the man who conducted the polygraph said I had failed but he would send it away for tests.*

217.   *I'd been at the doctors one day and when I returned I found that I had been moved to a different block and relegated to Level 4. Level 4 was the lowest tier. It meant that you had all your comfort items removed, ie you had no soap, toothpaste, cup, towels or blanket. You only had your clothes and had to sleep on the bare metal. You had to drink water with your hands. I had been on Level 4 on a couple of occasions before. I was left there for two weeks without any explanation and then I was taken to the isolation block. I had previously been in isolation as punishment.*

218.   *When I had been in isolation before, you would be left for maybe three or four days and the guards would have to write a sworn statement, although there was no adjudication or anything, but you were then put in isolation.*

   *There seemed to be two reasons why you would be placed in isolation:*
   1) *for punishment and you would be informed of the reason and told that you would be spending, e.g. three days in isolation for that reason;*
   2) *the other would be for interrogation where there was no specific time limit.*

219.   *After I had been on Level 4 for about two weeks I was then taken to isolation on the instructions of intelligence officers. Shafiq has already*

described the conditions in Isolation. I was taken to the November block and found myself placed in a cell opposite Rhuhel. He had been brought to the block about the same time as me. I could see him through the glass panel and tried talking to him but soldiers became aware of this and after a couple of days I was moved to a cell further along the corridor. This cell had been occupied by a guy who had developed severe mental health problems and had smeared excrement everywhere. It was absolutely disgusting. I had no soap or anything and I was left in this cell. I could not sit anywhere. It stank. It was extremely hot. Finally different soldiers came on the night shift and they gave me some cleaning material and I scrubbed the whole place down.

220.    After about a week I was taken to interrogation. I was taken there by guards from 9/4. These were the Rhode Island, Massachusetts Soldiers. They had a reputation for the worst violence. I remember once General Miller had to investigate them for using excessive force as they had beaten up one man who ended up as a cabbage.

221.    I was taken to "Res" ie Reservation, and brought into a carpeted room with swivel chairs. I was placed on a seat and long shackled and met somebody called Mr Smith. He had magazines on the table, drinks, nuts, cigarettes, crisps. I asked him why I was in isolation and he told me because I was being influenced by other detainees. He said he had some photographs he wanted me to look at. I told him that I wouldn't look at them. I was then led away. I wasn't given any of the treats that were on the table.

222.    After about a week I was called back to another room. On this occasion I had been having my shower, my hair was still wet, and I was taken to this other room and placed in the short shackle position. This had not happened to me before and it was extremely uncomfortable. I was then left in this room and they turned the air conditioner down to 40° Fahrenheit (there was a sign on the conditioning unit which said it should not be put below 70°). I was then left in this room in the short shackle position for about three hours. I was absolutely freezing, particularly also because my hair had still been wet from

the shower. Then Mr Smith came into the room and said "it's nice and cold in here". He asked me if I was going to look at the photographs. He said "I can get you anything you want". He was sitting at a desk while I was in the short shackle position. He then pulled out some pornographic magazines. He showed me a photograph and said "look, you're going to see pussy again". At that I started laughing as the whole thing seemed so ridiculous. Then I swore at him and he walked out. I told him I wouldn't talk. He left me in that room for another three or four hour. I was absolutely shaking and shivering with the cold and when I was finally returned to my cell I came down with the flu. That day I had been short shackled for seven or eight hours. One of the military police told me that intelligence had said I wasn't allowed any medication.

223.   The next day I was escorted by a Marine Captain and about 15 soldiers to Oscar block. This was also isolation. I was left in a cell there for a couple of days and then taken to interrogation. I was suffering from a temperature and felt very ill.

224.   This time I was short shackled again. A different interrogator who I came to know by the name of James, came in to question me. I had been left in the short shackle position for about three or four hours. It was agony because I had back problems, I was calling out in agony. James came in and said "who has authorised this?" He apologised to me and I was unshackled.

225.   He said to me "I am the new interrogator and I will see you in a couple of day's time." We then just chatted before I was returned to the cell.

226.   After three days I was taken to "the Brown building". I was long shackled and sat in a chair. I was left in a room and strobe lighting was put on and very loud music. It was a dance version of Eminem played repeatedly again and again. I was left in the room with the strobe lighting and loud music for about an hour before I was taken back to my cell. Nobody questioned me.

227.   *The next day I was taken back to the interrogation and this time I was short shackled and left for maybe five or six hours before returning to the cell. Again, nobody came to question me. That night I asked to see James in Reservation. He denied he knew anything about the short shackling. I told him I would co-operate. I was asked a series of questions about the photographs. He told me that the photographs were with Bin Laden. I just answered all his questions as honestly as I could. He said to me you are not being consistent. I was next taken to interrogation with a man I came to know as Drew. He was in the Criminal Intelligence Department. There were some other men present as well. He showed me photographs but I refused to look at them. They then left the room and I was short shackled for maybe about four or five hours. They came back. By that time I couldn't bear it any longer and I just said "it's me in the photograph". I didn't even look at the photographs. I was returned to my cell.*

228.   *About four days later I was taken to be interviewed by FBI. They asked me questions about what I had been doing during 2000. I gave them full details. They said that they were going to check out my story for the relevant period.*

229.   *I was then back in the isolation cell. I was brought to 'Res' at some stage and chatted with somebody from the FBI. He was trying to be friendly. He brought me magazines and I asked if there was any news. He brought some articles he had taken from the internet and read some extracts of news about myself. He said "I really like talking to you but I need some information". He said "I need some help from you, there are some evil people here, I need some information". He was obviously trying to get me to spy for him. I said I can't speak Arabic and I'm not here to spy on people. He left me in the room for maybe 12 hours long shackled. I was not given anything to eat and eventually I was just taken back to my cell.*

230.   *During the period that I was in isolation and being interrogated by James, on one occasion I saw a Military Intelligence officer called OJ who asked me "have you ever been to New York?" I asked him what sort of question was*

that. He threatened to beat me up. He said "I am not like the other interrogators; if I want I'll beat you up". He was a very large guy, quite intimidating. He said to me "just answer the questions". I later found out that this man was in charge of Feroz Abbasi's case. I think his first name is Oscar.

231.    I remained in isolation for a further two or three months but I was not really interrogated again, or at least not seriously, after I had admitted to being present in the photographs. Perhaps after about a month Rhuhel was moved into the cell in front of me and we were allowed to talk and call to each other. I think after I'd made the admissions they wanted they weren't really interested in me.

232.    The conditions in isolation were very hard. The cells were made of metal. They were extremely hot. The air conditioning was broken and hot air would come out. Sometimes the soldiers would put it on really hot. You had to sleep on a metal bunk. In the first few weeks I was given nothing, not a mattress or a blanket and I was denied all comfort items. I couldn't talk to anyone. The only thing I was given was my Koran. I sort of learned a way of dealing with it and tried not to let the isolation bother me. It was impossible to know what time it was. In fact throughout this time (in fact throughout the time that I was in Guantanamo) I had no concept of the time or date. We were not allowed to know what day it was and nobody was allowed to wear watches. The guards were told not to let us see their watches (though sometimes they forgot). They certainly never told us what time it was. They stopped doing the call for prayers after about a year. (In the first year it was on sometimes and not others.) It stopped after General Miller came.

*Isolation (Asif continued)*

233.    *"Amongst the effects of isolation was that over a period of time it was certainly draining. You would get worn out from it. If you were already depressed it makes you more depressed because you keep thinking repetitively about the same thing and there's no one there to comfort you or distract you. Sometimes you welcome interrogation when you've been in isolation because there is someone to talk to and it's a release and no doubt that's what interrogators are counting on when they keep you there. The isolation blocks were it seemed to us, deliberately kept in as depressing a state as possible. The other blocks, they had to redo from time to time because the salt from the sea air corroded everything. With the isolation blocks it was all peeling paint and everything rusting. Even though things were modified or renovated, it wasn't painted. (While we were in Guantanamo in fact there were three renovations, showing the rate at which structures would deteriorate there.)*

234.    *After about three months in isolation we were all brought out and moved to Kilo block. This was a normal block that was also run by Intel as opposed to the Army. The three of us were placed in this block and we were no longer in isolation, we were allowed to talk to each other.*

235.    *I was taken to interrogation and asked to do a voice stress analyzer. This is apparently another way of testing whether you are telling lies. A microphone was attached to my throat and I was asked a series of questions including "are you in the photos". I said "No". "Have you ever met Osama Bin Laden". I said "No". I was told that I had failed on these two questions. He asked me the same questions again and I answered "Yes" and he said I was telling the truth.*

236.    *During one of the sessions after this when I was being questioned by James and he was asking about my movements in the UK, I said "I can't wait*

until I go to the tribunal because I want to make you guys look stupid". He said "what do you mean?" I told him that during the relevant period that I was supposed to be in the photograph with Osama Bin Laden, I had been in trouble with the police in England. I said I could get ten policemen who could be witnesses, if necessary. I told him that I had court records. I had a solid alibi which they wouldn't have been able to deny.

237.    About four days later I was brought back and somebody read to me a letter which came from Britain. The letter basically proved that I was in England at the relevant time, although it said at the end that you should take into account that he may have traveled on a forged passport.

238.    During the last six weeks or so of my time on Guantanamo Bay I remained in Kilo block and they started to treat me a lot better. Myself, Shafiq and Rhuhel would be taken to a place known as "the love shack" in the Brown building. This would be every Sunday where we would get to watch DVDs, eat McDonalds, eat Pizza Hut and basically chill out. We were not shackled in this area. The first three times or so Romo was present and then we were handed over to FBI, a woman called Lesley and she was the one that really treated us well and gave us treats and food. We had no idea why they were being like that to us. The rest of the week we were back in the cages as usual, but it was nice to have that period. I think we were the only three that were treated in this way. On one occasion Lesley brought Pringles, ice cream and chocolates, this was the final Sunday before we came back to England. Lesley told us that we would be leaving next week to go back to England.

239.    About 5 days before we were due to return the five of us, me, Shafiq and Rhuhel and two other Brits, Jamal and Tarek were all taken to isolation to be kept apart from the other detainees. We weren't denied our comforts apart from Tarek who was on Level 4.

**Isolation and Treatment – Rhuhel**

240.    In relation to the treatment and isolation experienced following the 'discovery' of the Bin Laden video, Rhuhel says that '*I was in my cage in a separate block to the others and an interrogator called Sarah took me to interrogation. I was in interrogation for about 8 hours. She went though my whole story again. Then she says I will assess your paperwork as this was part of a tier three interview, meaning if I passed I would move to the next stage. She also recorded my voice at that time. At the end of the interview she asked what I wore in Afghanistan. I said I took an Adidas tracksuit. She then pulled out a photo which looked like a still from a video and there was someone circled in it. She said who's this? It was someone in an Adidas top but it was not me. She said 'you are lying the person in the picture is you.' She pointed to another man next to the guy in the Adidas top and said this is your friend Asif. This went on for another 2 hours. By now I had been in interrogation for 11 hours. I was then taken back to my cage. The next day I was transferred to isolation. I remained there for three months.*

241.    *I was interviewed every 3 or 4 days. The routine would be I was taken, short shackled and the air conditioner would be turned up to make the room freezing. The longest time I was short shackled was for about 6 or 7 hours. After about one month I was seen by someone we called 'Steve Smith'. He used to be my previous interrogator before Sarah. He pulled out photos from the video and said I had been lying to him. He said 'we know it's you – admit it!'. I said it's not me and kept insisting on this. He kept me there for 7 hours. Then I was not interrogated for ages until I saw James. He had a reputation as a torturer. His office was the Brown building. He took me in and showed me the photos again and insisted that I was in them. I was taken back to my cell, but then a few days later we were all three moved to an Intel block. A week after the move I did a stress analyzer test. He told me I had failed and that I was lying. He then showed me the date of the photos which was '1.8.2000'. I did not know whether this was the American dating system which would make*

it 8th January 2000 or the English system which would make it 1 August 2000. On both dates I was England and I told him to get my police, community service and probation records. He said he would check with MI5 who would look into it. Despite this on other occasions, after I had left isolation I would be taken to interrogation, short shackled and left in a room with very loud heavy metal music and sometimes Eminem. This would usually last for 4 or 5 hours. The interrogator would never come. After about three weeks I saw James and asked him about this but he denied it saying it was nothing to do with him. He then told us he would transfer us to Romo and the Navy Intel guy. Before I saw Romo, I saw Lucy and Alex from MI5 who asked about where I was at the time of the photos. I believe they had the photos with them and were just confirming things. The next day I saw Martin from the Foreign Office who just asked how I was. He showed me two letters but I never received them. After this we were dealt with by Romo and I was not short shackled after that point. He was trying to be nice and took all three of us to watch a movie. At my next interrogation with him he pulled out the photos and said 'admit it is you, be a man about it'. I got pissed off and said "yeah it's me. What are you going to do about it?" He said "it doesn't matter if it is you, just admit it." About a week after this I had my polygraph test.

242.    I went into the room and there were two women from the FBI. I took about 4 tests and the woman says you failed all four and then said admit it is you. I said if you think it is me then it's me. She took me to another room and left me in the cold without food for hours. She then took me back into the original room but this time I wouldn't talk to her. She got her colleague, a male, to come and talk to me but we ended up arguing and swearing at each other. He then calmed down but said he would send me to isolation. I told him, I did not care. I told him Romo had already said the whole thing had been a big mistake and the Army had 'fucked up'. I think he contacted Romo whilst I was still in the room. That's why instead of sending me to isolation he sent me back to the block with Asif and Shafiq. A few weeks later I got a new interrogator called Leslie. She was an FBI agent.

243.   *She hardly ever interviewed me and she eventually said that we would probably be going home. She arranged for us to see movies on Sunday. This was because they knew they had messed us about and tortured us for two and half years and they hoped we would forget it.*

244.   *Before we left five of us British detainees were taken to isolation.*

**Returning to England (Asif)**

245.    In relation to their return to the UK Asif says, '*on Sunday 7ᵗʰ March I was taken to see the Red Cross in Juliet building. This was just a formality for them to check how I was before returning back to England. After that I was taken to see some military officials who asked me to sign a piece of paper. I don't remember exactly what the piece of paper said but it was along the lines that I was a member of the Taliban and Al-Qaeda, however I have since changed. In other words I had changed my mind since I was detained at Guantanamo Bay. It went on to say that if I was suspected of anything at any time by the United States, I could be picked up and returned to Guantanamo Bay. Whilst I was shown this piece of paper I was also being photographed and filmed on video camera. I said that I would not sign it. An officer said to me if you don't sign it you're not going home. I didn't really believe him'.*

246.    The men had known from at least four weeks earlier, having heard from the military police and others that it was all over and that they would be returning to England fairly soon. All three say this was the main reason they were not intimidated by the demands to sign the document described by Asif.  Asif goes on to say that '*I was brought back from my cell a few hours later and this time I sat down and again more photographs were taken and film was taken and again this same document was read to me and I was asked to sign. I refused again. The woman who was dealing with me at that point asked if I agreed with the statement and I said no'.*

247.    One morning all five British detainees scheduled for return were taken from their cells. Asif explains that they were to be taken for interrogation. They initially refused to go or be shackled. As Asif explains '*I was told that I had to have my beard shaved off and if I refused they would use force, in other words they would get the ERF team. When I refused the sergeant in charge said that I would definitely "get ERFed". I said "we'll see". However the captain in charge came in and said they are going home anyway so what's the point of shaving their*

85

*beards off. Despite this some of the Army personnel working in the block were telling us that we weren't going home that we were going to spend the rest of our lives in prison'.*

248.    That evening all five detainees were (separately) brought before the British Embassy representative, Martin, and a police officer from the UK who read through a document saying that he had a right to handcuff them and to use reasonable force to move them. They were then each told that they would be returning to the UK the next day.

249.    The next day they were collected and transported to a plane that was waiting for them. Despite protests from the Americans they were not hand cuffed and they were flown back to the UK where they were arrested

*Contact with the outside world*

250.    Shafiq says, '*When we were in Afghanistan and captured, first by the Northern Alliance and then the Americans, we did not have any contact with our families or anyone in England. We were not allowed to write and we did not receive any correspondence. When we first arrived in Guantanamo Bay on the first day after the shackles were removed after the horrendous journey, we were told to write a letter. All I remember writing was that I was in American custody. I could hardly write because my hands were so numb from having been restrained in tight shackles for such a long period of time and when I was asked to write my hands were still cuffed together. I don't know whether those letters were ever sent.*

251.    *About two weeks after we had first arrived and were in Camp X-Ray the Army came round with a piece of paper for each of us so that we could write home to our family. I wrote home at that time. I didn't hear anything from home until around about the end of February 2002 when MI5 came to see us. This was the second occasion when they came and they produced letters from home. I was given a letter from my brother. I think he had received my letter. After that we might get a letter perhaps once every two to three months. We continued to write letters until around about August 2003 when suddenly they stopped giving us any letters they may have received from home. For about 6 or 7 months I had no communication at all from my family'*.  Nor, all three men discovered later, had their families received any communications from them for a similar time.

***Legal advice***

252.    Shafiq states that the question of their legal rights was very much on all the detainees' minds. He goes on to say, '*we were never given access to legal advice. I asked at various points but they just said that this is not America this is Cuba and you have no rights here. Around about August 2003 I spoke to a guard who told me that he'd seen my name on the internet and that I was represented by a lawyer, Gareth Peirce in England. I never heard anything at all from the interrogators, the Embassy or the Red Cross about the fact that a case was being brought on my behalf through the US courts and was on its way to the US Supreme Court. I only found out about that when I got back to England. When we asked the interrogators and the Embassy and MI5 more about what the guard had said about a legal case they said they knew nothing.*'

253.    They were intended to be kept without hope and starved of information. Asif says that in about January or February 2004 he had a conversation with a military guard who told him that he was going to go home. He goes on to say that '*the guard who was moving me (I was shackled and being brought to Reservation) said "It's true, you've probably heard it loads of times before, but this time it's true". He told me that the US can't fight my case, they will lose, and it will cost them too much money so they are going to send me home anyway.*

254.    *The guards never spoke to us when we were on the block but individual guards on rare occasions passed on information when they were escorting us.*

255.    *About three or four weeks before we left, perhaps around the end of February 2004, we saw the Red Cross and they said to us that "something's happening, but they are not sure exactly what" and they can't tell us until it's confirmed. Then a week later they told us that Jack Straw had made a speech in which he'd mentioned the five of our names and that we would be released*'.

### Red Cross

256.    The International Red Cross used to visit the detainees from time to time to inspect the camps and the conditions they were being held in. The men would see them wandering around the blocks and occasionally they would call to see detainees. Shafiq says that ' *the guards would bring us one by one to see them. We complained about the conditions and the Red Cross said that the Army were not following all the guidelines. They were concerned about whether or not complaints should be made or the matter taken to court because it would mean that individuals would be completely cut off from contact with the family as the Red Cross was the only means for contact*."

*Embassy visits*

257.    The officials from the British Embassy would always come together with officers from MI5. All three believe they saw somebody from the Embassy on about six separate occasions.  They would ask if they had any problems but all three men got the impression that the officials didn't seem interested at all. Only Asif reports that on one occasion an official wrote down his list of complaints but the only changes came about as a result of the hunger strike by the prisoners themselves. Shafiq says that on one occasion the Foreign Office was due to come but he was told their plane hadn't got to the island. When they came the next day it seems they'd come with the MI5 officer who had arrived to interrogate them. When Shafiq asked the Foreign Office official what was going on he said ask MI5. When he asked MI5 they said ask the Foreign Office. The Foreign Office official asked him questions about his welfare. Nobody explained why he was there. Asif also reports that on more than one occasion the British Embassy officials acted as a third interrogator asking questions that had nothing to do with their welfare but were of interest to the interrogators. None of the men felt they could trust or rely upon the Embassy officials.

258.    Shafiq belie ves he was interrogated by British personnel on about 6 or 7 occasions. Despite asking on many occasions he was never allowed access to lawyers. They were allowed to write home but they believe most of the letters were never sent out and they received few from their families. When they flew back to London, the Foreign Office man whom they knew as 'Martin' was present on the flight. He told them to '*make sure you say you were treated properly'*.

259.    All three men believe that the Foreign Office and MI5 were always in total co-operation with the Americans. When they asked about going home, the Americans would say "*when the British want you home you can go home*". But the British would say "*we can't do anything because you are in US custody*". When any of them complained about the treatment in Guantanamo Bay, about the food and

90

general conditions, the Foreign Office would always say there is nothing we can do. They seemed to try and make a joke of it.

260.    Shafiq also adds, '*I would mention other problems. These included the lack of any proper medical treatment, for example with my knees and my back pain. We suffered sleep deprivation and did not get enough food. The water was undrinkable and they disrespected our religion and the Koran. I raised all these with the Embassy officials, sometimes they made brief notes, but didn't really comment on them and nothing changed. We asked about legal representation but on each occasion they would just say 'we don't know about that'. My impression was that they were told by the American authorities that they could not tell us anything. I also thought it was fairly certain that they had been briefed on everything that was going on, our treatment, conditions of detention, what came up in the various interrogations as well as our behaviour since they last visited. I am sure that they were aware of the abuses for example the short shackling. They certainly knew that we were in isolation for three months*'.

*MI5*

261.    *"From approximately July 2002 MI5 officers interrogated us without American interrogators or guards present in the room. We were in exactly the same physical circumstances of interrogation as when the Americans interrogated us, sitting on a plastic chair shackled to the floor. We complained to MI5 as well as the Foreign Office about all the things that were being done to us in Guantanamo Bay. You couldn't tell the difference between the MI5 and the Foreign Office. Neither was interested in us other than to get information we didn't have. The last three interrogations Asif did not talk to them at all. When we saw the Foreign Office we were chained in exactly the same way as when we were being interrogated."*

262.    *"Both MI5 and the Foreign Office wrote down on different occasions long lists of all of our complaints. We all made complaints. We understand that claims are now being made that we did not make complaints of at least some of the things that happened to us. We complained about everything that was being done to us and notes were made. We cannot believe how it can now be being said that we did not complain. After the guards had told us that they had seen on the news that we had a case happening on the outside we asked the Foreign Office and MI5 and our American interrogators about it and they all said they knew nothing. They didn't bring us news."*

263.    *"Primarily MI5 were interested in getting from us information about people in England and the British detainees who were in Cuba but we didn't have any to give them. They also wanted us to get information out of other British detainees."*

*Re British interrogators*

264.    "*We know that the British asked questions not just of British detainees but certainly of French, Belgian, Danish, Swedish, Bosnian, Algerian and some Arabs, Libyans, anyone they thought had either been in Britain or had information about people in Britain.*"

*Suicides*

265.    While they were in Guantanamo Bay a large number of people tried to commit
        suicide. In addition, of those a number tried to commit suicide repeatedly. The
        attempts undoubtedly go into several hundred altogether, at least. (Asif recollects
        the first instance of which he was aware was in Camp X-Ray. The first time Asif saw
        it was during the day time. *"Someone from Saudi Arabia just suddenly made a
        noose and hanged himself in front of me. I and everyone else shouted and in
        fact the guards came and he did not die."*

266.    *"We were told by soldiers what happened to one detainee where we were
        not present. Someone called Michal from Saudi Arabia who we understand
        hung himself. His oxygen was cut off and he passed out. The guards took him
        down but then beat him up and now he is basically a cabbage. He is
        apparently slowly recovering. For a while someone had to feed him but we
        understood now he can eat by himself. We understand that he was in
        intensive care for over a year. He never went back to the block again. As well
        as being in intensive care he is apparently shackled to the bed by hand and
        foot. The guards told us and Rhuhel saw him when he was in hospital seeing
        a dentist. (This happened shortly prior to coming home – four days before
        because we were coming home and they wanted to show we were being
        treated decently. Rhuhel had been in pain for over a year and had been asking
        to see a dentist for over a year.)"*

### Medical care

267.    They describe a very high percentage of detainees there are now on antidepressants/Prozac and would say at least a hundred detainees have become observably mentally ill as opposed to just depressed. *"For at least 50 of those so far as we are aware their behaviour is so disturbed as to show that they are no longer capable of rational thought or behaviour. We do not describe in detail here the behaviour but it is something that only a small child or an animal might behave like. All of those who have become seriously mentally affected seem to be kept in Delta block."* Asif describes how the first time he walked past Delta block on the way to interrogation he could hear strange inhuman noises. *"The military police told us that they liked working in Delta block because it was 'easy work'. On Delta block they would have 16 people working as opposed to four. Four of them would be medics, so you have very little work to do. Each guard was watching about five people. They seemed to take a malicious pleasure in describing the disturbed behaviour that they were watching. They said that they were playing music for them like drums and that pornographic pictures were put outside."*

268.    *"These people were obviously seriously ill and yet we understand they still get interrogated and if they say someone is from Al-Qaeda then that information is used. Military police told us this. We did not get the impression that what they were telling us they were making up for any purpose. The guards who were telling us this were telling us it with amusement and suggesting that they were getting information from people and that they were doing basically the job they were meant to be doing, i.e. the mission was successful."*

269.    *"The last year we were there, on Christmas Day the guards came through our cages with batons banging on the cages with dogs. The year before on Christmas Day they had taken everyone's sheets away apparently a rumour having been spread which was completely untrue that everyone in the camp*

95

*was going to hang themselves. Dogs would be patrolling in the camp, around the camp all the time but would be brought in about three times a day to cages, into the blocks. They were Alsatians and the guards ordered them to bark. Dogs were not used as directly as they were in Kandahar to intimidate but we knew of instances where people had been bitten in Guantanamo by dogs and there was always that fear that the dog would be let into your cell."*

270.    On one occasion this happened to Asif where as the dog went through the block someone said 'Meow' and Asif got the blame and was intimidated by the guard who came into his cell and brought the dog in.

271.    There were aware of one man, Abdul Rahman Madini, a Saudi Arabian, where a dog was brought in to bark at him throughout his interrogation. Another man, Moussa Madini got bitten in his cell in isolation by a dog very badly, taking, they understood a big chunk of his leg out, the muscle part of his calf. They understood he was in hospital after that and then taken to Camp Echo. He was very mentally affected and for instance, he would hardly eat. (Rhuhel used to be next to him. Shafiq also saw him. He was extremely skinny and could eat very little. He would be pacing around his cell really fast for hours. It would consist of stepping back and stepping forward because there was no space at all. This is a recurrent theme in the camp, that there are so many people seriously depressed and as a result they don't eat.) (The names referred to are familial names, as is customary.)

272.    They noticed that detainees who had either visited America or lived in America for any length of time were given a particularly rough time. They were all being accused of being Al-Qaeda cells. These were men from Saudi Arabia, Kuwait, Bahrain. These were people who had been, most of them, students. One man, Jarullah, whose sister-in-law is in America and is American, was told that his sister-in-law would be treated very badly in America and that she would be imprisoned. They understood that he was told that she was already in prison in America and that bad things were being done to her. They were interrogated more than anyone. Arab nationals also had a particularly hard time. There were on the other hand Afghanis

and Pakistanis, mostly Afghanis, who were simply not interrogated for a very, very long time. They were just there without any reason for keeping them there.

*Re psychiatrists*

273.    *"We are aware that there were a large number of psychiatrists at Guantanamo Bay although we think they were not all qualified but many trainees there. The whole camp was aware that one detainee had fallen in love with a psychiatrist and cut her name in his arm. Her name was Fleur. She was specialist E4. We heard that perhaps she was disturbed as well and was said to have behaved most inappropriately with that detainee and that she was removed to outside the wires."*

274.    *"One psychiatrist there was good. He was a captain, actually a doctor. He used to worry about people. You could tell from his face."* When Rhuhel and Asif complained about losing weight drastically he prescribed Ensure and MREs (prepacked meals) for them. Shafiq says *"we used to tell him about other detainees who had problems and he would try to help. When he came on the block he would come to us three first and ask us about other people. He was unusual. The others would largely come to the block and ask us questions like 'do you want to kill yourself? Do you have any desire to kill American soldiers? Or cellmates/inmates?' If you answered 'no' to those questions then they'd say 'you're okay'. The psychiatrist that we thought was good would come onto the block with translators in Urdu, Arabic, Pashtu, Farsi and would try to understand people's problems. The others would come without translators and then disappear for five or six days before a translator would come back with them. He was unusual in that he was not prescribing Prozac across the board like the others were. He'd look at your problem, like 'you've got no one to talk to' and try to put you with someone. There was of course only a limited amount that he could do."*

275.    *"We didn't know the name of the good psychiatrist. They had to cover their names with black tape. The names that we know were because at the beginning they didn't have to cover up their names. We were told by soldiers that the soldiers were told that they had to cover up their names because*

*when the detainees were released they would go home and then come back to America and kill them. There were some who thought that they shouldn't cover their names and their attitude was 'why should we?' but they were ordered to."*