**Shafiq – medical problems/injuries**

276. In relation to the medical facilities at the camp Shafiq adds that '*whilst I was in Kandahar I started experiencing some problems with my knees. These became a lot worse when I arrived at Camp X-Ray. I think the problem was aggravated a lot by the position I was made to sit in for so long on the plane journey. Throughout the time I was at Guantanamo and still today I have quite a lot of pain in my knees. I experience pain when I'm walking or when I kneel to pray. When I was at Guantanamo I asked for medical treatment. Often when you asked a corps man for a doctor no-one would come. Occasionally when a doctor was doing a round I would see him and explain my problems. Sometimes the doctor would give me some painkillers. I was always given them when I hadn't had anything to eat so the tablets caused severe stomach ache as the pain killers were obviously really strong.*

277. *I also had similar problems with my back. That seemed to start from when I was in Camp Delta sleeping on metal bunks and when I was made to squat, or sit, in really awkward positions. It was made much worse by the short shackling. I still have back pain in my lower back. I have been to my GP who can see there is a problem and has given me some medication.*

278. *The other injuries I have were from when I was handcuffed in Kandahar and when I was on the plane. I got very bad cuts on my ankles and wrists from the tightness of the cuffs. When we were taken off the plane they were pushing us about and kicking us so I sustained bruising*'.

### *Rhuhel – medical problems/injuries*

279. Rhuhel in particular has suffered irreversible damage to his eyes. He suffers from a condition where the cornea of his eye is misshaping (into a shape like a rugby ball). The condition is controllable by a gas permeable contact lens which is what he had before he was detained. Throughout the time he was at Guantanamo he was urgently asking for lenses and the solution to go with them. His family wrote to him that they had sent lenses for him. No one ever told him they had come. There was some contact between the American authorities and Rhuhel's specialist in England but still no lenses were ever provided. Every time he asked his interrogators they would say *"it's not a holiday camp"*. About a week before he left some more lenses were produced but again with no correct solution. Since he has seen his specialist and he has had it confirmed what he was of course aware of himself, that his eyesight has drastically deteriorated as a result of the lack of any medical attention at all. Rhuhel and Asif are also suffering from pain in their knees and lower back pain for the same reasons as explained by Shafiq.

*Military personnel*

280. One unit of guards came from Puerto Rican Infantry. They treated the detainees like human beings. They were noticeably pleasanter than other units that were based there. *"They did their job professionally, ie treating us like human beings. They were taken off duty. They told us that they were in trouble because they were treating us well. They told us that they knew what was right and what was wrong but that they got into trouble for doing what was right. They were blamed, we understood, for all the problems in the camp. To our knowledge it was not they who made problems. There were two units of Puerto Ricans. We are aware that the first unit got sent to Iraq and the second unit we believe also after it returned to America got sent to Iraq. The second group of Puerto Rican soldiers was in fact split up into different units so that they didn't work as one unit. There was also a unit from the Virgin Islands who were treated in a similar way. It was very clear to us that there was discrimination and racism. The soldiers themselves used to tell us about the racism and the discrimination they suffered."*

### The state of some other prisoners

281. A few prisoners only are mentioned here.

   #### 1. Jamil el-Banna and Bisher al-Rawi

282. Asif says he was in Mike block in Camp Delta next to Suwad Al Madini (a Saudi national whose wife is British and whose children are British, also known as Shakir ...). He recollects, "*A large number of the men were brought into the block from isolation. I believe they came in February 2003 having spent a month in isolation in Guantanamo Bay after they arrived. Abu Ennis, Jamil el-Banna, was put in the cell next to me. Given that he had been in isolation for a month and before that in Bagram Airbase (and before that I understood in Gambia), he was still coping but quite soon after he began to deteriorate. I didn't talk to him much about the Gambia but knew he'd gone there to set up a business. He said that Bagram was very rough. When he arrived at Guantanamo he had very little facial or head hair which he said had all been shaved off in Bagram Airbase. He said that he had been forced to walk around naked, coming and going from the showers, having to parade past American soldiers or guards including women who would laugh at everyone who was put in the same position. When he arrived at Guantanamo his English was not good and still is not good. Bisher al-Rawi was placed on the same row of cells and he used to translate for him. El-Banna was in constant pain from his joints because he suffered from rheumatism and he was diabetic. He told them repeatedly that he was diabetic and they would not believe him.*"

283. "*They used to come and take his blood and say that there was nothing wrong with him. Bisher al-Rawi also told them that el-Banna was not well. When you come new they come and take your blood.*" (Shafiq recollects that they were told by the guards and by the medical officers who were military, that costs were being cut in respect of food and medicine. They said that the cost of the military personnel was going up and that meant that they had to cut costs in other ways which included food for the prisoners and medical care for the prisoners.

103

284. *"It was very noticeable by the time we left that the quality of food and the amount of food had gone down. The food had been particularly bad at the beginning. It had improved slightly during the time we were there, but used to noticeably improve just before there was a visit from the Foreign Office."*

285. (During the first Ramadan Asif recollects they were fasting, obviously. However they would only be provided with two meals a day and those were drastically reduced amounts like four teaspoonfuls of rice. *"We were under the firm impression during the first Ramadan that it was part of a policy to stop us fasting and to cause us to abandon our religious practices. When Ramadan finished the food went back up to normal levels and therefore it was very obvious that it was designed to put pressure on us to stop fasting, which also the doctors and the guards were telling us to stop. The guards served us the food who had been told (they told us this) that they were under orders to give us that much food from their superior officers. When we asked after Ramadan why we were back to normal sized rations we were told that the General had ordered that now."*)

286. *"It was very clear that el-Banna was devoted to his family. He had photographs of his children including his new daughter. These had come in through the Red Cross. I can recollect one day when the interrogator came to visit him in the block. When she visited him in the block he showed her the pictures of his children and started crying and she said to him we're trying to get you out of here (this was an American interrogator), we know you're an innocent man. I could see as the months went by,"* says Asif, *"that he was worrying more and more and that this was having an effect on his mental health. He constantly talked about his children and who would look after them."* (Asif and Shafiq both comment that the repeated questions for Jamil el-Banna whom they questioned less than they questioned Bisher al-Rawi, concerned Abu Qatada and where he was. In the light of the fact that Abu Qatada is known to have been arrested in England in late 2002, it seems extraordinary that this was a question that the Americans were asking.)

287. Shafiq says that to his knowledge during the time that el-Banna was in Guantanamo he lost about 40 kilos in weight. He started off as someone quite bulky and became someone very, very thin. Asif is aware that el-Banna found it almost impossible to eat the food that was provided. What was provided was a meal packet. "*The meal packets were what we could eat. We were told they cost $7 each and consisted of a main meal, pasta and Alfredo sauce, pasta and vegetables in tomato sauce, black bean burrito, cheese tortellini. The soldiers said that they were inedible, that they wouldn't eat them, but to us they were much much better than what we had before. There were more calories in them and they were more filling. They weren't nice but we felt fuller. Some of these packages were marked to show they were over 12 years old. But then they stopped them around July 2003 and we were told by the guards that they cost too much. (However, a brand new cafeteria was built for the guards. At that point we were told that they had ice cream added to their menu.) el-Banna could manage to eat the packaged meals (called MRE), but he couldn't eat anything else. When they stopped giving those el-Banna couldn't manage to eat anything else. He told the doctors but the General said no one could have these prepackaged meals anymore and he couldn't eat what was on offer. We're completely sure that for the three weeks before we left he wasn't able to eat at all. Eventually we are aware that they put Bisher al-Rawi next to him (they had been separated) to try to keep him going mentally and physically. We would say that mentally basically he's finished. The last thing we heard about him this year before we came back to England was that when he went to interrogation they told him that he was going to be sent back to Jordan and he was extremely scared of that prospect. We knew that he'd been living in England for about ten years and was a refugee and that his whole life was in England and his wife and children. They were clearly the centre of his whole existence and all he ever really thought about. The prospect of being sent to Jordan meant to him the end of his life. He knew that he would be tortured or killed there.*"

### 2. Re Bisher al-Rawi

288. Asif and Shafiq both remember that he was taken for a lie detector test about two weeks after he arrived from isolation in Guantanamo Bay (about six weeks after he got to Cuba), and was told that he'd passed it. He was put up to Level 1, the highest level (when Shafiq was there) but then *"for reasons we don't know and after he'd passed his lie detector test we suddenly heard that he was in isolation and the 'privileges' that he'd been given like magazines were taken away as was everything else. We asked him later on when we saw him why he'd been put in isolation and he had no idea. They kept saying to him that he knew more than he was saying.*

289. *Bisher al-Rawi had an armband on saying 'Iraq' and Jamil el-Banna had an armband on saying 'Jordan', even though both of them lived in England.*

290. *When Bisher was put in isolation they shaved his head and beard. We know that Bisher was interrogated probably more than 50 times (unlike el-Banna who was probably not interrogated more than about five times). We don't know the exact reasons why Bisher al-Rawi's hair and beard were shaved off but we know that what used to happen to others would be that if you said you didn't want to go to interrogation you would be forcibly taken out of the cell by the ERF team. You would be pepper-sprayed in the face which would knock you to the floor as you couldn't breathe or see and your eyes would be subject to burning pain. Five of them would come in with a shield and smack you and knock you down and jump on you, hold you down and put the chains on you. And then you would be taken outside where there would already be a person with clippers who would forcibly shave your hair and beard. Interrogators gave the order for that to be done; the only way in which this would be triggered would be if you were in some way resisting interrogation, in some way showing that you didn't want to be interrogated. Or if during interrogation you were non-cooperative then it could happen as well.*

291. *(It was our view that they were looking for vulnerabilities all the time and that the people who seemed most comfortable having a beard or most used to*

106

*it, those were the ones that they would shave it off. We think with the three of us that they thought we would not be so affected if it happened to us. They would watch how you wash, how you eat, how you pray and the guards would talk to you and perhaps because we sounded more like the guards themselves and western that they did not think that we had those same vulnerabilities. They undoubtedly thought we had vulnerabilities, but different ones such as liking to talk to people, not liking to be alone, etc., and those were the ones they focused on with us.)*

292. *According to Bisher they seemed obsessed with what he was doing in Gambia and who sent him there and where he got the money from to go and to finance their business project. They were still asking him about a battery charger that he had in his possession in his baggage on the plane. The Americans were asking him about that.*

### 3. Moazzam Begg

293. *Moazzam Begg we never saw. We only heard about him, particularly from Saad Al Madini, who was a Pakistani brought up in Saudi Arabia. He had been in Bagram Airbase with Moazzam Begg and he had himself been taken from Bagram Airbase. He had been we think handed over by Indonesia to the Americans, kept in Bagram Airbase, taken from Bagram Airbase to Egypt where he had been tortured and then taken back to Bagram and then to Guantanamo.*

294. *While we never saw Moazzam Begg, we did talk to guards who had had contact with him and they told us that he had been in isolation all the time he was there and had only seen them and no one else. Four guards told us that he was in a very bad way. In addition, he was in Bagram for a year and no one that we know of had ever been there for a year and must be in a worse state coming out of it. People coming from there used to tell us that there was a British guy imprisoned there and that must have been Moazzam Begg.*

295. *We don't know but have the impression that he may have had 'admissions' forced out of him at Bagram which he did not want to continue when he got to Guantanamo Bay and the authorities kept him in isolation to stop him being able to go back on what he may have said or to have the chance of getting any support from anyone else that might cause him to resist what they wanted. We believe that he was in isolation in Camp Delta and then in isolation in Camp Echo. The impression we have is that the point of keeping people in complete isolation in Camp Echo was so that they would in every way be under the control of the people who held them there. They would have no other information than what they were given by the guards or the interrogators and would be obliged to put all their trust in what they said and would know nothing whatsoever about what was happening in the outside world or even in Guantanamo Bay. The guards were especially picked to go to Echo. We talked to people who had come back from Camp Echo.*

### 4. Mamdouh Habib

296. *One was Mamdouh Habib, who was the Australian. He said that there was no natural light at all there. Even when you went to the shower, which was 'outside', it was still sealed off so you couldn't see any natural light at all. You couldn't tell what time of day or night it was. You were in a room and a guard was sitting outside watching you 24 hours a day. That was his job, just to sit outside the cell and watch you.*

297. *Habib himself was in catastrophic shape, mental and physical. As a result of his having been tortured in Egypt where he was taken from Bagram and then brought back, he used to bleed from his nose, mouth and ears when he was asleep. We would say he was about 40 years of age. He got no medical attention for this. We used to hear him ask but his interrogator said that he shouldn't have any. The medics would come and see him and then after he'd asked for medical help they would come back and say if you cooperate with your interrogators then we can do something. (Shafiq says "Habib told me this and I have also heard them say it to other detainees as well".) Asif recollects*

that *"another man who'd been taken to Egypt and tortured there, Saad Al Madini, was also refused medical assistance for the same reason. We know from Al Madini that he had had electrodes put on his knees and that something had happened to his knees and something had happened to his bladder and he had problems going to the toilet. He told us that when he was in interrogation he was told by the interrogators that if he cooperated he would be first in line for medical treatment.*

### 5. Omar Khadr

298. Rhuhel recollects *"the same thing also, we are aware, happened to a young Canadian man, Omar Khadr, who was aged 17 when we left. He had been shot three times at point blank range and his lung punctured and had shrapnel in one eye and a cataract in the other. They would not operate on him. He was told that was because he would not cooperate. We were told one time when he was in isolation he was on the floor very badly ill. The guards called the medics and they said they couldn't see him because the interrogators had refused to let them. We don't know what happened to him (he had had some sort of operation when he was still in Afghanistan but he was in constant pain in Guantanamo and still undoubtedly is and they would not give him pain killers."* (He was one door from Rhuhel in the same block and all three used to talk to him.)

### 6. Mohamed Rajab

299. One man, a Yemeni, Mohamed Rajab, was in a particularly bad state. Every two hours he would get moved from cell to cell, 24 hours a day, seven days a week, sometimes cell to cell, sometimes block to block, over a period of eight months. He was deprived of sleep because of this and he was also deprived of medical attention. He'd lost a lot of weight. We were aware that he had a painful medical problem, haemorrhoids, and that treatment was refused unless he cooperated. He said he would cooperate and had an operation. However, the operation was not performed correctly and he still had problems. He would not cooperate. We were aware that shortly before we

109

*came back to England he was put into Romeo block where you were stripped naked. We would see people go and come from Romeo. When they went they would go fully clothed. When they came back they would only have shorts on. They told us that they would have all their clothes taken off in the cell. The Red Cross is aware of this. If the interrogators after that thought you should be allowed clothes, then you were allowed them. This appeared to be an open-ended process depending on the interrogation and the interrogators. The people we know who went to that block were not people who caused problems or were disruptive. The whole application of these measures was entirely to do with interrogators and whether they thought they were getting out of them what they could and should get out of them. All the Bosnians were there for instance.*

### 7. Algerian detainees kidnapped in Bosnia

300. *"By Bosnians we mean six Algerians who were unlawfully taken from Bosnia to Guantanamo Bay. They told us how they had won their Court case in Bosnia. As they walked out of Court, Americans were there and grabbed them and took them to Camp X-Ray, January 20, 2002. They arrived five days after us. They were treated particularly badly. They were moved every two hours. They were kept naked in their cells. They were taken to interrogation for hours on end. They were short shackled for sometimes days on end. They were deprived of their sleep. They never got letters, nor books, nor reading materials. The Bosnians had the same interrogators for a while as we did and so we knew the names which were the same as ours and they were given a very hard time by those. They told us that the interrogators said if they didn't cooperate that they could ensure that something would happen to their families in Algeria and in Bosnia. They had dual nationality. They had families in Bosnia as well as in Algeria.*

301. *(From what we could see interrogators used to prey on particular groups of nationality so that Europeans would have the same interrogators, North Africans would have the same, etc.). One of the methods of interrogation was*

110

*to say that someone in Cuba had told them that we were in a particular place, for instance, the video we've described and training camps in Kandahar. When we asked who it was, they would not tell us."*

302. (On one occasion Asif was told who had implicated him because he was shown the photograph of a particular detainee in Guantanamo and told that that man had implicated him and said that you were in a mosque in a training camp in Afghanistan. However, this was a detainee whom Asif knew was mentally ill. Before Asif was told this the man was placed in a cell opposite him for about five days and then taken away and it was after that that Asif was accused. *"We could see the process by which the interrogators seemed to get excited, because they finally got some piece of 'real' evidence and simply didn't care that it had come from someone who was mentally unbalanced. One of the interrogators did also let slip that another detainee had identified us as the three who were in the video and said he'd seen us in Guantanamo Bay."* (Shafiq recollects examples of interrogators inventing 'information' about us, about the three, and then informing other detainees of it. For example, one detainee came back after interrogation and said he'd been told that Shafiq said that he and another detainee should not be put together because they were in dispute with each other which was completely untrue. Shafiq had never said anything like that.

303. *"We were told by one Algerian (not one of the Bosnian Algerians) that he had been taken to interrogation and been forced to stand naked. He also told us he had been forced to watch a video supposedly showing two detainees dressed in orange, one sodomising the other and was told that it would happen to him if he didn't cooperate."*

304. An issue that all three men have concerns about is the treatment of those detainees from countries with a worse human rights record than the UK. Whilst in the Chinese block Asif managed to understand from one of the other detainees that they had originally all denied they were from China. They had apparently said they were Afghani. He says that they were very rarely interviewed. Eventually the Americans told them that if they admitted where they were from they would not tell

111

their governments (it seems they did not know if they were Chinese or from one of the Southern republics due to their dialect). The detainees admitted to being Chinese and within one month Chinese officials arrived to interrogate them. The Chinese officials told them that the US had provided full co-operation. If they are returned to China they will all be executed. All three men report similar concerns in relation to the Russian detainees. It seems that a number of these (possibly 20) have been returned to Russia and their fate is unknown.

### 8. David Hicks

305. Asif says *"I first saw David Hicks in Camp X-Ray. He was a very surprising sight. A tiny white guy not more than 5'3" with a lot of tattoos on him. He told us he had endured an extremely bad experience having been held on a ship where he had been interrogated by Americans and hooded and beaten. Despite that experience, he was in better shape then that he was when we last saw him in Mike block. We thought that he had gone downhill. By downhill we mean that he seemed to be losing all hope and more willing to co-operate as a result. We were interrogated a lot but he used to get interrogated every two to three days, sometimes every day. He was told that if he didn't cooperate he would never go home. It started when he was moved to Delta, that he began to be moved all the time. They wouldn't let him settle with anyone. We met him again in Mike block after Delta and had the impression that he was being forced to make admissions, the "force" consisting of offers of benefits if he co-operated and removal of anything that could make life slightly easier if he did not. We were aware for instance that he needed essential medical treatment for a hernia and that he was told he would only get it if he cooperated. We do not know the reason for his appearance when he arrived at Mike block; he had always been proud of his hair, but when he arrived there his head hair was shaved off, although he still had a beard. We were told by some guards that he was taken to Echo after he started co-operating and that in Echo he had access to more basic comforts as a reward, although It is our understanding that he was in Camp Echo i.e. in complete isolation from the summer of 2003 onwards and we presume still there, where*

*the only people he could communicate with would be interrogators. The same guards also told us that he had been taken out of Echo for another operation, but we don't know if that is correct*

### 9. The Kuwaitis

306. '*Fouad Mahmoud Al Rabiah was a businessman, we understand, who had studied in America and graduated from Miami in aeronautical engineering. To us he sounded Scottish. He had lived in England/Scotland for approximately ten years. He was given a particularly hard time, being constantly moved around, every two hours, after General Miller came to the Camp. He took his polygraph test and passed a long time ago and was initially sent to the best section of the Camp but then brought back again after a while. He got extremely harsh treatment including short shackling. Because he was educated, we understand, wealthy, and they were determined that he had to be part of a cell. We understood that he was seized in Pakistan, basically sold by the Pakistanis and then the Americans invented accusations to try and fit. In 2004 the Kuwaiti government came and told all the Kuwaitis that they would be going home in June. When they wanted to know what would happen to them when they got home, they were told "you will find out when you get home." We could see that he was suffering from serious depression, losing weight in a substantial way and very stressed because of the constant moves, deprived of sleep and seriously worried about the consequences for his children. Every father in the camp had a huge worry about his family which added to the stress.*' Shafiq recollects when he was next to him in isolation that he was suffering from serious stomach pains and that medication was denied. He was told that he couldn't receive medication unless he cooperated.

### 10. Other detainees (including detainees sold to the Americans)

307. Asif describes a disturbing number of detainees who have clearly been sold. All three are convinced that there must be a paper trail which will show huge sums of money paid out by the USA for many of those now in Guantanamo. These are some examples (some of the names are familial names, as is customary).

a) *'Two brothers from Pakistan, one is a scholar the other a reporter, reason they are there because they were having a feud with another family, the other family told some people they are al Qaeda now they are in Cuba. Both were sure that the Americans were paying money for captives.*

b) *Numerous other people in Cuba who are from Afghanistan and Pakistan were sure they had been sold by corrupt individuals. A lot of people who were having land disputes were sold by the disputers to the Americans. These people were brought to Cuba. The Americans know they are innocent but still they are not letting them go.*

c) *Abu Ahmed Makki, a Saudi Arabian citizen married to a Pakistani wife lived in Pakistan with his wife and was arrested in Pakistan by the Pakistan authorities. Most of his possessions were taken including his motorbike and cash. Upon his release in Pakistan by the authorities he asked for his valuables back but he was re-arrested and handed over to the Americans who took him to Cuba and he has been there for over two years. He was told he should not be there but they wanted him to spy in the camp for them. He was told once he had cooperated and helped the Americans they would release him.*

d) *Abu Ahmad Sudani, a teacher in Pakistan who has a wife and a child in Pakistan believes he also was sold to the American forces. He was told that he would be released over a year ago but he is still in Cuba. He doesn't know when they will release him to. He wants to go to Pakistan because his wife and child are in Pakistan. His wife and child are Pakistani nationality and he is a Sudani.'*

e) *One Afghani man, a farmer about 55 years old, is a farmer from Bamyam. He was next to Shafiq. He speaks Farsi and although in Cuba for over a year was only interrogated on two occasions; on one occasion there was no Farsi translator and he was brought back to his cage. He does not know what he has done to be in Cuba. He doesn't even know where Cuba is! He is depressed, scared and badly affected.*

### 11. Camp Four

308.  Asif says '*numerous other detainees have been told that their interrogation has finished, they have passed numerous tests e.g. lie detector, stress analyser test. They have been taken to Camp 4 but they still have not been released.*

309.  *It is called a medium security section. When we were in Guantanamo there were four blocks. One block has four bays in it. Each bay has ten or twelve people in. Instead of wearing orange they all would be wearing white. These are the detainees who are always shown on TV playing football. They don't wear chains or shackles. They are said to be people who are about to go home but they yet have been there about one year. These are examples of the hundreds of people who should never have been in Cuba in the first place. The authorities seem paralyzed. They can't send them home, they don't bother to interrogate them so they are just stuck.*'


**Shafiq Rasul**
**Asif Iqbal**
**Rhuhel Ahmed**

26th July 2004