**DO NOT WRITE BEYOND HEAVY LINES**

**PRISONER OF WAR MAIL**

| SENDER | TO: |
|---|---|
| NAME *(Last, first, MI)* | |
| INTERNMENT SERIAL NUMBER | STREET |
| DATE AND PLACE OF BIRTH | CITY |
| NAME OF CAMP | COUNTRY |
| COUNTRY WHERE POSTED | PROVINCE OR DEPARTMENT |

**DA FORM 2668-R, May 82**          EDITION OF 1 JUL 63 IS OBSOLETE.

*(Front)*

| **POST CARD** For use of this form, see AR 190-8, the proponent agency is DCSPER. | | DATE |
|---|---|---|
| LANGUAGE | POWER SERVED | |

*WRITE BETWEEN LINES AND AS LEGIBLY AS POSSIBLE*

*Reverse of DA Form 2668-R, May 82*

*(Reverse)*

## CERTIFICATE OF DEATH
For use of this form, see AR 190-8; the proponent agency is DCSPER.

| | INTERNMENT SERIAL NUMBER |
|---|---|

**FROM:**

**TO:**

| NAME (Last, first, MI) | | GRADE | SERVICE NUMBER |
|---|---|---|---|

| NATIONALITY | POWER SERVED | PLACE OF CAPTURE/INTERNMENT AND DATE |
|---|---|---|

| PLACE OF BIRTH | DATE OF BIRTH |
|---|---|

| NAME, ADDRESS, AND RELATIONSHIP OF NEXT OF KIN | FIRST NAME OF FATHER |
|---|---|

| PLACE OF DEATH | DATE OF DEATH | CAUSE OF DEATH |
|---|---|---|

| PLACE OF BURIAL | DATE OF BURIAL |
|---|---|

IDENTIFICATION OF GRAVE

**PERSONAL EFFECTS** (To be filled in by Office of Deputy Chief of Staff for Personnel)

____ RETAINED BY DETAINING POWER    ____ FORWARDED WITH DEATH CERTIFICATE TO (Specify)    ____FORWARDED SEPARATELY TO (Specify)

BRIEF DETAILS OF DEATH/BURIAL BY PERSON WHO CARED FOR THE DECEASED DURING ILLNESS OR DURING LAST MOMENTS (Doctor, Nurse, Minister of Religion, Fellow Internee). IF CREMATED, GIVE REASON. (If more space is required, continue on reverse side).

| *DO NOT WRITE IN THIS SPACE*<br>CERTIFIED A TRUE COPY | DATE | SIGNATURE OF MEDICAL OFFICER |
|---|---|---|
| | SIGNATURE OF COMMANDING OFFICER | |
| | WITNESSES | |
| | SIGNATURE | ADDRESS |
| | SIGNATURE | ADDRESS |

DA FORM 2669-R, May 82          EDITION OF 1 JUL 63 IS OBSOLETE.

AR 190–8/OPNAVINST 3461.6/AFJI 31–304/MCO 3461.1 • 1 October 1997 • R-Forms

## MIXED MEDICAL COMMISSION CERTIFICATE FOR EPW
For use of this form, see AR 190-8; the proponent agency is DCSPER.

FROM:

TO:

The undersigned make up the Mixed Medical Commission. They are dully appointed under the GPW of 1949 to examine _____ _____ (state nationality) EPW in custody of the US Armed Forces. The EPW claim eligibility for repatriation or for hospitalization in a neutral country under the provisions of that convention. The EPW named below has been presented to the Commission and has been examined at the location, and on the date shown.

NAME (Last, first, MI) | GRADE

SERVICE NUMBER | INTERNMENT SERIAL NUMBER | DATE OF BIRTH

### STATUS

___ MEDICAL:          ___ LITTER          ___ AMBULANT

___ SURGICAL:         ___ LOCKED WARD     ___ OPEN                      ___ ISOLATION

___ NEUROPSYCHIATRIC:

| THE MIXED MEDICAL COMMISSION FINDS THAT THE ABOVE NAMED EPW IS (Check applicable box) | a. INELIGIBLE FOR REPATRIATION OR HOSPITALIZATION IN A NEUTRAL COUNTRY. |
| | b. ELIGIBLE FOR DIRECT REPATRIATION. |
| | c. ELIGIBLE FOR HOSPITALIZATION IN A NEUTRAL COUNTRY. |
| | d. ELIGIBLE FOR RE-EXAMINATION BY NEXT COMMISSION. |

FINAL DIAGNOSIS (Continue on reverse side if more space is required).

PLACE OF EXAMINATION | DATE

TYPED NAME OF CHAIRMAN, MIXED MEDICAL COMMISSION | SIGNATURE

TYPED NAME OF MEMBER | SIGNATURE

TYPED NAME OF US MEDICAL REPRESENTATIVE | SIGNATURE

DA FORM 2670-R, May 82          EDITION OF 1 JUL 63 IS OBSOLETE.

## CERTIFICATE FOR DIRECT REPATRIATION FOR EPW
For use of this form, see AR 190-8; the proponent agency is DCSPER.

FROM:

TO:

The undersigned make up the medical command of a US general hospital. They have examined the EPW named herein and have agreed that he/she is eligible for repatriation according to the medical agreement in the GPW of 1949.

| NAME (Last, first, MI) | | GRADE |
|---|---|---|
| SERVICE NUMBER | INTERNMENT SERIAL NUMBER | DATE OF BIRTH |

### STATUS

| ___ MEDICAL: | ___ LITTER | ___ AMBULANT | |
|---|---|---|---|
| ___ SURGICAL: | ___ LOCKED WARD | ___ OPEN | ___ ISOLATION |
| ___ NEUROPSYCHIATRIC | | | |

FINAL DIAGNOSIS

| PLACE OF EXAMINATION | DATE |
|---|---|
| TYPED NAME OF COMMANDING OFFICER | SIGNATURE |
| TYPED NAME OF EXECUTIVE OFFICER | SIGNATURE |
| TYPED NAME OF CHIEF OF SERVICE | SIGNATURE |

DA FORM 2671-R, May 82        EDITION OF 1 JUL 63 IS OBSOLETE.

## CLASSIFICATION QUESTIONNAIRE FOR OFFICER RETAINED PERSONNEL
For use of this form, see AR 190-8; the proponent agency is DCSPER.

| NAME (Last, first, MI) | | GRADE | SERVICE NUMBER |
|---|---|---|---|

| DATE OF BIRTH | NATIONALITY | POWER SERVED | DATE OF CAPTURE |
|---|---|---|---|

| LENGTH OF MILITARY SERVICE | RELIGION | INTERNMENT SERIAL NUMBER |
|---|---|---|

**GENERAL EDUCATION** (Check highest school attended)

___ PRIMARY SCHOOL    ___ HIGH SCHOOL

___ UNIVERSITY OR COLLEGE

| LANGUAGES | EXCELLENT | GOOD | FAIR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### PROFESSIONAL EDUCATION

| NAME OF PROFESSIONAL SCHOOL | LOCATION | YEARS ATTENDED | YEAR GRADUATED | DEGREE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### INTERNSHIP (Do not include Residences)

| NAME OF HOSPITAL | LOCATION | SERVICE | YEAR COMPLETED | TIME (Months) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### RESIDENCES AND FELLOWSHIPS

| HOSPITAL OR INSTITUTION | LOCATION | SERVICE OR SUBJECT | YEAR COMPLETED | TIME (Months) |
|---|---|---|---|---|
| | | | | |
| | | | | |

| VERIFIED BY STATE BOARD OF | LOCATION | DATE | SPECIALTY |
|---|---|---|---|

DA FORM 2672-R, May 82    EDITION OF 1 JUL 63 IS OBSOLETE.

## CLASSIFICATION QUESTIONNAIRE FOR ENLISTED RETAINED PERSONNEL
For use of this form, see AR 190-8; the proponent agency is DCSPER

| NAME (Last, first, MI) | | GRADE | SERVICE NUMBER |
|---|---|---|---|

| DATE OF BIRTH | NATIONALITY | POWER SERVED | DATE OF CAPTURE |
|---|---|---|---|

| LENGTH OF MILITARY SERVICE | RELIGION | INTERNMENT SERIAL NUMBER | |
|---|---|---|---|

EDUCATION (Check highest school attended)

___ PRIMARY SCHOOL        ___ HIGH SCHOOL

___ UNIVERSITY OR COLLEGE

| LANGUAGES | EXCELLENT | GOOD | FAIR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### PRINCIPAL ASSIGNMENTS IN MILITARY SERVICE

| STATION | LOCATION | SPECIFIC MEDICAL DUTIES | TIME (Months) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### VERIFICATION

| DOCUMENTARY EVIDENCE | DATE VERIFIED | VERIFIED: |
|---|---|---|
| ___ IDENTITY CARD | | ___ EPW PROCESSING CO |
| ___ NONE | | ___ AREA COMMANDER    ___ CAMP COMMANDER |

### MEDICAL ASSIGNMENTS SINCE CAPTURE

| STATION | LOCATION | SPECIFIC ASSIGNMENTS |
|---|---|---|
| | | |
| | | |

| PRESENT MEDICAL ASSIGNMENT | MEDICAL CLASSIFICATION |
|---|---|

REMARKS

| DATE | NAME (Typed or Printed) | SIGNATURE |
|---|---|---|

**DA FORM 2673-R, May 82**          EDITION OF 1 JUL 63 IS OBSOLETE.

**ENEMY PRISONER OF WAR/CIVILIAN INTERNEE STRENGTH REPORT**
For use of this form, see AR 190-8; the proponent agency is DCSPER.

| REQUIREMENT CONTROL SYMBOL CSGPA-1583 |
|---|

| PERIOD ENDING 2400 HOURS (Year, month, day) | PAGE NO. | NO. OF PAGES |
|---|---|---|

TO:

FROM: (Organization and location)

## SECTION A – STRENGTH

| LINE | | CATEGORY | TYPE PERSONNEL | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | ENEMY PRISONERS OF WAR | MILITARY DETAINEES | RETAINED PERSONS | CIVILIAN DETAINEES | INNOCENT CIVILIANS | OTHER | TOTAL |
| | | a | b | c | d | e | f | g | h |
| 1 | | PREVIOUS STRENGTH | | | | | | | |
| 2 | G A I N S | INITIAL | | | | | | | |
| 3 | | RETURN FROM ESCAPE | | | | | | | |
| 4 | | ASSIGNED FROM ANOTHER POWER EPW CAMP | | | | | | | |
| 5 | | TRANSFERRED FROM ANOTHER US EPW CAMP | | | | | | | |
| 6 | | OTHER | | | | | | | |
| 7 | L O S S E S | TRANSFERRED TO ANOTHER POWER EPW CAMP | | | | | | | |
| 8 | | ESCAPE | | | | | | | |
| 9 | | REPATRIATION | | | | | | | |
| 10 | | INTERNATIONAL TRANSFER | | | | | | | |
| 11 | | RELEASE IN PLACE | | | | | | | |
| 12 | | TRANSFERRED TO ANOTHER US EPW CAMP | | | | | | | |
| 13 | | DEATH | | | | | | | |
| 14 | | OTHER | | | | | | | |
| 15 | A C C O U N T A B L E / N O T P R E S E N T | TRANSFER TO HOSPITAL | | | | | | | |
| 16 | | IN TRANSIT | | | | | | | |
| 17 | | UNPROCESSED | | | | | | | |
| 18 | | OTHER | | | | | | | |
| 19 | | TOTAL | | | | | | | |

**DA FORM 2674-R, May 82**          EDITION OF 1 JUL 63 IS OBSOLETE.

**SECTION B – GAINS/LOSSES/CHANGES**

| NAME OF DETAINEE | INTERNMENT SERIAL NUMBER | DISPOSITION |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SECTION C – AUTHENTICATION**

| NAME AND TITLE | RANK | SIGNATURE | PAGE NO. | NO. OF PAGES |
|---|---|---|---|---|
| | | | | |

*Reverse of DA FORM 2674-R, May 82*

## CERTIFICATE OF WORK INCURRED INJURY OR DISABILITY
For use of this form, see AR 190-8; the proponent agency is DCSPER.

| FROM: | DATE |
|---|---|

TO:

---

### SECTION I – TO BE COMPLETED BY INVESTIGATING OFFICER

| NAME (Last, first, MI) | GRADE |
|---|---|

| INTERNMENT SERIAL NUMBER | SERVICE NUMBER | NATIONALITY | POWER SERVED |
|---|---|---|---|

| ___ INJURY          ___ DISEASE | LABOR PERFORMED AT TIME OF INJURY OR WORK DISABILITY |
|---|---|

| PLACE WHERE INJURED | TIME | DATE (Day, Month, Year) |
|---|---|---|

WITNESSES

CIRCUMSTANCES UNDER WHICH INJURY OR DISABILITY WAS INCURRED

| In my opinion the injury to, or physical disability of, the EPW/Civ Internee named above ___ is ___ is not attributable to his/her work assignment. | TYPED OR PRINTED NAME, GRADE AND ORIGINATION OF INVESTIGATING OFFICER |
|---|---|
| | SIGNATURE | DATE |

### SECTION II – TO BE COMPLETED BY MEDICAL OFFICER

STATEMENT OF MEDICAL TREATMENT AND HOSPITALIZATION

FINDINGS OF MEDICAL OFFICER

| In my opinion the injury, or physical disability of the EPW/Civ Internee named above in Section I ___ was ___ was not attributable to his/her work assignment. | TYPED OR PRINTED NAME AND GRADE OF MEDICAL OFFICER |
|---|---|
| | SIGNATURE | DATE |

**DA FORM 2675-R, May 82**          EDITION OF 1 JUL IS OBSOLETE.

| CIVILIAN INTERNEE IDENTITY CARD<br>For use of this form, see AR 190–57; the<br>proponent agency is ODCSPER. | | DATE ISSUED |
| --- | --- | --- |
| *(Photograph)* | LAST NAME | |
| | FIRST NAME | SEX |
| | SERVICE NUMBER | POWER SERVED |
| PLACE OF BIRTH | | DATE OF BIRTH |
| SIGNATURE OF BEARER | | |

**DA FORM 2677-R, NOV 86**  EDITION OF AUG 63 IS OBSOLETE.

*(FRONT)*

| OTHER MARKS OF IDENTIFICATION | LEFT INDEX | FINGERPRINTS | WEIGHT | COLOR OF EYES |
| --- | --- | --- | --- | --- |
| | | | HEIGHT | COLOR OF HAIR |
| | | | BLOOD TYPE | RELIGION |
| | RIGHT INDEX | | NOTICE | |

*REVERSE OF DA FORM 2677-R, NOV 86*

*(REVERSE)*

## CIVILIAN INTERNEE NOTIFICATION OF ADDRESS
For use of this form, see AR 190-57; the proponent agency is ODCSPER.

| | |
|---|---|
| **DO NOT WRITE HERE** | TO: |
| | STREET |
| | CITY |
| | COUNTRY |
| | PROVINCE OR DEPARTMENT |

**DA FORM 2678-R, NOV 86**     EDITION OF AUG 63 IS OBSOLETE.

*(Front)*

| LANGUAGE | POWER SERVED |
|---|---|

**PRINT CLEARLY THE INFORMATION CALLED FOR DO NOT ADD ANY REMARKS**

| NAME *(Last, First, MI)* | GRADE |
|---|---|

| INTERNMENT SERIAL NUMBER | DATE OF CAPTURE OR TRANSFER |
|---|---|

| DATE OF BIRTH | PLACE OF BIRTH |
|---|---|

**PHYSICAL CONDITION** *(Check applicable box)*

| GOOD HEALTH | RECOVERED | SICK | SERIOUSLY WOUNDED |
|---|---|---|---|
| NOT WOUNDED | CONVALESCENT | | SLIGHTLY WOUNDED |

FORMER ADDRESS

PRESENT ADDRESS *(Name of Camp or Hospital and Location)*

| DATE | SIGNATURE OF PRISONER |
|---|---|

*REVERSE OF DA FORM 2678-R, NOV 86*

*(Fold on this line)*

**SENDER:**

Name *(Last, first, MI)*

Internment Serial Number

Date and Place of Birth

Name of Camp

    Country where posted

## CIVILIAN INTERNEE LETTER

For use of this form, see AR 190–57; the proponent agency is ODCSPER

Language _____

To _____

Street _____

City _____

Country _____

Province or Department _____

*(Fold on this line)*

**DO NOT WRITE HERE**

*(Fold on this line)*

**DA FORM 2679–R, NOV 86**       EDITION OF AUG 63 IS OBSOLETE

DO NOT WRITE BEYOND HEAVY LINES

AR 190–8/OPNAVINST 3461.6/AFJI 31–304/MCO 3461.1 • 1 October 1997 • R-Forms

# CIVILIAN INTERNEE POST CARD

For use of this form, see AR 190–57; the proponent agency is ODCSPER

| SENDER | TO: |
|---|---|
| NAME *(Last, First, MI)* | |
| INTERNMENT SERIAL NUMBER | STREET |
| DATE AND PLACE OF BIRTH | CITY |
| NAME OF CAMP | COUNTRY |
| | PROVINCE OR DEPARTMENT |
| COUNTRY WHERE POSTED | |

**DA FORM 2680–R, NOV 86**          EDITION OF AUG 83 IS OBSOLETE

*(Front)*

| LANGUAGE | POWER SERVED | DATE |
|---|---|---|

WRITE BETWEEN LINES AND AS LEGIBLY AS POSSIBLE

_____

_____

_____

_____

_____

_____

_____

_____

*REVERSE OF DA FORM 2680-R, NOV 86*

*(Reverse)*

# DETAINEE PERSONNEL RECORD

For use of this form, see AR 190-8; the proponent agency is ODCSPER.

## PART I — TO BE COMPLETED AT TIME OF PROCESSING

| CARD I | 1. INTERNMENT SERIAL NO. (1-13) | 2. NAME (Last, first, middle) (14-34) | 3. RANK (35-37) |
|---|---|---|---|

| 4. ENEMY SVC NO. (38-46) | 5. TYPE (47) | 6. DATE OF CAPTURE (48-53) | 7. DATE OF BIRTH (54-59) |
|---|---|---|---|

| 8. NATIONALITY (60-61) | 9. EDUCATION (62) | 10. RELIGION (63-64) | 11. MARSTA (65) | 12. PW CAMP UIC (66-71) | 13. PW PROCESS DATE (72-77) |
|---|---|---|---|---|---|

| CARD II (Keypuncher will pick up Item 1 above) | 14. SEX (14) | 15. LANGUAGE I (15-16) | 16. LANGUAGE II (17-18) |
|---|---|---|---|

| 17. PHYSICAL CONDITION (19) | 18. PW CAMP LOCATION (20-22) | 19. ENEMY UNIT (33-34) |
|---|---|---|

| 20. ARM OF SVC (35) | 21. MOSC (35-39) | 22. CIVILIAN OCCUPATION (40-45) | 23. UIC-CAPTURE UNIT (46-51) |
|---|---|---|---|

| 24. CORPS AREA OF CAPTURE (52) | 25. PLACE OF CAPTURE | 26. POWER SERVED | 27. PLACE OF BIRTH |
|---|---|---|---|

| 28. ADDRESS TO WHICH MAIL FOR PW MAY BE SENT | 29. FATHER/STEPFATHER |
|---|---|
| | 30. MOTHER'S MAIDEN NAME |
| 31. PERMANENT HOME ADDRESS OF PW | 32. NAME, ADDRESS, AND RELATIONSHIP OF PERSON TO BE INFORMED OF CAPTURE |
| 33. OTHER PARTICULARS FROM ID CARD | 34. DISTINGUISHING MARKS |

35. IMPOUNDED PERSONAL EFFECTS AND MONEY (IAW AR 37-35)

THE ABOVE LIST OF IMPOUNDED ITEMS IS CORRECT

(Signature of Detainee)

| 36. REMARKS | 37. PHOTO |
|---|---|
| | PHOTO (Front View)    PHOTO (Right Profile) |

| 38. PREPARED BY (Individual and unit) | 39. SIGNATURE |
|---|---|

| 40. DATE PREPARED | 41. PLACE |
|---|---|

DA FORM 4237-R, Aug 85            EDITION OF MAY 82 IS OBSOLETE

**PART II – TO BE MAINTAINED BY UNIT HAVING CUSTODY**

| 42a. LAST NAME | b. FIRST NAMES |
|---|---|

43. INTERNMENT SERIAL NUMBER

44. MEDICAL RECORD

a. IMMUNIZATION *(Vaccinations and Innoculations with Dates)*

| b. MAJOR ILLNESSES AND PHYSICAL DEFECTS *(With Dates)* | c. BLOOD GROUP |
|---|---|

45. INTERNMENT EMPLOYMENT QUALIFICATIONS

46. SERIOUS OFFENSES, PUNISHMENTS, AND ESCAPES *(With Dates)*

47. TRANSFERS

| FROM *(Location)* | TO *(Location)* | DATE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

48. REMARKS

49. FINANCIAL STATUS AT TIME OF FIRST INTERNATIONAL TRANSFER

| a. CERTIFICATE OF CREDIT BALANCE ISSUED TO EPW *(Amount in words)* | b. AMT IN FIGURES |
|---|---|
| c. LOCATION | d. DATE |

50. FINANCIAL STATUS AT TIME OF SECOND INTERNATIONAL TRANSFER

| a. CERTIFICATE OF CREDIT BALANCE ISSUED TO EPW *(Amount in words)* | b. AMT IN FIGURES |
|---|---|
| c. LOCATION | d. DATE |

51. REPATRIATION

a. REASON

| b. MODE | c. DATE |
|---|---|

52. FINANCIAL STATUS AT TIME OF REPATRIATION

| a. CERTIFICATE OF CREDIT BALANCE ISSUED TO EPW *(Amount in words)* | b. AMT IN FIGURES |
|---|---|
| c. LOCATION | d. DATE |

*REVERSE OF DA FORM 4237-R, AUG 85*