```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

IBRAHIM OSMAN IBRAHIM IDRIS,    :
                                :
    Plaintiff,                  :
                                :
  v.                            : Civil Action No. 05-1555 (JR)
                                :
GEORGE W. BUSH, *et al.*,       :
                                :
    Defendants.                 :

### ORDER

      Upon consideration of plaintiff's motion for the *pro hac vice* appearance of Ellen A. Hochberg, it is

      **ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.

                                                   JAMES ROBERTSON
                                  United States District Judge