UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
IBRAHIM OSMAN IBRAHIM IDRIS,      :
                                  :
          Petitioner,             :
                                  :
     v.                           :  Civil Action No. 05-1555 (JR)
                                  :
GEORGE W. BUSH, et al.,           :
                                  :
          Respondents.            :
```

### ORDER

Petitioner's motion for a preliminary injunction [14] is **denied**. Petitioner's consent motion for a protective order [13] is **granted**. Petitioner's motion for an order to show cause [12] is **granted**. Respondents' motion for a stay [18] is **granted**. Petitioner having submitted himself to the jurisdiction of this Court, and the Court having asserted in personam jurisdiction, see Rasul v. Bush, 124 S.Ct. 2686 (2004), the stay will apply to all proceedings applicable to the petitioners, including without limitation their release, repatriation, or rendition, and it will remain in effect until further order of the Court.  The respondents shall provide petitioners a full factual return within 30 days of this order.  **IT IS SO ORDERED.**


                              JAMES ROBERTSON
                         United States District Judge