UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IBRAHIM OSMAN IBRAHIM IDRIS,  :
                              :
        Petitioner,           :
                              :
   v.                         :  Civil Action No. 05-1555 (JR)
                              :
GEORGE W. BUSH, *et al.*,     :
                              :
        Respondents.          :

### ORDER

Upon consideration of petitioner's motion for the *pro hac vice* appearance of Jeffrey I. Lang, it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.

                                JAMES ROBERTSON
                                United States District Judge