IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------------ x
:
**IBRAHIM OSMAN IBRAHIM IDRIS,**
:
    *Petitioner*,
:
v.                                                       Civil Action No. 05-CV-1555
:   (JR)
**GEORGE W. BUSH,** *et al.*,
:
    *Respondents.*
:
------------------------------------------------------------------------ x

### MOTION FOR AN ORDER REQUIRING RESPONDENTS TO PRESERVE ALL MATERIAL, DOCUMENTS AND INFORMATION REGARDING OR RELATED TO PETITIONER

      For the reasons set forth in Petitioner's Statement Of Points And Authorities In Support Of His Motion For An Order Requiring Respondents To Preserve All Material, Documents And Information Regarding Or Related To Petitioner, Petitioner Ibrahim Osman Ibrahim Idris ("Petitioner Idris") respectfully requests that this Court enter an order requiring Respondents to preserve all material, documents and information regarding or related to Petitioner Idris, including, but not limited to, documents regarding or related to:

    (i)     Petitioner's apprehension;
    (ii)    Petitioner's detention;
    (iii)   Petitioner's statements;
    (iv)   interrogations of Petitioner;
    (v)    Petitioner's medical and psychological health and any treatment received; and
    (vi)   Petitioner's proceedings before the Combatant Status Review Tribunal or Annual Review Board and preparation for such proceedings.

Petitioner's requested relief will not unduly burden Respondents.

      Pursuant to Local Civil Rule 7(m), counsel for Petitioner Idris conferred with counsel for Respondents regarding the relief sought in this motion. Respondents' counsel opposes the motion.

22087924v1

Dated:  December 21, 2005.

                                        Respectfully submitted,

                                        Counsel for Petitioner

                                            /s/
                                        John B. Missing (Bar No. 425469)
Jennifer C. Argabright (Bar. No. 480763)
DEBEVOISE & PLIMPTON LLP
555 13th Street, N.W. Ste 1100E
Washington, D.C. 20004-1169
Tel:  (202) 383 8000
Fax:  (202) 383 8118

Jeffrey I. Lang (*pro hac vice*)
Jennifer R. Cowan (*pro hac vice* pending*)*
Ellen A. Hochberg (*pro hac vice*)
Tatia L. Miller
Philip Rohlik
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel:  (212) 909-6000
Fax:  (212) 909-6386

*Of Counsel*
Barbara Olshansky
Gitanjali Gutierrez
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

22087924v1