# EXHIBIT A

PETITIONER'S STATEMENT OF POINTS AND
AUTHORITIES IN SUPPORT OF HIS MOTION FOR
AN ORDER REQUIRING RESPONDENTS TO PRESERVE
ALL MATERALS, DOCUMENTS AND INFORMATION
REGARDING OR RELATED TO PETITIONER IDRIS

ON BEHALF OF PETITIONER,

**IBRAHIM OSMAN IBRAHIM IDRIS**

- Iraqi detainee abus                                                                 Page 1

b6 -1
b7C -1

# URGENT REPORT

DATE:       JUNE 25, 2004

TO:         THE DIRECTOR

CC:         Deputy Director Bruce J. Gebhardt
            EAD Cassandra Chandler
            EAD John Pistole
            AD Grant Ashley
            AD Gary Bald
            SC Arthur Cummings

b6 -1       UC
b7C -1      SSA
            CT Watch
            SIOC

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-04-2004 BY 61579 DMH/PLB/JAC 04-CV-4151

FROM:       SACRAMENTO DIVISION

FOR FURTHER INFORMATION CONTACT:  ASAC David A. Picard       b2 -1
                                  (Main Office)

PREPARER OF URGENT REPORT:  SSA                              b2 -1
                                                             b6 -1
                                                             b7C -1

b7A -1   PURPOSE: THE FOLLOWING INFORMATION PROVIDES INITIAL DETAILS FROM
b6 -3    AN INDIVIDUAL                           WHO OBSERVED SERIOUS PHYSICAL ABUSES OF CIVILIAN DETAINEES
b7C -3   IN         IRAQ DURING THE PERIOD OF              IT IS BEING
b7D -1   FURNISHED TO THE DIRECTOR BASED UPON POTENTIAL SIGNIFICANT
         PUBLIC, MEDIA AND CONGRESSIONAL INTEREST WHICH MAY GENERATE CALLS
         TO THE DIRECTOR.

b7A -1   SUBJECT: PRELIMINARY STATEMENTS MADE BY
b6 -1,3                              TO SACRAMENTO SPECIAL AGENTS
b7C -1,3 AND
b7D -1
         DESCRIPTION OF MATTER:

b7A -1
b6 -5
b7C -5

                              was advised that the Sacramento Field Office
was not aware of any such report.

DETAINEES-1609

1609
4910

Iraqi detainee abuses                                                    Page 2

b6 -1
b7C -1

## URGENT REPORT

b7A -1
b6 -3
b7C -3
b7D -1

[redacted] came into the Sacramento Field Office and provided the following:

[redacted]

observed numerous physical abuse incidents of Iraqi civilian detainees conducted in [redacted] Iraq. He described that such abuses included strangulation, beatings, placement of lit cigarettes into the detainees ear openings, and unauthorized interrogations. [redacted]

b7A -1
b6 -3,4
b7C -3,4
b7D -1

[redacted] was providing this information to the FBI based on his knowledge that [redacted] were engaged in a cover-up of these abuses. He stated these cover-up efforts included [redacted]

b7A -1
b6 -3,4
b7C -3,4
b7D -1

[redacted]

b7A -1
b6 -3,4
b7C -3,4
b7D -1

[redacted]

b6 -3,4,5
b7C -3,4,5
b7D -1

[redacted] advised that an individual did, in fact, make a complaint with Sacramento FBI Office concerning Iraqi prisoner abuse.

b7A -1
b6 -3,4,5
b7C -3,4,5
b7D -1

[redacted]

b7A -1
b6 -3
b7C -3
b7D -1

DETAINEES-1610

1610

4911

- Iraqi detainee abuses

Page 3

b6 -1
b7C -1

b7A -1
b6 -3
b7C -3
b7D -1

## URGENT REPORT

b7A -1
b6 -3
b7C -3
b7D -1

The Sacramento Division is continuing to interview [redacted] and will forward FBIHQ all details of his interview in future communications. Investigation in Sacramento is continuing.

DETAINEES-1611

1611

4912