IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBRAHIM OSMAN IBRAHIM IDRIS, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, President of the United States, *et al.*, <br><br> Respondents. | Civil Action Nos. 05-CV-1555 (JR) <br> 05-CV-1725 (JR) <br> (consolidated) |

**<u>(PROPOSED) ORDER</u>**

Having considered Respondents' Unopposed Motion for an Extension of Time to Submit Classified Versions of the Factual Return Pertaining to Petitioner Ibrahim Osman Ibrahim Idris, it is hereby

ORDERED that Respondents' Motion is GRANTED. Respondents shall submit the classified versions of the factual return pertaining to petitioner Ibrahim Osman Ibrahim Idris on or before 9:00 a.m. on January 6, 2006. Respondents shall submit the unclassified version of the factual return by January 3, 2006.

Dated: _____      _____
JAMES ROBERTSON
United States District Judge