IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                          :
**ABDU AL-QADER HUSSAIN**                 :
**AL-MUDAFARI,**                                    :
                                                          :
**SALIEH HUSSAIN ALI**                        :
**AL-MUDAFARI,**                                    :
    as Next Friend of Abdu           :
    Al-Qader Hussain Al-Mudafari,    :
                                                          :
*Petitioners*,                                       :
                                                          :
    v.                                       :    Civil Action No. 05-cv-2185 (JR)
                                                          :
**GEORGE W. BUSH, et al.,**                  :
                                                          :
*Respondents*.                                       :
_____:
                                                          :
**IBRAHIM OSMAN IBRAHIM IDRIS,**         :
                                                          :
*Petitioner*,                                         :
                                                          :
    v.                                       :    Civil Action No. 05-cv-1555 (JR)
                                                          :
**GEORGE W. BUSH, et al.,**                  :
    *Respondents*.                       :
_____:

**PETITIONERS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE
REPLY MEMORANDA IN FURTHER SUPPORT OF THEIR MOTIONS FOR
ORDERS REQUIRING RESPONDENTS TO PRESERVE ALL MATERIALS,
DOCUMENTS AND INFORMATION REGARDING OR RELATED TO PETITIONERS**

    Petitioner Abdu Al-Qader Hussain Al-Mudafari ("Petitioner Al-Mudafari"), by and through his next friend Salieh Hussain Ali Al-Mudafari ("Next Friend Al-Mudafari") and Petitioner Ibrahim Osman Ibrahim Idris ("Petitioner Idris") (collectively "Petitioners") respectfully request that this Court grant them an extension of time, until January 19, 2006, in

22105495v1

which to submit their reply memoranda in further support of their motions for preservation orders. As grounds for this unopposed motion, Petitioners state as follows:

1. On December 21, 2005, Petitioner Al-Mudafari, by and through Next Friend Al-Mudafari, filed a motion for an order requiring Respondents to preserve all materials, documents and information regarding or related to Petitioner Al-Mudafari (Docket No. 23).

2. On the same day, Petitioner Idris filed a motion for an order requiring Respondents to preserve all materials, documents and information regarding or related to Petitioner Idris (Docket No. 33).

3. On January 3, 2006, Respondents filed a consolidated opposition to Petitioners' motions for preservation orders. Pursuant to Local Civil Rule 7(d), Petitioners' reply memoranda in further support of their motions are due on January 10, 2006.

4. Petitioners respectfully request that they be granted an extension of time until January 19, 2006 in which to submit their reply memoranda in further support of their motions for preservation orders. All of the senior attorneys representing Petitioners will be traveling to the United States Naval Base at Guantánamo Bay and meeting with Petitioners and other clients from January 8 through January 12, 2006. Until they leave, the attorneys will be fully occupied preparing for the trip.

5. Pursuant to Local Civil Rule 7(m), counsel for Petitioners conferred with Respondents' counsel regarding the relief sought in this motion. Respondents' counsel does not oppose the motion.

WHEREFORE, for the reasons stated herein, Petitioners respectfully request that the Court grant them an extension of time until January 19, 2005 in which to submit their reply

22105495v1

memoranda in further support of their motions for preservation orders.  A proposed order, which all parties agree should be entered at this time, is attached hereto.

Dated:  January 4, 2006                    Respectfully submitted,
                                              Counsel for Petitioners

                                              /s/  John B. Missing
                                              John B. Missing (Bar No. 425469)
                                              Jennifer C. Argabright (Bar. No. 480763)
                                              DEBEVOISE & PLIMPTON LLP
                                              555 13th Street, N.W. Ste 1100E
                                              Washington, D.C. 20004-1169
                                              Tel:  (202) 383 8000
                                              Fax:  (202) 383 8118

                                              Jeffrey I. Lang (*pro hac vice*)
                                              Jennifer R. Cowan (*pro hac vice* pending)
                                              Ellen A. Hochberg (*pro hac vice*)
                                              DEBEVOISE & PLIMPTON LLP
                                              919 Third Avenue
                                              New York, NY 10022
                                              Tel:  (212) 909-6000
                                              Fax:  (212) 909-6386

                                              *Of Counsel*
                                              Barbara Olshansky
                                              Gitanjali Gutierrez
                                              CENTER FOR CONSTITUTIONAL RIGHTS
                                              666 Broadway, 7th Floor
                                              New York, New York 10012
                                              Tel: (212) 614-6439
                                              Fax: (212) 614-6499

22105495v1