IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBRAHIM OSMAN IBRAHIM IDRIS, *et al.*,  Petitioners,  v.  GEORGE W. BUSH, President of the United States, *et al.*,  Respondents. | Civil Action Nos.  05-CV-1555 (JR)  05-CV-1725 (JR)  (consolidated) |

## NOTICE OF SUBMISSION OF CLASSIFIED VERSIONS OF RESPONDENTS' FACTUAL RETURN TO PETITION FOR WRIT OF HABEAS CORPUS BY PETITIONER IBRAHIM OSMAN IBRAHIM IDRIS

NOTICE is hereby given that, pursuant to the Court's Order dated December 2, 2005 (applying Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba in In re Guantanamo Detainee Cases, No. 02-CV-0299 (D.D.C. Nov. 8, 2004), and related orders, to this case), and Minute Order dated January 4, 2006 (granting Respondents' Unopposed Motion for Extension of Time to Submit Classified Versions of the Factual Return Pertaining to Petitioner Ibrahim Osman Ibrahim Idris), respondents on this date have submitted through the Court Security Officers the classified versions of the factual return pertaining to petitioner Mahmud Idris (listed in the petition as Ibrahim Osman Ibrahim Idris).  See Respondents' Factual Return to Petition for Writ of Habeas Corpus by Ibrahim Osman Ibrahim Idris (dkt. no. 36).

Dated:  January 5, 2006	Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

　　/s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents