UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------------------ x
**IBRAHIM OSMAN IBRAHIM IDRIS,**  :
    **Detainee, Guantánamo Bay Naval Station**
    **Guantánamo Bay, Cuba,**  :

:

*Petitioner*,  :

v.                                                     **Civil Action No. 05-CV-01555**
                                                      :  **(JR)**

**GEORGE W. BUSH,** *et al.*,

:

*Respondents*.

:

:
------------------------------------------------------------------------ x

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Certificate of David W. Rivkin made pursuant to Rule 83.2(g) of the Local Rules of this Court and the supporting declaration,

IT IS, this is _____ day of March, 2006, ORDERED that the appearance be and hereby is GRANTED.

                                                   _____
                                                   The Honorable James Robertson
                                                   United States District Judge

22146407v1

TO:

John B. Missing (Bar No. 425469)
DEBEVOISE & PLIMPTON LLP
555 13th Street, N.W. Ste 1100E
Washington, D.C. 20004-1169
Tel: (202) 383 8000
Fax: (202) 383 8118
jbmissing@debevoise.com

Jeffrey I. Lang
Jennifer R. Cowan
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
Fax: 212-909-6836


JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7144
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470
preeya.noronha@usdoj.gov