```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

IBRAHIM OSMAN IBRAHIM IDRIS,    :
                                :
    Petitioner,                :
                                :
  v.                            : Civil Action No. 05-1555 (JR)
                                :
GEORGE W. BUSH, *et al.*,       :
                                :
    Respondents.               :

## ORDER

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of David W. Rivkin, it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.

```
                                     JAMES ROBERTSON
                                United States District Judge
```