# Exhibit 3

To The Petitioner's Opposition To Respondents' Motion For
Procedures Related to Review of Certain Detainee Materials

On Behalf of Petitioner,

**IBRAHIM OSMAN IBRAHIM IDRIS**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

-------------------------------------------------------------------- x

**IBRAHIM OSMAN IBRAHIM IDRIS,**
    **Detainee, Guantánamo Bay Naval Station**        :
    **Guantánamo Bay, Cuba,**        :

        :

        ***Petitioner***,    :

**v.**        **Civil Action No. 05-CV-01555**
    :  **(JR)**

**GEORGE W. BUSH,** *et al.,*

        :

        ***Respondents.***    :

        :

-------------------------------------------------------------------- x

**[PROPOSED] ORDER REGARDING**
**RESPONDENTS' MOTION FOR PROCEDURES**
**RELATED TO REVIEW OF CERTAIN DETAINEE MATERIALS**

Respondents' Motion for Procedures Related to Review of Certain Detainee

Materials is hereby DENIED.  Respondents are hereby ordered to return all privileged

materials to Petitioner Ibrahim Osman Ibrahim Idris and to cease interference with

Petitioner's attorney-client communications, including delivery of Petitioner's legal mail.

    **SO ORDERED.**

    Dated:_____        _____
                          James Robertson
                          United States District Judge

22246484v1