```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

IBRAHIM OSMAN IBRAHIM IDRIS,     :
                                 :
        Petitioner,               :
                                 :
    v.                           :  Civil Action No. 05-1555 (JR)
                                 :
GEORGE W. BUSH, *et al.*,        :
                                 :
        Respondents.              :

## ORDER

Upon consideration of petitioner's motion for the *pro hac vice* appearance of Jennifer R. Cowan [17], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

```
                                        JAMES ROBERTSON
                                    United States District Judge
```