## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBRAHIM OSMAN IBRAHIM IDRIS,<br>  Detainee, Guantánamo Bay Naval Station<br>  Guantánamo Bay, Cuba,<br><br>     *Petitioner/Plaintiff,*<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>     *Respondents/Defendants.* | Civil Action No. 05-cv-01555 (JR) |

### NOTICE OF FILING OF MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Please take notice that Petitioner, by and through his undersigned counsel, respectfully submits the attached Memorandum of Understanding Executed by Anupama Chaturvedi Connor.

                                                        /s/ Jennifer R. Cowan
                                                        Admitted *pro hac vice*

                                                        Jennifer R. Cowan
                                                        DEBEVOISE & PLIMPTON LLP
                                                        919 Third Avenue
                                                        New York, NY 10022
                                                        Tel: (212) 909-6000
                                                        Fax: (212) 909-6836

40091357v1