**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KHALED BEN MUSTAPHA, *et al.*, <br>     v. <br> GEORGE W. BUSH, *et al.* | Civil Action No. 05-0022 (JR) |
| SHERIF el-MASHAD, *et al.*, <br>     v. <br> GEORGE W. BUSH, *et al.* | Civil Action No. 05-0270 (JR) |
| AHAMED ABDUL AZIZ, *et al.*, <br>     v. <br> GEORGE W. BUSH, *et al.* | Civil Action No. 05-0492 (JR) |
| MOHAMMEDOU OULD SALAHI, *et al.* <br>     v. <br> GEORGE W. BUSH, *et al.* | Civil Action No. 05-0569 (JR) |
| KHIALI-GUL, <br>     v. <br> GEORGE W. BUSH, *et al.* | Civil Action No. 05-0877 (JR) |
| ABDUL ZUHOOR, <br>     v. <br> GEORGE W. BUSH, *et al.* | Civil Action No. 05-1011 (JR) |
| OMAR MOHAMMED KHALIFH, *et al.*, <br>     v. <br> GEORGE W. BUSH, *et al.* | Civil Action No. 05-1189 (JR) |
| SAWAT KHAN, <br>     v. <br> GEORGE W. BUSH, *et al.* | Civil Action No. 05-1491 (JR) |
| IBRAHIM OSMAN IBRAHIM IDRIS, <br>     v. <br> GEORGE W. BUSH, *et al.* | Civil Action No. 05-1555 (JR) |

```
SADAR DOE, et al.,
      v.                              Civil Action No. 05-1704 (JR)
GEORGE W. BUSH, et al.


ABDU AL-QADER HUSSAIN
AL-MUDAFARI, et al.,
      v.                              Civil Action No. 05-2185 (JR)
GEORGE W. BUSH, et al.


ADHAM MOHAMMED ALI AWAD,
      v.                              Civil Action No. 05-2379 (JR)
GEORGE W. BUSH, et al.


MOHAMMEDOU OULD SLAHI,
      v.                              Civil Action No. 06-0597 (JR)
GEORGE W. BUSH, et al.
```

## ORDER

It is by the court *sua sponte* **ORDERED** that all District Court proceedings in these cases are **stayed** pending issuance of the mandate (or other developments) in <u>Boumediene v. Bush</u>, D. C. Cir. No. 05-5062, decided February 20, 2007.

                                            JAMES ROBERTSON
                                       United States District Judge