UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBRAHIM OSMAN IBRAHIM IDRIS, : <br>   : <br>        Petitioner, : <br>   : <br>    v.   : <br>   : <br> GEORGE W. BUSH, *et al.*, : <br>   : <br>        Respondents. : | Civil Action No. 05-1555 (JR) |

### ORDER

It is by the Court *sua sponte* **ORDERED**, on the authority of Boumediene v. Bush and Al Odah v. United States, 476 F.3d 981 (D.C. Cir.), cert. denied 549 U.S. ___ (April 2, 2007), that this case is **dismissed for lack of subject matter jurisdiction**.

                                    JAMES ROBERTSON
                           United States District Judge