IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IBRAHIM OSMAN IBRAHIM IDRIS**, | ) ) ) |
| *Petitioner*, | ) ) |
| v. | ) ) ) |
| **GEORGE W. BUSH**, *et al.*, | ) ) ) |
| *Respondents*. | ) ) ) |

Civil Action No. 05-CV-1555 (JR)

**(PROPOSED) ORDER**

The Court having considered Petitioner's Motion To Alter Or Amend The Judgment Of Dismissal And For A Stay-And-Abey Order,

IT IS HEREBY ORDERED that the Motion is GRANTED; and it is further

ORDERED that this action shall be reinstated; and it is further

ORDERED that upon reinstatement of this action, it shall be stayed and held in abeyance pending Petitioner's exhaustion of his remedies in the Court of Appeals under the Detainee Treatment Act of 2005, Pub. L. No. 109-148, 119 Stat. 2680 and the resolution in the Supreme Court of a renewed petition for certiorari to review the Court of Appeals' jurisdictional holding in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007), or

2

the Supreme Court's resolution of the same jurisdictional issue as presented in a pending petition for certiorari before judgment in *Hamdan v. Rumsfeld*, No. 06-1169, and an original habeas petition in *In re Ali*, No. 06-1194.

SO ORDERED.

_____
JAMES ROBERTSON
United States District Judge

Dated:_____