UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBRAHIM OSMAN IBRAHIM IDRIS,<br><br>    Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>    Respondents. | Case No. 05-cv-01555 (JR)<br><br>**[PROPOSED] ORDER GRANTING PETITIONER'S UNOPPOSED MOTION TO VACATE DISMISSAL AND MOTION TO SET A SCHEDULING CONFERENCE** |

For the reasons set forth in Petitioner's Statement of Points and Authorities in Support of Petitioners' Unopposed Motion to Vacate Dismissal and Motion to Set a Scheduling Conference, the Court herby GRANTS Petitioner's Unopposed Motion to Vacate Dismissal and Motion to Set a Scheduling Conference.

The dismissal entered by order of April 5, 2007 [Docket No. 63] is vacated. The Court will conduct a status conference at _____ \_.m. on July \_\_, 2008.

_____s/_____
JAMES ROBERTSON
United States District Judge