## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**IN RE:**

**GUANTANAMO BAY
DETAINEE LITIGATION**

**Misc. No. 08-442 (TFH)**

**Civil Action No. 05-1555 (JR)**

### NOTICE OF JOINDER IN PETITIONERS' RESPONSE TO RESPONDENTS' REQUEST FOR RELIEF FROM SCHEDULING ORDER

Undersigned counsel notifies the Court and counsel for Respondents that Petitioner Ibrahim Osman Ibrahim Idris joins in Petitioners' Response to Respondents' Motion for Relief from Scheduling Order, the Notice of Filing of which was filed as document number 357 in the miscellaneous docket on September 8, 2008.

September 9, 2008

Respectfully submitted,

**DEBEVOISE & PLIMPTON LLP**

/s/ Jennifer R. Cowan
Jennifer R. Cowan
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

John B. Missing
555 13th Street, N.W.
Washington, DC 20004
Telephone: (202) 383-8000
Facsimile: (202) 383-8118
*Counsel for Petitioner Ibrahim Osman Ibrahim Idris*

22811953v1