# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **IBRAHIM OSMAN IBRAHIM IDRIS,** Detainee, Guantanamo Bay Naval Station, **MOHAMMED IDRIS,** Next Friend, Petitioners, v. **BARACK OBAMA,** President of the United States, *et al.*, Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 05-1555 (RCL) |

## ORDER

Petitioner's unopposed Petition for Writ of Habeas Corpus is hereby granted. The United States shall take all necessary and appropriate diplomatic steps to facilitate Petitioner's release.

**IT IS SO ORDERED.**

Signed by Royce C. Lamberth, U.S. District Judge, on October 4, 2013.